

ABOVE IS POETIK FLAKKO THREATENING ME TO "LEAVE HIM ALONE" BY NOT GOING TO POLICE ON HIM AGAIN



POETIK FLAKKO THREATENING TO "EXPOSE" ME…MEANING COMING TO MY HOUSE AND VIDEO ING IT WHILE TELLING EVERYONE WHERE I LIVE



POETIK FLAKKO SEXUALLY ABUSING ME