Theresa D. Brunson, Esq.
6101 Limekiln Pike, Suite 1000
Giving Of Self Partnership Building
Philadelphia PA 19141

June 7, 2021

Ms. Catherine Brown
Noble IT Resource Firm, LLC
68 Welsh Tract Road, Unit 105
Newark, Delaware, 19713

Re: Cease and Desist Demand

Dear Catherine Brown:

The purpose of this correspondence is to demand that you immediately cease and desist any and all harassing activities towards TCTV Podcast/YouTube Channel. You have repeatedly engaged in actions that have been injurious to TCTV Podcast /YouTube Channel and as a result the Podcast owner's business and brand. Previous actions on your part are considered harassment and harassment by communication under the State of Delaware Criminal Code. As a result of your harassment and negative behavior the owner of TCTV Podcast /YouTube Channel does not wish to have any further business or contact with you, professional or personal.

This will serve as your legal notice to cease and desist all further actions described above.

The Owner of TCTV Podcast /YouTube Channel may use telephone recording devices to document any telephone conversations that you may have in the future, if you fail to comply with this cease and desist letter. You are hereby instructed to comply with this letter immediately or face legal sanctions under applicable Federal and State law. The Owner of TCTV Podcast /YouTube Channel will keep a log of any contacts you make with him after you receive this letter.

Please give this especially important matter the utmost attention.

Sincerely,

Theresa Brunson, Esquire