UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**CATHERINE BROWN**                                         CIVIL No.        21-1844

**versus**                                                           JUDGE:            JTM

**MINYANGO TOKPAH,  SHAKIM HARRIS,**          MAGIS:            JVM
**TANISHA WRIGHT, ANDREA MICHELLE**
**STEWART,  JONTE MILLER, and**
**THERESA D. BRUNSON**

**PLACE HOLDER EXHIBITS:**

At the Telephone Conference of October 12, 2021 held with the Court in this matter, the Court Requested that the Petitioner produce certain items of proof of the defendants' threats to her corroborating her position that she feels threatened by certain defendants here. In that light, Petitioner offers and attaches the following items of evidence in support of this motion and request for injunctive relief:

2.)  Exhibit Two -- Petitioner forwarded to Court Chambers under separate cover <u>two</u> separate video tapes of defendant MINYANGO TOPKAH (alias Poetik Flakko) video YouTube postings, dated September 23, 2021, where this defendant's doxxing and stalking victim posted defendant TOPKAH's actual YouTube threats made against the victim, and a second videotape where the victim actually films the defendant TOPKAH's YouTube broadcasts of that defendant actually stalking and appearing at the victim's home, again dated September 23, 2021.

6.)  Exhibit Six -- Petitioner forwarded to Court Chambers under separate cover one video tape of defendant MINYANGO TOPKAH (alias Poetik Flakko) video YouTube postings, dated August 1, 2021, where this defendant TOPKAH uses his own YouTube broadcasts to publicly state that he "Robs and Rapes" when he seeks a target.

7.)  Exhibit Seven -- Petitioner forwarded to Court Chambers under separate cover one video tape of defendant-aligned actor TCTV video YouTube postings, where this defendant-aligned actor uses his own YouTube broadcasts to publicly state his threats to Petitioner and exactly what he means in his syntax to threaten Petitioner.

       Respectfully Submitted,

*Dominic N. Varrecchio*

_____
Dominic N. Varrecchio (La. Bar #19456)
1539  Jackson Avenue, Suite 100
New Orleans,  LA  70130
Telephone:  (504) 524-8600
Email: knic55@cox.net
*Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, as well via actual service of process of the related Petition/Complaint, Request For Preliminary Injunction and Notice of Hearing of Temporary Restraining Order upon those defendants of those items together with Summons to Appear. Petitioner further has also served all related filings here via E-mail to all defendants where E-mail addresses are available to Petitioner and Counsel, as certified and explained in the attached Rule 65 Certification. This 13h day of October, 2021.

*Dominic N. Varrecchio*
_____
DOMIINIC N. VARRECCHIO