UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN | CIVIL ACTION |
| VERSUS | NO. 21-1844 |
| MINYANGO TOKPAH ET AL | SECTION: "H" |

## ORDER

**IT IS ORDERED** that a Preliminary Injunction Hearing be and is hereby set for **December 14, 2021 at 10:00 a.m.**, U.S. District Courthouse, 500 Poydras Street, Courtroom C-224, New Orleans, LA 70130.

**IT IS FURTHER ORDERED** that all individuals seeking entry to the United States District Court for the Eastern District of Louisiana must provide proof of vaccination or a negative PCR test taken within 72 hours before entry, as outlined in General Order No. 21-15.

New Orleans, Louisiana, on this 27th day of October, 2021.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1