AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| CATHERINE BROWN <br><br> *Plaintiff(s)* <br> v. <br> MINYANGO TOPKAH, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-01844-JTM-JVM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THERESA D. BRUNSON, Esq., defendant and Counsel representing and also known as or conducting business as the "THE GOOD GUYS", a YouTube or Internetonline broadcast channel
6101 Limekiln Pike, Suite 1000,
Giving of Self Partnership Building
Philadelphia, PA 19141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dominic N. Varrecchio, La Bar No. 19456
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Tel: (504) 524-8600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: __Nov 04 2021__

_____
*Deputy clerk's signature*

Civil Action No. 2:21-cv-01844-JTM-JVM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THERESA D. BRUNSON, Defendant,

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Theresa D. Brunson , who is designated by law to accept service of process on behalf of *(name of organization)* via Certfied US Mail — See Attached on *(date)* 11/15/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Complaint/Petition for Damages, as well as Notice of 12/12/2021 Hearing of Plaintiff's Request for Preliminary Injunction to be held in the United States District Court in New Orleans, Louisiana on that date, are being served upon each respective Defendant via Certified US Mail or other Legal Delivery pursuant to the Louisiana Long-Arm Statute.

My fees are $ 120.00 for travel and $ 100 for services, for a total of $ 22 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/7/2021

*Server's signature*

Dominic N. Varrecchio - Attorney
*Printed name and title*

1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Tel: (504) 524-8600
*Server's address*

Additional information regarding attempted service, etc:

This Complaint/Petition for Damages, as well as Notice of 12/12/2021 Hearing of Plaintiff's Request for Preliminary Injunction to be held in the United States District Court in New Orleans, Louisiana on that date, as well as all required related pleadings, are being served upon each respective Defendant via Certified US Mail or other recognized Legal Delivery pursuant to the Louisiana Long-Arm Statute allowing execution of service of process upon defendants and paties residing outside of the State of Louisiana via such means.

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee: $3.75
$3.05

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $____
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $____
- ☐ Adult Signature Restricted Delivery $____

Postage: $12.70
Total Postage and Fees: $27.50

Sent To: Theresa P. Brunson
Street and Apt. No., or PO Box No.: 6101 Lincoln Pike, Suite 1000
City, State, ZIP+4®: Philadelphia, PA 19141

Postmark: MOWS NEW ORLEANS LA 70113-9640 USPS NOV 12 2021

7021 1970 0001 0995 7792

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Theresa P. Brunson
6101 Lincoln Pike
Suite 1000
Philadelphia, PA 19141

9590 9402 5640 9308 8784 15

2. Article Number (Transfer from service label)
7021 1970 0001 0995 7792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X NLCJT  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): BRUNSON
C. Date of Delivery: 11/15/21

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt