## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.**    21-1844 |
| versus | **JUDGE:**    JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:**    JVM |

## **ORDER**

**CONSIDERING THE FOREGOING,**

    Plaintiff CATHERINE BROWN's Ex Parte Motion for Leave of Court to File the attached Plaintiff's Supplemental Memorandum in Support of her Motion for Order of Preliminary Injunction filed in anticipation of her scheduled December 14, 2021 hearing and Oral Argument of her Rule to Show Cause is GRANTED.

    SIGNED, this _____ date of December, 2021

_____
                                JUDGE

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, as well via actual service of process of the related Petition/Complaint, Request For Preliminary Injunction and Notice of Hearing of Temporary Restraining Order upon those defendants of those items together with Summons to Appear. Petitioner further has also served all related filings here via E-mail to all defendants where E-mail addresses are available to Petitioner and Counsel, as certified and explained in the attached Rule 65 Certification. This 10th day of December, 2021.

*Dominic N. Varrecchio*
_____
    DOMIINIC N. VARRECCHIO