## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.     21-1844** |
| versus | **JUDGE:         JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:         JVM** |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF CATHERINE BROWN's MOTIONS FOR ORDER OF A PRELIMINARY INJUNCTION

NOW COMES plaintiff/petitioner CATHERINE BROWN, through undersigned counsel, and respectfully files here her Supplemental Memorandum in Support of her Motion for Order of Preliminary Injunction filed in anticipation of her scheduled December 14, 2021 hearing and Oral Argument of her Rule to Show Cause why the requested relief should not be ordered.

Plaintiff has filed an Amended Complaint and Petition for Damages, clarifying certain claims and correcting mistakes and artifacts from other non-related case filings that were inadvertently left in the draft of Plaintiff's original Complaint and Petition for Damages filed herein.  Plaintiff also files here this Supplemental Memorandum reflecting those amendments and parties actually named defendant here.

## **Updated Status of Service of Process upon Defendants:**

Undersigned counsel for plaintiff/petitioner CATHERINE BROWN, on or about November 12, 2021 initiated Service of Process of all necessary and related pleadings in this matter, including but not limited to the Court's Order noticing the Hearing scheduled for December 14, 2021 at 10:00a.m. in this Court, as well as all Complaints, Memoranda, Notices and documents filed here as Exhibits, via United States Post Office Certified Mail, upon each the following SIX named and identifiable defendants, which are MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA PRICE, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON, the six defendants involved and with identifiable addresses.  The status of service of process upon each respective defendant are as follows:

- MINYANGO TOKPAH - US Post Office returned the attempted Service of Process as being the wrong address;

- SHAKIM HARRIS - US Post Office returned the attempted Service of Process as being the wrong address;

- TANISHA PRICE, also known as TANISHA WRIGHT or TANISHA WRIGHT PRICE – US Post Office has identified her as being served on November 18, 2021 via Certified US Mail (See Return filed into the Court record).  On or about November 20, 2021, a person identifying herself by this name called on telephone undersigned Plaintiff's counsel, claiming that she was not the correct person, that the above names were not hers, and that the Plaintiff was "crazy". Some days later undersigned counsel was contacted by a local

2

   Louisiana attorney who discussed the litigation with Plaintiff's counsel, and informed undersigned that he may or may not enroll on behalf of this defendant. Undersigned has had no contact with that potential defense counsel for at least the past ten days.

- ANDREA MICHELLE STEWART - US Post Office has identified this defendant as being served on November 17, 2021 via Certified US Mail (See Return filed into the Court record).

- JONTE MILLER - US Post Office has identified this defendant as being served on November 15, 2021 via Certified US Mail (See Return filed into the Court record). Despite the Return Receipt, signed on the above date presumably by this defendant, as well as Post Office records (attached to the Return on Service Of Process filed herein), the actual unopened pleadings were returned to undersigned counsel's law office by US Mail.

- THERESA D. BRUNSON - US Post Office has identified this defendant as being served on November 15, 2021 via Certified US Mail (See Return filed into the Court record).

## **Updated Rule 65 E-mail Notices and Services of Pleadings upon Defendants:**

   On or about December 6, 2021, Plaintiff's undersigned counsel served and copied all of the following defendants and parties, as well as YouTube's legal department (Plaintiff's motion requests an order prohibiting YouTube from allowing defendants to use their internet broadcast channels to threaten or defame her), via

3

transmission to each at the below-listed email addresses, with undersigned sending to each of them all necessary and related pleadings in this matter, including but not limited to the Court's Order noticing the Hearing scheduled for December 14, 2021 at 10:00a.m. in this Court, as well as all Complaints, Memoranda, Notices and documents filed here as Exhibits, via United States Post Office Certified Mail, upon each the following:

JONTE MILLER at: jlm144332@gmail.com

THE ORACLE at: thevintagegarden20150103@gmail.com

MINYANGO TOPKAH (POETIK FLAKKO) at: flakkopoetik@gmail.com

SHAKIM HARRIS at: amenrauniversity@gmail.com

TANISHA WRIGHT at: tanishalynnprice@gmail.com

SCARLIT at: heatofalover@gmail.com

SLANDERGOD (POSITIVELY HATE PODCAST) at: godofslander@gmail.com

ANDREA STEWART/ANTI AFRO SVENGALIS at: doxerumarjohnson@gmail.com

THERESA D. BRUNSON at: tdbrunsonesq@aol.com

TCTV at: thegoodguys2624@gmail.com

GHOST at: thegoodguys2624@gmail.com

GOOD GUY PODCAST at: thegoodguys2624@gmail.com

DONALD MURRAY at: icdon502@gmail.com

GGOGLE, LLC, doing business as YouTube at:  legal@support.youtube.com

4

As of this date, December 9, 2021, 2021, Plaintiff's undersigned counsel has not had even one of these e-mail transmissions noticed to any defendant or listed entity as having not been received, or returned to undersigned as undeliverable or being wrong/bad email addresses, and presumes all of these items to have been delivered to each respective defendant and party listed, for any of his email communications and service of pleadings upon any of the above-mentioned persons or parties.  This includes Plaintiff's undersigned counsel's email transmissions of December 6, 2021, October 13, 2021, and October 5, 2021, whereupon Plaintiff's counsel served by email to EACH of the above persons/entities those copies of all filed and related pleadings involved in this litigation.

Plaintiff counsel did receive, on the date of December 6, 2021, an automated response from YouTube's Legal Support Team, who inform that this department will "review" the pleadings and notice of hearing served upon them. Other than the aforementioned contacts involving defendant TANISHA PRICE and her potential defense counsel mentioned above in November, 2021, undersigned counsel has to date received no contact with any defendant, or counsel, or representative or potential counsel since October 5, 2021 when undersigned first notified all such defendants and parties of the Plaintiff's intent to file this litigation and copied all such persons with all related pleadings.

Further, undersigned counsel has to date received no contact with any defendant, or counsel, or representative or potential counsel since October 13, 2021 when undersigned again notified all such defendants and parties of the

Plaintiff's intent to file this litigation and copied all such persons with all related pleadings, including Plaintiff's Amended Complaint/Petition for Damages.

Petitioner's Counsel further certifies that on October 13, 2021, Plaintiff's undersigned counsel served/copied all of the following defendants and parties, as well as YouTube's legal department (Plaintiff's motion requests an order prohibiting YouTube from allowing defendants to use their internet broadcast channels to threaten or defame her), via transmission to each at the below-listed email addresses, with undersigned sending to each of them all necessary and related pleadings in this matter.

**Continuing Threats and Harassment of Plaintiff – post-Lawsuit filing:**

Petitioner of CATHERINE BROWN, since the filing of her original and amending Complaints/Petitions for Damages, has experienced continued harassment and threats to her. She relates to undersigned counsel of the following incidents and items, which she will expound upon in live testimony at the upcoming December 14, 2021 Hearing in this matter. The Plaintiff is quoted, in "first person", as follows:

1.) On November 28, 2021, in internet broadcasts, Defendant Tanisha Price (aka Black Lounge Entertainment, aka "Tpri") threatened to "pull up" (Drive by shooting) on me, and to "beat my ass" as well. She is upset over the fact that I was forced to

file a federal case against her for slandering, defaming and inciting violence against me. The name of the video posted by this defendant is "Tpri threatening".

2.) On the date of posted internet video of -OCTOBER 9, 2021- Please see in the snapshots below where defendant/actor Don M. made an entire video telling hundreds of people that I (plaintiff) stalked him for information about Umar Johnson. This is a complete lie. That's not the part that harms me, however.

3.) The part that harms me is that he stated that I (plaintiff) was wanting to pay for sex. This is an absolute lie. Please see the comments of the viewers stating that I was mad because no one wanted to "crack it"(HAVE SEX WITH ME). This type slander has caused these men online to believe that I pay for sex. See attachment named SEXUALIZED BULLYING

NOTE: The purpose of them sexualizing me is to humiliate me as well as devalue me so that others have no problem joining their harassment of me.

4.) Please see on November 7, 2021 defendant/actor Don M threatened to kill me because of my going to Federal Court on him. He referenced me as a chatty patty in a rap he made dedicated to me while showing my name through out the video rap. He ended the internet-posted broadcast with "fatality is my reality".

Please see attachment (snapshot labeled "November 7, 2021 threat to kill me by Don M" and video labeled "Rap Threatening my life".

5.) Please see on video dated NOVEMEBER 21 2021, where TPRI, DON M and SHAKEM RA admitted that they were served (with this lawsuit) and they actually laughed at the document calling it fake and a lie that I (plaintiff) was telling. They did so to disregard the filing so that they are able to continue to have the trolls paid

7

them to harass me with no worries. The attachment for this video is entitled "ADMITTED BEING SERVED'

📄 **ADMITTED BEING SERVED.mp4**

6.) On October 6, 2021 after being served (presumably the October 5, 2021 Rule 65 email Notice of Intent to File Lawsuit and related TRO), in disregard for the lawsuit being served, defendant/actor Slandergod aka "POSITIVELY HATE") and Don M had a broadcast where they began harassing me calling me a sexually explicit (bitch) to thumb their nose at the court. They were discussing the lawsuit that I had filed. This is an extensive video and very long. However, below is an attachment labeled PAID TO HARASS ME. where Don M said that he'd only say my name if his cash app flowed. The cash app flowed and later in the video, he began calling me bitches and hoes. See attachment "PAID TO HARASS ME".

7.) On November 15, 2021, defendant/actor Spotem Shotem is impersonating me (plaintiff) online while harassing and sexually abusing a woman (he said that she "liked big dicks") using my name to stir up hate. HOW DO WE KNOW IT'S "SPOTEM SHOTEM"? Because on NOVEMBER 11, 2021, he asked for the link to get on the panel USING MY NAME...and it was HIM.

Please see the attachment entitled SPOTEM'S IMPERSONATION OF ME ONLINE. It has all the dates these things were done.

8

8.) On November 28, Anti Afro Svengalis (Andrea Stewart), was being interviewed. During this video, named defendant Andrea Stewart accused me of passing around pornographic pictures of Lenon Honor's anus passed around by a male who claimed that he had a sexual encounter(s) with Lenon Honor. This is absolutely false. However, Lenon Honor has 60 thousand YouTube/internet broadcast subscribers. I've never seen any pictures of Lenon Honor's anus nor do I want to do so.

The KEY contradiction to her reason for "outrage" against me is that she chats in chatrooms with the content creators who are actually RESPONSIBLE for passing out these photos of Lenon Honor's anus.

9.) Andrea Stewart said this to perpetuate the hatred and violence toward me by the thousands of Anti Fraud Warrior viewers (supports) and Lenon Honor's tens of thousands of viewers (supporters).

10.) I have the video footage of Andrea Stewart making these statements. The video is 4 hours long. I will cut the video down before the weekend.

Plaintiff intends to bring her computer to Court and to provide manageable length records of the defendants' and other actors' related YouTube internet broadcasts sought which threaten and defame her and are sought ordered to be prohibited by Court Order here.

**Prayer**

    Wherefore, Plaintiff CATHERINE BROWN prays that after hearing before this

Court on December 14, 2021 of her request for Preliminary Injunction ordering the relief requested here, that their be a Court Order entered here directing the named defendants, MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA PRICE, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON, DONALD MURRAY, the ANTI FRAUD WARRIORS, LLC, as well as these additional to-be-identified, defendant-aligned actors alleged here committing illegal, damaging and tortuous acts, including but not limited to the "ANTI FRAUD WARRIORS, LLC", "TCTV", "GHOST", "GOOD GUY", "SLANDERGOD", "POSITIVELY HATE", "SPOT3M SHOT3M", "THE ORACLE", "GENERAL D", "SCARLIT", "DON M" and "BLACK LOUNGE ENTERTAINMENT", as well as all associates and affiliates of the named defendants and all aligned and unnamed defendants and affiliates, GRANTING her related Request for a Preliminary Injunction ordering the defendant individuals and affiliates, named or unnamed, to be ordered by this Court to immediately cease their continual and ongoing pattern of online public broadcasts on YouTube channels and in online public chat rooms comments and postings, which amount to their cyber stalking, harassment, defamation, and actual threats to the Petitioner's safety, as well public online broadcasted attacks upon the Petitioner's reputation, business interests, life and safety.

     Petitioner seeks an order from this Court prohibiting their described ongoing and persistent harassment of Petitioner, which are both criminal violations and civil tortuous acts committed by those defendants as described in her foregoing Complaint/Petition and sworn Affidavit detailing dates, episodes and damage caused to her by these defendants' intentional acts.

10

Petitioner attests in her attached Affidavit details of those episodes and instances of threats and intimidation alleged by her committed by these defendants over this past calendar year, that has reasonably caused her to fear for the safety and lives of herself and loved ones.

**CONCLUSION**

Petitioner CATHERINE BROWN, as soon as practicable, respectfully requests that this Court issue orders imposing upon all concerned a Preliminary Injunction estopping and prohibiting the named defendants, as well as unnamed actors, as well as all associates and affiliates of the named defendants, from their continuing pattern of intentional continual and ongoing pattern of cyber stalking, harassment, defamation, extortion, threats to her life and safety, and other cyber and online harassment of this Plaintiff, which are in violation of several Federal and State of Louisiana criminal laws, as well as civil law claims brought here subject to complete Diversity Jurisdiction, this matter in controversy and quantum value of Petitioner's claims exceeding $75,000.00, and with the application of State of Louisiana tort law to determine the actionability and recovery for Petitioner's losses in tort here.

Further, Petitioner also requests that this Court issue an order after a hearing and granting of a Preliminary Injunction, ordering that the online entities Google and it's YouTube branch be directed by this Court order to discontinue allowing any defendant or aligned entity from posting any additional online threats, defamation and harassment of your Petitioner by each defendant and all affiliated

persons or entities, that all existing online threats, defamation and harassment of your Petitioner by each defendant and all affiliated persons or entities be removed from view,

Respectfully Submitted,

*Dominic N. Varrecchio*

_____
Dominic N. Varrecchio (La. Bar #19456)
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 524-8600
Email: knic55@cox.net
*Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, as well via actual service of process of the related Petition/Complaint, Request For Preliminary Injunction and Notice of Hearing of Temporary Restraining Order upon those defendants of those items together with Summons to Appear. Petitioner further has also served all related filings here via E-mail to all defendants where E-mail addresses are available to Petitioner and Counsel, as certified and explained in the attached Rule 65 Certification. This 10th day of December, 2021.

*Dominic N. Varrecchio*

_____
   DOMIINIC N. VARRECCHIO

12