# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.    21-1844** |
| **versus** | **JUDGE:         JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:         JVM** |

## Petitioner's Updated Federal Rule of Civil Procedure 65(b)(1)(B) Certification by Filing Attorney of Delivery of Pleadings to Defendants and Others

Now Into Court, comes counsel for plaintiff/petitioner CATHERINE BROWN, through undersigned counsel, who here files updated Federal Rule of Civil Procedure 65 Certification, who asserts herein, as an officer of this Court, that he has delivered the newly-filed pleadings and attachments filed here, namely, the Plaintiff's Supplemental Memorandum in Support of her Motion for Order of Preliminary Injunction filed in anticipation of her  scheduled December 14, 2021 hearing and Oral Argument of her Rule to Show Cause why the requested relief should not be ordered, as well as the Motion and Order seeking leave of Court to file her Supplemental

Memorandum, undersigned counsel serving all aforementioned filings here via E-mail to all defendants and defendant-affiliated entities and actors where E-mail addresses are available to Petitioner and Counsel, as certified here, as well as explained in the attached Rule 65 Certification, with those respective defendants and affiliated actors were served here at the following E-mail addresses:

JONTE MILLER at: jlm144332@gmail.com

THE ORACLE at: thevintagegarden20150103@gmail.com

MINYANGO TOPKAH (POETIK FLAKKO) at: flakkopoetik@gmail.com

SHAKIM HARRIS at: amenrauniversity@gmail.com

TANISHA WRIGHT at: tanishalynnprice@gmail.com

SCARLIT at: heatofalover@gmail.com

SLANDERGOD (POSITIVELY HATE PODCAST) at: godofslander@gmail.com

ANDREA STEWART/ANTI AFRO SVENGALIS at: doxerumarjohnson@gmail.com

THERESA D. BRUNSON at: tdbrunsonesq@aol.com

TCTV at: thegoodguys2624@gmail.com

GHOST at: thegoodguys2624@gmail.com

GOOD GUY PODCAST at: thegoodguys2624@gmail.com

DONALD MURRAY at: icdon502@gmail.com

GGOGLE, LLC, doing business as YouTube at:  legal@support.youtube.com

Any defendant or affiliated actor or entity NOT included here was not noticed or served with these pleadings due to Petitioner and counsel not having E-mail addresses for those respective defendants, who will be served via regular service of process, or in certain cases, only after being properly identified via Discovery or other means as this litigation progresses.

        Respectfully Submitted,

*Dominic N. Varrecchio*
_____
Dominic N. Varrecchio (La. Bar #19456)
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 524-8600
Email: knic55@cox.net
*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, as well via actual service of process of the related Petition/Complaint, Request For Preliminary Injunction and Notice of Hearing of Temporary Restraining Order upon those defendants of those items together with Summons to Appear. Petitioner further has also served all related filings here via E-mail to all defendants where E-mail addresses are available to Petitioner and Counsel, as certified and explained in the attached Rule 65 Certification. This 10th day of December, 2021.

*Dominic N. Varrecchio*
_____
    DOMIINIC N. VARRECCHIO