# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.** 21-1844 |
| versus | **JUDGE:** JANE TRICHE MILAZZO |
| **MINYANGO TOKPAH ET AL.** | **MAGIS:** JANIS VAN MEERVELD |

## ORDER

Considering the foregoing Ex Parte Motion for Leave of Court to File Supplemental Memorandum (Doc. 20),

IT IS ORDERED that Plaintiff CATHERINE BROWN's Motion is **GRANTED**.

SIGNED, this 10th day of December, 2021

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE