MINUTE ENTRY
MILAZZO, J.
DECEMBER 14, 2021

JS-10: 01:25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN | CIVIL ACTION |
| VERSUS | NO. 21-1844 |
| MINYANGO TOKPAH ET AL | SECTION "H" (1) |

**PRELIMINARY INJUNCTION HEARING**
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: CATHY PEPPER
LAW CLERK: DAVID JUDD

APPEARANCES:   DOMINIC VARRECCHIO, FOR PLAINTIFF

Court begins at 10:15 a.m.
Plaintiff's counsel makes his appearance on the record.
Plaintiff, Catherine Brown, present in court.
No appearances made on behalf of defendants.
Catherine Brown testifies under oath.
This matter is taken under submission.
Post-hearing briefing is due no later than 21 days from the date of this minute entry.
Court adjourned at 11:40 a.m.