U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 2 0 2021

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN,<br><br>  Plaintiff,<br><br>vs.<br><br>MINYANGO TOPKAH, ET AL.,<br><br>  **Defendants** | Case No.: 2:21-cv-01844-JTM-JVM<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

### *EX PARTE* MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

NOW INTO COURT, through Pro Se Defendant, Theresa Brunson ("Defendant Brunson") come and move this Court for an order granting an extension of time within which to file responsive pleadings in the above-captioned proceeding, in accordance with Local Rule 7.8. In support of this motion, Defendant Brunson represent as follows:

1. This Court's Local Rule 7.8 provides that by *ex parte* motion a party my receive an extension of time to plead thirty (30) days from the time the pleading otherwise would be due, upon certification that there has been no previous extension of time within which to plead and that the opposing party has not filed into the record an objection to an extension of time.

2. Responsive pleadings are otherwise due to be filed by Pro se Defendant Brunson on or before January 14, 2022.

3. Undersigned Pro se Defendant Brunson here by certifies that there has been no previous extension of time within which to answer, move, or otherwise respond to the complaint in this action, and that the plaintiffs have not filed into the record an objection to an extension of time.

**TENDERED FOR FILING**

DEC 20 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

WHEREFORE, Pro se Defendant Brunson respectfully move this Court on an *ex parte* basis for an extension of time within which to answer, move, or otherwise respond to the complaint in this action of thirty (30) days from the time a responsive pleading otherwise would be due, or through January 14, 2022.

Respectfully submitted,

/s/ Theresa Brunson  12/20/2021

Theresa Brunson, Pro Se
6101 Limekiln Pike
Philadelphia, PA 19141
T: 267-251-0828
F: 215-5254363
tdbrunsonesq@gmail.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2021, a copy of the foregoing pleading was filed via electronic mail with the Clerk of Court -Pro Se section. Notice of this filing will be sent to all counsel of record via electronic mail, and facsimile. I also certify that I have mailed this filing by First Class United States Postal Service to all counsel of record.

*Theresa Brunson* 12/20/2021

Theresa Brunson

## **CERTIFICATE OF SERVICE**

I, Theresa Brunson, a Pro Se Defendant, certify that on December 20, 2021, I caused true and correct copies of the foregoing Ex Parte Motion for Extension of Time Within Which to File Responsive Pleading to be filed with the Clerk of Court, Pro Se section, via electronic mail and United States First Class Mail via the United States Postal Service, to the following who is listed as the attorney of record:

Dominic N. Varrecchio, LA Bar No. 19456
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
T: (504) 524-8600

Dated: December 20, 2021         *Theresa Brunson*  12/20/2021

# LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | MsHowardUEsq 94 <tdbrunsonesq@gmail.com> |
| **Sent:** | Monday, December 20, 2021 10:16 AM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Brown v. Topkah, et al. -DEFENDANT BRUNSON REQUEST FOR EXTENTION OF TIME TO RESPOND |
| **Attachments:** | BrunsonProSeMotionforExtensiontofilelResponse.pdf |

**CAUTION - EXTERNAL:**

Good Morning,

Please see attached Defendant's Ex Parte Motion for Extension of Time Within Which to File Responsive Pleading.

Thank you in advance for your attention.

Regards,

Theresa Brunson
267-251-0828

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1