UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | CIVIL No.   21-1844 |
| versus | JUDGE:   JTM |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | MAGIS:   JVM |

## ORDER

Considering the foregoing Motion (Doc. 27),

Plaintiff CATHERINE BROWN's  Ex Parte Motion for Extension of Time to File the attached Plaintiff's Post-Hearing Memorandum in Support of her Motion for Order of Preliminary Injunction is **GRANTED**. **IT IS ORDERED** that Plaintiff file a post-hearing memorandum and attachments in support thereof by or on January 14, 2022.

SIGNED, New Orleans, Louisiana, this 4th date of January, 2022

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**