

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE BROWN, | : | CIVIL NO. 2:21-CV-01844 |
| | : | SECTION "H" (1) |
| PLAINTIFF, | : | |
| | : | JUDGE: MILAZZO |
| V. | : | |
| | : | MOTION TO DISMISS |
| MINYANGO TOKPAH, ET AL. | : | FEDERAL RULES OF CIVIL |
| | : | PROCEDURE: 12(b)(2) |
| DEFENDANT, | : | 12(b)(3); 12(b)(4); 12(b)(5); |
| | : | 12(b)(6) |
| | : | |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(4), 12(b)(5), and 12(b)(6), Defendant Theresa D. Brunson ("Ms. Brunson","Defendant Brunson") respectfully moves the Court to dismiss this case for lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.

As explained more fully in a concurrently filed memorandum in support of this motion, and as shown by the concurrently filed Declaration of Theresa D. Brunson, Ms. Brunson is not subject to personal jurisdiction in the state of Louisiana because: Plaintiff fails to allege or establish Ms. Brunson's minimum contacts with the forum; Venue is improper in the Eastern District of Louisiana because the facts alleged have no connection to the district; Plaintiff's process was insufficient because it erroneously labeled Ms. Brunson on the summons as "counsel representing THE GOOD GUYS, a YouTube© or Internet online broadcast channel"; Plaintiff's service of process was improper because the summons was mailed to an address other than that listed for Ms.

1

Brunson under mandatory rules of the Pennsylvania Supreme Court and was not accepted by Ms. Brunson's registered agent in the state of Pennsylvania, and Plaintiff fails to state a claim upon which relief can be granted as it relates to Ms. Brunson's action of sending Plaintiff a single cease and desist letter, that was never published to anyone other than Plaintiff and contains no defamatory, harassing or threatening statements with the use of any online platform.

Respectfully submitted,

THERESA D. BRUNSON, Pro Se
6442 N. 16th Street
Philadelphia, PA 19126
Telephone: (267) 251-0828
Facsimile:
Theresa.brunson@lawofficeoftdbesq

Pro Se Attorney for Defendant
Theresa D. Brunson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

(   ) Hand Delivery              (   ) Prepaid U.S. Mail

(   ) Facsimile                  (   ) Federal Express

(   ) CM/ECF Court Filing System (XXX) Electronic Mail

Philadelphia, Pennsylvania this 14th day of January 2021.

THERESA D. BRUNSON, Pro Se

# LAEDdb_ProSeDocs

**From:** Theresa Brunson <tdbrunsonesq@gmail.com>
**Sent:** Friday, January 14, 2022 3:43 PM
**To:** LAEDdb_ProSeDocs
**Subject:** Catherine Brown v. Minyango Topkah, Et. Al. Civil Action 2:21-CV-01844
**Attachments:** Catherine Brown v. Minyango Topkah, et al MOTION TO DISMISS (DEFENDANT THERESA BRUNSON).docx; Exhibit A and Defendant's Declariation.pdf; Exhibit B.pdf

**CAUTION - EXTERNAL:**

Good Afternoon,

I am a Pro Se Defendant in the above listed matter. Attached you will find my:
documents for filing.

Motion to Dismiss Plaintiff's Complaint
Defendant's Declaration
Exhibit A
Exhibit B

Thank you in advance for your attention to this matter.I can be reached at 267-251-0828 should you have any questions or concerns regarding this filing..

Regards,
Theresa D. Brunson
Pro Se Defendant

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Theresa Brunson <tdbrunsonesq@gmail.com> |
| **Sent:** | Friday, January 14, 2022 4:20 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Catherine Brown v. Minyango Topkah, Et. Al - Motion to Dismiss |
| **Attachments:** | Catherine Brown v. Minyango Topkah, et al MOTION TO DISMISS (DEFENDANT THERESA BRUNSON).pdf |

**CAUTION - EXTERNAL:**

Good Afternoon,

Please see attached Pro Se Motion to Dismiss Plaintiff's Complaint (PDF). Thank you for your assistance in this matter. Have a great weekend.

Regards,

Theresa D. Brunson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# LAEDdb_ProSeDocs

| | |
|---|---|
| From: | Theresa Brunson <tdbrunsonesq@gmail.com> |
| Sent: | Friday, January 14, 2022 4:55 PM |
| To: | LAEDdb_ProSeDocs |
| Subject: | Catherine Brown v Minyango Topka, et al - Pages 2 and 25 Signed |
| Attachments: | page 2 and Page 25 signed.pdf |

**CAUTION - EXTERNAL:**

Good afternoon,

Please see attached. I am going to send a full PDF copy with pages 2 and 25 inserted but I wanted to make sure I met the deadline.

Regards,

Theresa D. Brunson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.