**Theresa D. Brunson, Esq.**
6101 Limekiln Pike, Suite 1000
Giving Of Self Partnership Building
Philadelphia PA 19141

June 7, 2021

Ms. Catherine Brown
Noble IT Resource Firm, LLC
68 Welsh Tract Road, Unit 105
Newark, Delaware, 19713



Re: Cease and Desist Demand

Dear Catherine Brown:

The purpose of this correspondence is to demand that you immediately cease and desist any and all harassing activities towards TCTV Podcast/YouTube Channel. You have repeatedly engaged in actions that have been injurious to TCTV Podcast /YouTube Channel and as a result the Podcast owner's business and brand. Previous actions on your part are considered harassment and harassment by communication under the State of Delaware Criminal Code. As a result of your harassment and negative behavior the owner of TCTV Podcast /YouTube Channel does not wish to have any further business or contact with you, professional or personal.

This will serve as your legal notice to cease and desist all further actions described above.

The Owner of TCTV Podcast /YouTube Channel may use telephone recording devices to document any telephone conversations that you may have in the future, if you fail to comply with this cease and desist letter. You are hereby instructed to comply with this letter immediately or face legal sanctions under applicable Federal and State law. The Owner of TCTV Podcast /YouTube Channel will keep a log of any contacts you make with him after you receive this letter.

Please give this especially important matter the utmost attention.

Sincerely,

Theresa Brunson, Esquire

**EXHIBIT A**

CATHERINE BROWN,

        **Plaintiff,**

vs.

MINYANGO TOPKAH, ET AL.,

        **Defendants**

**Case No.: 2:21-cv-01844-JTM-JVM**

**DECLARATION OF THERESA D. BRUNSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

### DECLARATION OF THERESA D. BRUNSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

I, Theresa D. Brunson, declare UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S. CODE § 1746:

That I am a defendant in this action. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if I choose to testify I could and would testify competently as to the truth of the facts stated herein.

1. I am a member of the bar of the Supreme Court of the Commonwealth of Pennsylvania with an Attorney ID # 74145.

2. I was licensed to practice law in the Commonwealth of Pennsylvania since being sworn in to the Bar of the Commonwealth of Pennsylvania in January 1995.

3. I have maintained my license to practice law in Pennsylvania since 1995 until the present, without interruption.

4. I began my legal career as a Prosecutor in the Philadelphia District Attorney's Office in 1995 and remained for ten (10 ) years until 2005, where I prosecuted Rape, Domestic Violence and Child Abuse cases.

5. I have never been subject to discipline by the Disciplinary Board of the Supreme Court of Pennsylvania.

6. I have never sought to practice law or practiced law in any jurisdiction other than the Commonwealth of Pennsylvania.

7. In June 2021 I sent a Cease-and-Desist Letter to the residence/place of employment of Catherine Brown via First Class US Mail only.

8. Approximately two days after the letter was mailed, I received a call on my cell phone from a person who identified themselves as Catherine Brown. As a result of Ms. Brown's questions, I emphasized to her that I was not the attorney of record of TCTV and I explained to her that the

purpose of my letter was to inform her that TCTV did not want to continue the business relationship with her. There was no hostility, threats, or arguments during my phone conversation with Ms. Brown. Subsequently, Ms. Brown called me several more times and I did not answer the call, because I had nothing further to say to her about any matter. Since that one phone call I never spoke to Ms. Brown again.

9. I am not and have never been the Registered Agent in Pennsylvania for TCTV, The Good Guys or any other person, corporation, or LLC.

10. I am not, nor have I ever been in business with anyone involved in creating content for any social media outlet, You Tube Channel or other online organization.

11. I am not in business, nor have I ever been in business with any of the named and unnamed defendants in this case.

12. I have never physically been in the State of Louisiana.

13. I have never sought to practice law in the State of Louisiana.

14. I have never sought business opportunities in the State of Louisiana.

15. I have never sought legal clients in the State of Louisiana.

16. I do not know anyone who resides in State of Louisiana.

17. Cynthia Sims is my registered agent to accept service of documents for my Professional LLC .

18. Cynthia Sims did not accept service of Plaintiff's Complaint

19. I am without knowledge as to who accepted service of Plaintiff's complaint at 6101 Limekiln Pike, Philadelphia Pa 19141

20. I did not accept service for Plaintiff's complaint at 6101 Limekiln Pike Philadelphia Pa 19141

*Theresa D. Brunson* (signature)  DATE: 1·14·2022

Theresa D. Brunson