# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| CATHERINE BROWN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-01844-JTM-JVM |
| MINYANGO TOPKAH, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THERESA D. BRUNSON, Esq., defendant and Counsel representing and also known as or conducting business as the "THE GOOD GUYS", a YouTube or Internetonline broadcast channel
6101 Limekiln Pike, Suite 1000,
Giving of Self Partnership Building
Philadelphia, PA 19141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dominic N. Varrecchio, La Bar No. 19456
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Tel: (504) 524-8600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**EXHIBIT B**

Carol L. Michel
*Name of clerk of court*

Date: Nov 04 2021

*Deputy clerk's signature*