# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.** 21-1844 |
| versus | **JUDGE:** JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:** JVM |

## ORDER

Considering the foregoing Motion (Doc. 45),

**IT IS ORDERED** that Plaintiff CATHERINE BROWN's Ex Parte Motion for Leave to File her Second Supplemental and Amending Petition is **GRANTED**.

SIGNED, New Orleans, Louisiana, this 25th day of April, 2022

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE