## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATHERINE BROWN** | **CIVIL No.** | **21-1844** |
| **versus** | **JUDGE:** | **JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:** | **JVM** |

## <u>Second Supplemental and Amending Complaint/Petition for Damages</u>

The Second Supplemental and Amending Complaint/Petition for Damages of CATHERINE BROWN, a person of the full age of majority, formerly domiciled in the State of Delaware at the original filing of this litigation, and as of November 27, 2021 now domiciled and permanent resident of the State of Louisiana, who brings this litigation for immediate relief pursuant to Louisiana tort law, which by federal law is properly brought in this Federal District Court due to Complete Diversity Jurisdiction between the respective opposing parties, and with the torts alleged and damages losses incurred by Petitioner alleged have occurred while Petitioner was located within the State of Louisiana and Eastern District.

This amending petition asserts civil claims offer clarified and more definitive sets of inter-related claims and causes of action against each existing and previous defendant, against certain additional defendants, and is additionally filed in response to the recent Orders of the Court that the Petitioner file the same (Rec. Doc. Nos. 43

1

and 44.)

Petitioner's causes of action, as well as her damages, losses, and injuries directly related to the named and unnamed defendant individuals' and entities' continual and ongoing pattern of the defendants engaging in and targeting your Petitioner an intentional and ongoing pattern of their cyber stalking, harassment, defamation, threats to her life and safety, some incidents of actual physical stalking and intimidation, and the defendants' intentional infliction of emotional distress upon Petitioner resultant from the defendants' online attacks and harassment of her, and other such crimes and civil tortuous acts committed by those defendants as described below, and which includes repeated and continuous episodes of these intimidation and threats that are both federal and state crimes, as well as civilly tortuous acts of the named defendants here, who are original identified defendants MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA PRICE, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON,  as well as those newly added defendants ANTHONY OKAFOR,  DONALD MURRAY, ORACLE THE VINTAGE GARDEN® SINCE 2015, REVERAND GERALD PALMER, and the ANTI FRAUD WARRIORS, LLC, as well as those actors heretofore unidentified defendants as described below, with the defendants' tortuous acts damaging the Petitioner having began in the month of October, 2020 and commences and has repeatedly plagued, upset and damaged Petitioner through this date of April 22, 2022, and again, with many of these episodes experienced and endured by Petitioner CATHERINE BROWN while residing and/or located in the Eastern District of Louisiana, said locations included within the district of this Court.

2

Petitioner files here her second amending Complaint to 1.) add additional individual defendants by name here; 2.) include additional episodes of tortuous activity in this second amending Complaint, 3.) re-naming as a defendant here the original defendant THERESA D. BRUNSON, by Petitioner citing and asserting claims for additional episodes of torts and intentional infliction of emotional distress committed by this defendant, who was as a defendant recently dismissed, without prejudice, from this litigation by this Court relative to the Petitioner's original claims asserted in previous Petitions/Complaints (Rec. Doc. 43), as well as  to offer better identification of those entities sued here, a clarification of those legal claims brought by Petitioner against those named defendants and the factual grounds supporting each particular claim, and the relief or compensation sought by the Petitioner here in this litigation.

Petitioner, in an abundance of caution, re-asserts all actionable claims brought against these named defendants in her previous Petitions/Complaints not dismissed or found not actionable by this Court's previous orders, incorporating those particular claims, as well as those set forth here, in her larger causes of action.

## STATEMENT OF JURISDICTION

The Jurisdiction for this litigation to proceed in this Court is complete Diversity Jurisdiction, as Petitioner and all defendants are domiciled, and reasonably believed domiciled, in separate States, as delineated below.

Additionally, Petitioner's claims involve state law tort claims exceeding a quantum value of $75,000.00 and involving complete diversity of citizenship of the

3

plaintiff and all defendants, and Petitioner in good faith seeks civil damages and relief from this Federal Court.

Petitioner re-asserts here that the original defendant TANISHA WRIGHT is domiciled and a resident of the State of Pennsylvania, and not Delaware, as asserted by Petitioner in her previous Petitions/Complaints, and which is re-asserted here in this amending Petition/Complaint. Petitioner in her December, 2021 TRO/Injunction Hearing misspoke before the Court and miss-stated that this defendant was a Delaware domicile, which rightly would defeat Diversity Jurisdiction for this particular defendant here. Petitioner clarifies her previous miss-statement made in her Hearing Appearance testimony, and re-asserts and claims here that defendant TANISHA WRIGHT is indeed a Pennsylvania domiciled citizen subject to the jurisdiction of this Court and this litigation.

Petitioner seeks relief and general civil proceedings against all defendant, pursuant to all other applicable federal laws and criminal and civil codes, as well as all other applicable State of Louisiana criminal and civil laws and statues governing the claims and relief sought by Petitioner here, again, with her claims for the most part made pursuant to Louisiana tort law, but which are subject to Removal to Federal Court due to Complete Diversity of all parties, together with Petitioner's claims in good faith asserted by her to exceed $75,000.00 in quantum value, thus subjecting these claims to rightly be litigated in this Federal District Court due to Complete Diversity of all parties.

Petitioner, again, additionally and in Good Faith asserts here that the quantum value of her civil claims against EACH particular defendant, does in fact exceed the

$75,000.00 quantum value threshold necessary for United States District Court jurisdiction, in this diversity jurisdiction set of claims.

I.

The following are made and maintained as defendants in this suit and are indebted unto your petitioner jointly, severally, and *in solido* for such damages as are reasonably equitable, together with legal interest thereon from the date of judicial demand until paid:

A.  MINYANGO TOKPAH, a person reasonably believed of the full age of majority and also reasonably believed known as "FREDERICK JALLAH" and/or conducting business as "Poetik Flakko Media", and/or "Poetik Flakko", and/or any other business, believed located and domiciled within the State of North Dakota, and more particularly at the address of 102 5th Street E, Apt. 5, West Fargo, ND 5807, and the person who personally, or through others affiliated with himself or his business, intentionally the continual and ongoing pattern of cyber stalking, harassment, defamation, threats to Petitioner's life and safety, and other cyber and online harassment, such crimes and civil tortuous acts committed by those defendants as described below;

B.  SHAKIM HARRIS, a person reasonably believed of the full age of majority believed located and domiciled within the State of Michigan, and more particularly at two Michigan addresses, of both of 15488 Winston Street, Redford, Michigan 48239,  and also at 7722 Heyden Street, Detroit, MI 48228, and the person who personally, or through others affiliated with himself or

his business, intentionally the continual and ongoing pattern of cyber stalking, harassment, defamation, threats to Petitioner's life and safety, and other cyber and online harassment, such crimes and civil tortuous acts committed by those defendants as described below;

C. TANISHA WRIGHT, and also reasonably believed known as TANISHA SMITH-PRICE, TANISHA LYNN PRICE and/or TANISHA PRICE, and posting online as "Black Lounge Entertainment", and/or "TPRI", a person reasonably believed of the full age of majority, believed located and domiciled within the State of Pennsylvania, more particularly 5929 Windsor Avenue, Philadelphia, PA  19143, based upon Google address searches and this defendant's own Facebook postings made as recently as October 10, 2021. Additional Facebook recent postings have this defendant residing in the City of Harrisburg, PA.  This defendant is also known as or conducting business and making online postings or broadcasts using the identifier of "Black Lounge Entertainment", "TPRI", "Tanisha Lynn Price", and Petitioner asserts here that this defendant has personally, or through direction and incitement of others affiliated with herself or her business personas, has intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to Petitioner's life and safety, and other cyber and online harassment, such crimes and civil tortuous acts committed by those defendants as described below;

D. ANDREA MICHELLE STEWART,  ("STEWART"), a person reasonably believed of the full age of majority, believed located and domiciled within the

6

State of California, and more particularly believed located at 2840 FLETCHER PARKWAY, # 323, El Cajon, CA 92020, with this same defendant STEWART listed in the State of California Secretary of State Business Listings as the Chief Executive Officer and the only legally revealed and identified business member of the "ANTI FRAUD WARRIORS, LLC" ("AFW") the California Limited Liability Corporation, with the business using he same actual address as defendant STEWART's listed domicile address. This individual defendant STEWART is identified and alleged here by your Petitioner here as having engaged, as both in her name as in additional settings and episodes as "AFW", and additionally, in using the online broadcast identity of the "ANTI AFRICAN SVENGALIS" and/or the "Anti Afro Svengalis Channel", another YouTube - Internet online broadcast channel, with this defendant STEWART undertaking a series of internet broadcasts on YouTube and in numerous internet panel discussions, comments and attacks upon Petitioner, which since October, 2020 through the present month of April, 2022, that have continued in an ongoing pattern of cyber stalking, harassment, defamation, and threats to Petitioner's peace, life and safety, amounting to an intentional infliction of emotional distress by this defendant upon the Petitioner, with STEWART intentionally engaged the continual and ongoing pattern of online and broadcasted cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the

Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein;

E.  JONTE MILLER,  a person reasonably believed of the full age of majority, believed located and domiciled within the State of North Carolina, and more particularly believed located 2006 Cedar Fork Road, Apartment "E", Greensboro, NC 27407-4591, and also known as or conducting business as the "SMOKEGOD", a YouTube or Internet online broadcast channel, and/or any other businesses, all, and the person who personally, or through others affiliated with himself or his business, for YouTube or Internet online broadcast channels, and/or any other businesses or entities operated or participated in by this person, who personally, or through others affiliated with himself or his businesses, intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein;

F.  THERESA D. BRUNSON,  re-named as a defendant here after this Court's dismissal of this defendant here without prejudice on April 8, 2022 (Rec. Doc. 43), a person reasonably believed of the full age of majority, believed located and domiciled within the State of Pennsylvania, and more particularly believed located 6101 Limekiln Pike, Suite 1000, Giving of Self Partnership

8

Building, Philadelphia, PA  19141, and also known and presenting herself as the legal representative of heretofore unidentified online actor "TCTV", whose behavior and tortuous acts were intertwined and inextricably connected to the tortuous actions of those other defendants and affiliated actors who are properly brought into the jurisdiction of this Court via their particular torts alleged here, and with this defendant having purposefully sought to prevent and intimidate the Petitioner from seeking redress or mitigation of the harassment and upset caused to Petitioner by the postings made on the TCTV YouTube Broadcast Channel, which is conducting business online and broadcasting on and  for YouTube or Internet online broadcast channels, which has within the 18 months, and within the past one year of this filing, where TCTV has continued in having intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, and civilly tortuous acts committed by herself and against the Petitioner in alignment, both individually and in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein;

G. DONALD MURRAY,  added as an additional defendant here, a person reasonably believed of the full age of majority, believed located and domiciled within the State of Pennsylvania, and more particularly believed located 1334 N.Wilton Street, Philadelphia, PA 19141, and also known as, broadcasting online postings and or conducting business using the persona or title of "DON

M" and "DON THE FDMG BOOGIE MAN", all YouTube or Internet online broadcast channels, for and on YouTube or Internet online broadcast channels, and/or any other businesses or entities operated or participated in by this person, who personally, or through others affiliated with himself or his businesses, and within the past one year of this filing has intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein;

H. ANTHONY OKAFOR, added as an additional defendant here, a person reasonably believed of the full age of majority believed located and domiciled within the State of CALIFORNIA, and more particularly at the address of 2951 Fair Oaks Ave, Altadena, CA  91001, and also known as using the inline persona and/or conducting business as "SPOT3MSHOT3M" for YouTube or Internet online broadcast channels, and/or any other businesses or entities operated or participated in by this person, who personally, or through others affiliated with himself or his businesses, intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the

Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein;

I.   ORACLE THE VINTAGE GARDEN® SINCE 2015, ("THE ORACLE") a business entity, reasonably believed operated by at least one Texas resident of the full age of majority, reasonably believed via business advertisements and online postings to be located and domiciled within the State of TEXAS, and more particularly at the address of 2800 Peavy Rd, Apt 1145, Dallas, TX 75228 and also known as or conducting business as "THE ORACLE", on or for YouTube or Internet online broadcast channels, and/or any other businesses or entities operated or participated in by this person, who personally, or through others affiliated with himself or his businesses, intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein;

J.   REVEREND GERALD PALMER, an ANTIFRAUD WARRIOR member who is reasonably believed of the full age of majority believed located and domiciled within the State of Missouri, at 8214 E 72nd Street, Kansas City, MO 64133, and more particularly also known as or conducting business as "REV G MAKES MUSIC", on or for a YouTube or Internet online broadcast channel

(this defendant is, due to his online comments and postings, reasonable believed to be an defendant ANTI FRAUD WARRIOR, LLC member or affiliate), who has personally and through defendant AFW has intentionally the continual and ongoing pattern of cyber stalking, harassment, defamation, inciting threats to Petitioner's life and safety, and other cyber and online harassment, such crimes and civil tortuous acts committed by those defendants as described herein;

K. The "ANTI FRAUD WARRIORS, LLC" ("AFW"), a California Limited Liability Corporation registered with the State of California as located at 2840 FLETCHER PARKWAY, # 323, El Cajon, CA 92020, with this address registered with State of California Secretary of State Business Listings as that of the LLC's Chief Executive Officer, defendant ANDREA MICHELLE STEWART, who is the only legally revealed and identified business member of the defendant AFW, and with the LLC business using he same actual address as defendant STEWART's listed domicile address. Petitioner and undersigned believe that NONE of the members or officers of this LLC are domiciled in either Delaware or Louisiana. This defendant LLC and their internet broadcasts and acts against your Petitioner are also asserted here to be intertwined with the actions of defendant STEWART, and are identified and alleged here by your Petitioner here as having engaged, as both in the names of AFW and STEWART, as well as in additional settings and episodes using the online broadcast identity of the "ANTI AFRICAN SVENGALIS" and/or the "Anti Afro Svengalis Channel", another YouTube - Internet online broadcast

channel, and with defendants AFW and STEWART undertaking a series of internet broadcasts on YouTube and in numerous internet panel discussions, comments and attacks upon Petitioner, which since October, 2020 through the present month of April, 2022, that have continued in an ongoing pattern of cyber stalking, harassment, defamation, and threats to Petitioner's peace, life and safety, amounting to an intentional infliction of emotional distress by this defendant upon the Petitioner, with STEWART intentionally engaged the continual and ongoing pattern of online and broadcasted cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein.

The following are noticed here and named as "actors" illegally and the continual and ongoing pattern of cyber stalking, harassment, defamation, threats to Petitioner's life and safety, and other cyber and online harassment[1], such crimes and civil tortuous acts committed by those defendants as described below. Since the date of

---

[1] Each particular individual online or internet broadcast referenced in this entire amended Petition/Complaint, made herein, and any and all references to online or video postings, are asserted here by the Petitioner here to be internationally viewable, online internet or YouTube video or comment postings intended to be accessible and viewable by the entirety of the general public, whether or not a particular dated or referenced quote is actually labeled as an online or publicly viewed or viewable posting made by any respective defendant or affiliated or aligned actor making such comments or postings or broadcasts.

13

this filing and the service of Petitioner's Complaint and pleadings upon certain

defendants, many of these actors (most of whom have avoided service of process,

and to date not yet been served), including Defendant TANISHA PRICE, acting to

damage Petitioner through online postings made through her online persona "BLACK

LOUNGE ENTERTAINMENT", and with the named defendants often having changed

their YouTube channel names or having taken measures to have hidden their

channels from public view on YouTube, while taking on the other broadcasting

personas or names of other actors.

The defendants named here are sued here for their previous tortuous actions, as well

as for additional torts committed against Petitioner since her original and first

amending Petitions/Complaints, and their change in respective identities does not

preclude these actors from culpability for those torts committed as cited in this

lawsuit, whether committed under either former or other identities or names which are

listed and or identified herein.

   Those particular additional actors are specifically not named here as

defendants as their respective individual identities are unknown at this time, but

expect to be identified via discovery propounded to defendants and third parties.

Those non-defendant actors identified here as aligned with the named defendants

in their ongoing campaign of online harassment, threats and defamation of your

Petitioner, include the following:

1) Aliased-named actors aligned with the named defendants, "THE GOOD
   GUYS", "TCTV", "GHOST", "GOOD GUY", "COUCH POTATO", "GHOST
   GHOST", "SLANDERGOD", "POSITIVELY HATE", "THE ORACLE",

14

"SCARLIT", "GENERAL D", and "BLACK LOUNGE ENTERTAINMENT", ANY

UNIDENTIFIED INDIVIDUAL DEFENDANTS,  all alias-named persons and/or

entities or groups of persons, heretofore unidentified, all reasonably believed

of the full age of majority and/or also known as or conducting business as in

heretofore aliased named identities, and/or any other businesses or

individuals, to be determined as discovery against existing named defendants

commences, many of these aliased-named defendants whom are affiliated

and connected to above actual named defendants, as reasonably believed by

Petitioner due to their own admitted online and public statements both

broadcast on YouTube channels and/or posted in comments online in various

venues, with these defendants' described alignments with actually named

defendants, as well as by their own public internet postings, all whom who

personally, or through others affiliated with herself or her business, through

numerous public online postings and YouTube broadcasts have since

October, 2020 through this date of April, 2022, have in numerous  online

broadcasts and postings have intentionally engaged in the continual and

ongoing pattern of cyber stalking, harassment, defamation, threats to

Petitioner's life and safety, intentional infliction of emotional distress, and other

cyber and online harassment, such crimes and civil tortuous acts committed

by those defendants as described below, and which includes episodes of

these crimes and tortuous acts of the defendants, which began in the month of

October, 2020 and commences and has repeatedly plagued, upset and

damaged Petitioner through this date of February, 2022, in violation of both

Louisiana state and federal law as explained below.

II.

On or about October 1, 2020, your petitioner CATHERINE BROWN,

a former resident and domicile of the State of Delaware,  and as of November 27,

2021 now domiciled in and a full time resident of the State of Louisiana, began to be

and was made to suffer a continual and ongoing pattern of on-line, You Tube, e-mail

and other cyber stalking, harassment, defamation, threats to her life and safety, often

racial based criticisms, threats and attacks upon her, which are asserted here acts of

intentional infliction of emotional distress and disturbance of her personal peace, as

well as other cyber and online harassment, such crimes and civil tortuous acts

committed by those above-named defendants,  including but not limited to all

individually-named and identified defendants  MINYANGO TOKPAH, SHAKIM

HARRIS, TANISHA PRICE, ANDREA MICHELLE STEWART, JONTE MILLER,

DONALD MURRAY and ANTHONY OKAFOR, REVERAND GERALD PALMER and

the ANTI FRAUD WARRIORS, LLC, with at least some of these defendants which

were enabled, encouraged or advanced by re-named and added defendant

THERESA D. BRUNSON.

In addition to the named defendants here, there are not yet identified

defendants, additionally committing those same types of acts against your Petitioner

as described above, who are asserted here to be actors aligned with the named

defendants described herein, and who are intended to be actually identified and

named here as additional defendants upon service and appearance of the named

defendants in this litigation, and who are in god faith expected to be identified and named here as discovery commences.

Your Petitioner since October, 2020 through this month of April, 2022, has been continuously and repeatedly plagued, upset and damaged by these online cyber attacks and stalking, which appear to be obviously coordinated and related attacks and assaults upon her by the above-named defendants and other actors aligned with the named defendants. These damaging online attacks, and intimidation of your Petitioner occurred upon her while at her previous home in Delaware, and while travelling and residing part-time in Louisiana during the years 2020 and 2021, and have continued upon her after relocating her full-time domicile to Louisiana on November 27, 2021. Prior to her full-time relocation to Louisiana, Petitioner was visiting Louisiana during her frequent visits and previous part-time residence in this state, and then after her permanently relocating to Louisiana. Petitioner has been made to suffer severe and ongoing levels of upset and mental trauma, which have required medical attention and mental health counseling, all related to these continuing and frequent threats and online assaults upon her, made via these online threats and assaults and defamation upon her, continuing through this month of April, 2022.

Most particularly, a great portion of these episodes of threats, assaults and defamation were experienced and endured by Petitioner CATHERINE BROWN on the dates of December 19, 2020 through January 5, 2021, April 2, 2021 through July 5, 2021, and July 27, 2021 through August 22, 2021, as well as on many other dates thereafter including after her November 27, 2021 permanent relocation to

17

Louisiana, at locations within Orleans Parish that are included within the district of this Court, as well as while Petitioner was in other parts of Louisiana not located in this judicial district.

The background and explanation of the Petitioner's claims and request for judicial relief here are as follows:

The defendants, as well as actors aligned with the named defendants are essentially on-line, internet groups individuals, personas and groups that have used the well known You Tube Channels and on-line broadcasts, used to intentionally threaten, harass and intimidate – including specific threats of injury, assault, death and sexual assault - your Petitioner.  These actors aligned with the named defendants include but are not limited to those defendant named individually, as well as  defendant AFW.

The defendant AFW is alleged here to have individuals affiliated with them who then pay other individual actors known as "Good Guys" to harass others, such as your Petitioner.  Petitioner reasonable believes that these payments are made to the individual actors, known in the parlance of the internet as "Mercenaries", with these actors believed by Petitioner here to receive compensation or payment for their attacks upon her via online transfer or cash payment "apps", by those seeking to harass or threaten others with buffers protecting their accountability for same. Petitioner, through her personal on-line research, has identified statements of certain defendants and actors aligned with the named defendants named here, with their statements and comments online personally witnessed by Petitioner (causing distress and damage to her as well), as well as her own investigations following the

ongoing threats made to her by these actors, believes that the defendants and actors "AFW" and "The Good Guys" are opponents of and/or former supporters of Pan African Activist leader Dr. Umar Johnson, and that the AFW and Good Guys have political or policy disagreements with, and are now aligned against Dr. Umar Johnson, whom they accuse publically and claim that the Petitioner is now supportive of. The actor AFW in their online postings and broadcasts repeatedly claim that Dr. Umar Johnson is a scammer or some type of fraudulent enemy of the Black community, and in their online postings and attacks upon the Petitioner, these defendants publically through their YouTube broadcasts claim that the Petitioner, herself an African-American female, is an affiliate of Dr. Umar Johnson, and therefore by extension is aiding or supporting an enemy of the Black Community, and with these defendants within the one year of this filing having posting numerous internet messages, comments and YouTube broadcasts identifying your Petitioner as an ally of Dr. Umar Johnson, and therefore an enemy of the Black Community. This is very damaging and upsetting to the Petitioner, as she reasonable believes that these online posting damage her reputation, and foment hatred and potential additional online and perhaps physical attacks against her.

Petitioner reasonably believes that online actor-entity The Good Guys are accepting pay to harass, defame and publicly humiliate any individual that might support or sympathize with Dr. Umar Johnson, and believes that may at least in part motivate the attacks and threats against her.   These defendants' and actors' aligned with the named defendants tortuous acts, both criminally and tortuously threatening and defaming Petitioner in violation of federal and state law, include their online

postings, broadcasts and threats against your Petitioner are these (believed affiliated, or coordinated, or "Mercenary") defendant online individuals, entities, or groups, and the individuals Petitioner believes are related thereto.

Petitioner identifies particular defendants, incidents, and causes of action, as well as relief and recovery sought herein, as follows:

III.

**Defendant MINYANGO TOKPAH**

Defendant MINYANGO TOKPAH, also known as "Poetik Flakko", is an online actor that to Petitioner's understanding has used several aliases, including "Federick Jallah". This defendant is reasonably believed from his online broadcasts and comments to be a founder of the defendant-aligned entity or online group "The Good Guys" internet troll (harassment) group, who constantly posts YouTube vitriol and hate attacks against your Petitioner, often claiming her to be insufficiently pro-African American, and threatening her for same.

This defendant is believed to be an immigrant from Africa, who constantly posts hate attacks against your Petitioner, often claiming her to be insufficiently pro-Pan African American, and threatening her for same.  This defendant actor is believed by Petitioner to utilizes his access to specialized software as a Financial Industry employee to look up an online targeted individual's private information (criminal histories, credit histories, home addresses, employment information, children's information, spouses' information, i.e. spouses' employment locations, children's schools, children's addresses), and use this information within his threats

against certain targeted person, and has done so to threaten, harass, and intimidate your Petitioner.

Defendant MINYANGO TOKPAH is believed by Petitioner, because of his explicit threats and harassment of her, to be dangerous and a real danger to your Petitioner, as in the pertinent time period (October, 2020 throughout the year 2021). This defendant has explicitly and repeatedly sexually threatened and bullied the Petitioner in online YouTube broadcasts and comments, which she believes due to this defendant's comments were conducted on behalf of defendant TCTV. Part of this defendant actor's online harassment and threats to Petitioner also include his having called her a "funky pussy hoe" and other explicit sexually-involved insults, and this defendant has also posted defamatory and untrue claims online that the Petitioner's non-profit corporation is a fraudulent effort and a "scam". These postings by this defendant have defamed your Petitioner and have attempted to undermine her ability to maintain her non-profit corporation and efforts, and have defamed her to other potential donors and colleagues, as well as having threatened her personal peace and well-being.

Petitioner believes, given online information posted by this defendant actor MINYANGO TOKPAH, that he either currently works for or has worked for a debt collection organization or law firm with specialized access to individuals' personal information including residence and employment information. Petitioner reasonably believes from information publicly revealed by this defendant that he does have access to her personal information as the defendant appears to have previously contacted Petitioner's relatives for Debt Collection, and it is believed that this actor

has used assets involved with this Debt Collection law firm to gather information and use that information to attack the Petitioner and her family.

This defendant actor's venues for internet threats and defamation to your Petitioner were conducted upon the popular YouTube internet online broadcast venue.  This defendant MINYANGO TOKPAH regularly uses the YouTube Channels of "Poetik Flakko" and "Poetik Flakko Media", as well as formerly "Poetik Flakko Reactions" (this defendant was believed to have changed YouTube channel names as he realized that Petitioner was going to take action against his tortuous and illegal online behavior.  Petitioner reasonably believes, due to this defendant's explicit online postings and threats directed at her, that this particular defendant actor is very dangerous and presents a serious danger to her health and well being, and also believes that this defendant actor is performing these tortuous acts and threats in affiliation and/or on behalf of the defendant-aligned entity "THE GOOD GUYS", given his posted statements and hints included within his previous online postings and comments.  Several incidents involving this defendant actor include the following:

On or about June 4, 2021, Petitioner was made to witness online chat room postings by defendant MINYANGO TOKPAH (as Poetik Flakko) where he stated that he had stalked Petitioner by his looking up her personal information and calling her business associates and  affiliates, despite his having no legal reason to do so, and with this defendant then posting online that he would post her personal information online to damage your Petitioner if she properly reported this defendant or other's threats against her to law, as well as their sexual bullying, insults and defamation of her to law enforcement authorities.

22

Again on June 4, 2021, Petitioner downloaded chat records will show that defendant MINYANGO TOKPAH not only admitted to stalking her, cyber-stalking her, and invading Petitioner's privacy.

Petitioner also asserts here that she has video evidence dated August 1, 2021, of this actor, MINYANGO TOKPAH posting as Poetik Flakko, threatening an 11 year old child. This actor also has posted the child's picture online in several different on several panels, and has made anti-gay slurs against the child on You Tube public broadcast channels, there calling the minor child a "faggot", "gay" and other slurs. Per additional saved video evidence dated August 1, 2021 and saved snapshots of this defendant's comments dated during the month of August, 2021, this actor has also online threatened to have sex with a targeted man's six year old daughter.

On or about May 20, 2021, this same defendant MINYANGO TOKPAH sexually bullied your Petitioner in a publicly accessible live stream that he broadcast online in video, stating "Catherine Brown wants to fuck. She wants to fuck TCTV." This defendant made those online public statements to intentionally sexually humiliate the Plaintiff, by online publication of false narratives and claims - via several internet broadcasts occurring in the year 2021 – in his telling hundreds, perhaps thousands, of online viewers that Petitioner CATHERINE BROWN requested sexual favors from TCTV. These statements by this defendant are entirely false, and were forwarded to others and placed online in an intentional attach upon the reputation and personal peace of your Petitioner.

This defendant on May 24, 2021 in other online postings stated that he is the actual reason why Petitioner filed criminal complaints against defendant TCTV and

had complained to YouTube about TCTV using their online platform to sexually

ridicule and upset her, to bully her and to humiliate her, which these postings did

accomplish.

Defendant MINYANGO TOKPAH is believed by Petitioner, because of his

explicit threats and harassment of her, to be dangerous and a true danger to your

Petitioner, as in the pertinent time period (beginning October, 2020 throughout the

year 2021), has explicitly and repeatedly threatened and has sexually bullied the

Petitioner online, which she believes was conducted on behalf of defendant TCTV,

per video evidence dated May 29, 2021.   Per downloaded chat evidence, dated May

29, 2021, part of this defendant actor's online harassment and threats to Petitioner

include his having called her a "Stank Pussy Hoe (whore)" and other explicit sexually-

involved insults, and he has repeatedly also posted defamatory and untrue claims

online that the Petitioner's non-profit organization is a fraudulent effort and a "scam".

These public postings have defamed your Petitioner and have undermined her ability

to maintain her non-profit corporation and efforts, and have defamed her to other

potential donors and colleagues.

 This defendant/actor MINYANGO TOKPAH's (as Poetik Flakko) regular

venues for internet threats and defamation to your Petitioner were conducted upon

the following his Discord platform and his YouTube internet YouTube Channels of

"Poetik Flakko" and "Poetik Flakko Media", "King Talk Entertainment" and other

"Good Guy" owned channels as well as formerly "Poetik Flakko Reactions" (this

defendant was believed to have changed channel names once he realized that

Petitioner was going to take action against his tortuous and illegal online behavior.

Poetik Flakko also uses the public online broadcast and posting venues of Discord, FaceBook and YouTube to torment his targeted victims, while also appearing on defendant TCTV's public online broadcast Rumble channel to do the same.

Petitioner sincerely believes that this particular defendant actor MINYANGO TOKPAH very dangerous and presents a serious danger to her safety, health and well being, and also has reason to believe that this defendant actor, is performing these tortuous acts and threats in affiliation and/or on behalf of the defendant-aligned entity "THE GOOD GUYS", given his and others' similar threats and statements, as well as this defendant's particular statements and hints included within his previous online postings.

Per downloaded video evidence, dated September 23, 2021, defendant MINYANGO TOKPAH repeatedly stated online about stalking and threatening his enemies, and has posted actual photographs online of him purported to be at or near the homes of persons which he publicly claims to be stalking. Given the vile nature, the duration and intensity of this defendant's online attacks upon her, Petitioner sincerely believes that this defendant is a real threat to her and her family's safety and well being, and sought, unsuccessfully, Court relief via injunction to protect her by ordering this defendant and other defendants to discontinue these threats and harassment, and further seeks compensation in tort as appropriate for all damages and other awards found appropriate here.

Defendant MINYANGO TOKPAH is believed by Petitioner, given information revealed by him in online broadcasts and postings, to utilize his access to software as a Financial Industry employee to access online several targeted individual's

private information, including your Petitioner and her family members' criminal violation or litigation histories, credit histories, home addresses, employment information, children's information, spouses' information, (i.e. spouses' employment locations, children's schools, children's addresses), and use this information within his threats against certain targeted persons – including here your Petitioner, and has done so to threaten, harass, and intimidate your Petitioner.  Petitioner due to online postings and comments witnessed by herself firsthand, does believe that this defendant, as well as his associates, possesses the personal addresses and information regarding herself and her family, and believes this defendant to pose a true danger to herself and family.

In video evidence dated June 12, 2021 and June 25, 2021, defendant MINYANGO TOKPAH broadcast online the details of the living arrangements of a handicapped, older male online harassment target of defendant-aligned "THE GOOD GUYS" and their internet aligned trolls (this included the target's parents). This is supported by saved video evidence.  As per the above stated video, defendant MINYANGO TOKPAH's  doxing efforts are broadcast personal information about their targets, of anyone (and their children) who are listed at the address and made public for anyone to access and use to stalk or threaten targets that are chosen for such treatment by these defendants to harass, cyberstalk, or worse. Given defendant MINYANGO TOKPAH's access to information of his targets, and his exhibited behavior in threatening and using that access to private information as admitted by this defendant, the Petitioner fears for her personal safety, her reputation, and that of her family and business associates.

In video evidence dated September 8, 2021, defendant MINYANGO TOKPAH threatened a target telling this target by name, in an online broadcast and comment stating plainly "WE" have your address information.  On or about May 22, 2021, this defendant, posting again online as Poetik Flakko, on the live stream YouTube internet Channel broadcast, video titled "How The Good Guy Can Recover", this defendant explicitly threatening Petitioner's life, by verbally encouraging fellow defendant-aligned entity TCTV (another YouTube channel owner) should "make her pay in blood" for having TCTV's YouTube broadcast channels deleted for properly reporting to YouTube and/or law enforcement authorities that the defendant TCTV had publicly sexually bullied Petitioner. The defendant also referred to the Petitioner's mother's house, her grandmother's house and stated again that someone should make her (the Petitioner) "pay in blood". These public threats against the Petitioner are well documented with YouTube saved video.

 Per video evidence dated October 3, 2021, Poetik Flakko made an open threat to publish personal information of anyone who defies him. He also boasted of his previous threats to others regarding publishing their personal information online to put their families at risk.

Further, per video evidence dated May 29, 2021, the defendant MINYANGO TOKPAH's broadcasts and comments provide reasonable basis for the Petitioner to believe that this defendant in fact does has access to her and her family member's personal information and home and employment addresses through HIS employment with a Debt Collection law firm or organization, and that given the defendant's possessing this information in addition to his intense hatred and vitriol against your

Petitioner as evidenced by his online broadcasts, makes his threats to your Petitioner to be real threats, and not idle threats.

IV.

**Defendant SHAKIM HARRIS**

Defendant SHAKIM HARRIS is an additional online actor, acting in concert with other defendants and actors, that has intentionally and explicitly incited threats of violence against your Petitioner and has threatened violence against others. The defendant, SHAKIM HARRIS, also known as "SHEKEM RA", is a based upon his online comments and postings to be a former member of defendant entity "The Good Guys", and this individual defendant is believed by Petitioner, voted out of that group, on the basis of numerous online comments by others, and this defendant SHAKIM HARRIS is reasonably believed to now have control of numerous affiliated and aligned internet "trolls", (aligned online posters).

This particular defendant SHAKIM HARRIS has made a false online statement that your Petitioner gave him cash apps for his content, in saved video internet broadcasts dated September 23, 2021. Based on chat comments by "Spot3m Shot3m" on this date, Petitioner reasonably believes that these cash app payments were sent by "Spot3m Shot3m" (identified as newly-named here defendant ANTHONY OKAFOR), where SHAKIM HARRIS was told via cash app message (by ANTHONY OKAFOR) to announce that the money came from CATHERINE BROWN rather than himself (Anthony Okafor). Petitioner further believes that this online posting announcement made by SHAKIM HARRIS (that she'd given money) was

directly intended to incite violence against, violent threats, cyber stalking and harassment herself. This type of online posting and false statement is threatening and dangerous to your Petitioner, as defendant SHAKIM HARRIS has been attacking the "Good Guys" online in his own postings, and as both defendants are volatile and threatening, any retribution sought by any one defendant or the other involving their violent threats and disputes could endanger your Petitioner if she is seen by one to be aligned or supportive of the other defendant, which she is not. This then includes a video posting dated September 23, 2021, where defendant POETIK FLAKKO stated there that he had filmed himself going to the home of SHEKEM RA to attack him.

In video dated September 23, 2021, defendant SHAKIM HARRIS, posting as "SHEKEM RA", in rebuttal to POETIK FLAKKO'S video of himself at SHEKEM RA's home, SHEKEM RA brandished a loaded shotgun to threaten POETIK FLAKKO for coming to his property and even stated his address for POETIK FLAKKO to have the proper information as SHEKEM RA stated that POETIK FLAKKO was at SHEKEM RA'S father's home rather than his own. This is evidence of defendant SHAKIM HARRIS' volatility and dangerousness as displayed by this defendant in his armed staking of others. Taken together with his aggressive hostility toward the Petitioner as evidenced by his online postings, have rightly upset your Petitioner's safety and peace of mind when considering his previous disagreements with Petitioner, his false accusations and statements involving the Petitioner, and this defendant's threats to others online.

This false accusations posted by this defendant claiming that your Petitioner

is giving money to SHEKEM RA in support of his online attacks against the "Good Guys" for being excluded from that group, is absolutely false and defamatory, and has created and promoted a false and dangerous perception that the Petitioner is funding attacks upon and complaints against the "Good Guys", and could well foment their members or affiliates to attack, endanger or injure your Petitioner for retribution against her as threatened online by many like-minded actors in the past.

These false statements and narratives published by this defendant, as well as those actors aligned with defendant SHAKEM HARRIS, have created and promoted hatred towards your Petitioner, and have incited others to make additional threats of violence against your Petitioner.  These actors have a pattern of behavior, which was in fact displayed publicly and witnessed by your Petitioner, with their intentional actions result in the  destruction of the reputations and businesses of their targets, which include your Petitioner having witnessed and suffered damages to her personal peace and reputation here, and with these online attacks having resulted in (as with your Petitioner) threats of violence, cyber stalking as well as online and offline attacks.

V.

**Defendant TANISHA WRIGHT**

Defendant TANISHA WRIGHT, also known as "TANISHA SMITH-PRICE", And also known to use online broadcast and posting personas of "TANISHA PRICE", "TANISHA LYNN PRICE", and "BLACK LOUNGE ENTERTAINMENT" also known as "Tanisha Wright-Price" is an online actor that to Petitioner's understanding has used several aliases, including "TPRI".  The events and episodes dates involving this

defendant's threats, defamation and damaging internet posts involving the Petitioner are as follows:

It is important for this Court to know that Defendant TANISHA WRIGHT continues to cyber stalk CATHERINE BROWN to this day, through at least the month of February, 2022, and this defendant escalates her actions as these proceedings continue.

Further, three Defendants (including TANISHA WRIGHT) have inadvertently corroborated (vial YouTube videos posted on their channels) claims made by the Plaintiff in this filing, and their awareness of these proceedings having been filed by the Petitioner here.

Petitioner desires that this Court to understand that just because these named defendants and content creators are not physically located in the vicinity of where the Plaintiff currently resides (Louisiana), that these actors do  have followers or others with who are in the vicinity, or might travel to and act out upon their incited hatreds, where the Plaintiff currently resides. Hence, just because TANISHA WRIGHT and the Plaintiff are no longer residing near each other, does not mean that a follower of TANISHA WRIGHT or any viewer of her channel would not react to the hatred she incites against the Plaintiff.

TANISHA WRIGHT appears to have involved herself in the controversies involving the other defendants and your Petitioner specifically to bully CATHERINE BROWN for seeking Police assistance in threats to her from a Black man (TCTV).  In response, defendant TANISHA WRIGHT inserted herself into, and furthered attacks upon the Petitioner – stating plainly that WRIGHT's involvement was motivated by

race and in response to the Petitioner seeking relief from Police agencies for problems involving a Black man or men harassing her. This statement was made by WRIGHT via YouTube video dated July 24, 2021 and will be presented at trial.

Evidence and testimony will be presented at trial to show that CATHERINE BROWN had no issues or dealings with TANISHA WRIGHT prior to CATHERINE BROWN going to police. Further, per videos created and posted by TANISHA WRIGHT since the filing of this litigation, she has retaliated against CATHERINE BROWN with continued cyber stalking and attacks referencing this litigation. These continued actions coincides with CATHERINE BROWN's testimony that any action that she's taken in the past only leads to further cyber stalking, inciting of violence and attacks.

In January, 2022, TANISHA WRIGHT made a series of videos cyber stalking CATHERINE BROWN, even portraying and referencing CATHERINE BROWN as a clown (for filing a fraudulent lawsuit against TANISHA WRIGHT). In online videos posted by defendant WRIGHT in the month of January, 2022, TANISHA WRIGHT plainly accused the attorney for the Plaintiff (undersigned), the Plaintiff herself, the defendant ANDREA STEWART and the Federal Court of "working together" by filing a fake or fraudulent lawsuit in order to advance or create content on certain YouTube channels.  WRIGHT enlisted an affiliate to challenge Defendant SHAKIM HARRIS on his own YouTube channel to "cover" or to online "report" (discuss) the Petitioner's (alleged) fraudulent lawsuit involving this Federal Court, as brought by Petitioner here.

32

As bizarre as TANISHA WRIGHT's and these affiliated content creators' behavior have been (and continue to be) in response to being named defendants in this lawsuit, WRIGHT's behavior further proves what the Petitioner has claimed concerning these Defendants in her previous Petitions/Complaints as well as this one, as well as her oral testimony in the December 2021 hearing – that all of Petitioner's efforts to get the Defendants to stop cyber stalking her and cyber bullying her for content on their YouTube channels (for pay) have been ignored. All of these incidents, online attacks, comments, postings, and ridicule of the Petitioner and this litigation has caused to your Petitioner great emotional distress, as it would have been clear to any reasonable person that they should desist their actions against CATHERINE BROWN (by now). The Petitioner believes that this defendant WRIGHT's continuing attacks upon her and ridicule of this litigation and this Court's proceedings reveal an imbalanced and dangerous defendant that presents a danger to the Petitioner's peace, and possible physical safety, and has caused the Petitioner sincere concern and distress over just how far these individuals would go to attack her.

That these content creators have continued their attacks and harassment of the Petitioner, instead of ceasing them, since the filing of this litigation, and instead have used the Petitioner's efforts at relief as reason and basis to continue their torturous behavior and incite further harassment, hatred and threats of violence against the Plaintiff, is all the more disturbing and upsetting to your Petitioner, and causes her to feel even more apprehension and dangers presented to her by the

defendants and affiliated actors, and their followers and adherents to date unknown to her.

Various video and YouTube broadcasts over this past year have produced video evidence (to be presented at trial) the Defendant entity and heretofore unidentified individuals known as "The Good Guys" have designated TANISHA WRIGHT as their spokesperson (in YouTube videos) to make critical broadcasted postings ridiculing the Petitioner and the proceedings in this Court, with defendant WRIGHT making online comments and postings critical of the Petitioner's filing of this lawsuit, with WRIGHT intentionally using the internet broadcasts over this past year to further incite cyber stalking, claims of CATHERINE BROWN committing criminal activities and cyber attacks against CATHERINE BROWN (as they have done with all of her other attempts to have them desist in the past).

In video dated February 5, 2022, while speaking on behalf of the other Defendants (and supporting the claims of the Plaintiff that these Defendants are intertwined and acting in concert) TANISHA WRIGHT referenced the Plaintiff as the devil for seeking reprieve via this litigation from the cyber attacks made by WRIGHT and the other Defendants.  In that same video dated February 5, 2022, TANISHA WRIGHT corroborated what the Plaintiff had been saying all along, that it is Defendant ANDREA STEWART and members of the Defendants, the ANTI FRAUD WARRIORS who are responsible for at least some of the cyber attacks against the Plaintiff, and contained references to defendant ANDREA STEWART, concerning a video that ANDREA STEWART had made directed toward TANISHA WRIGHT. In her video reply to ANDREA STEWART, TANISHA WRIGHT exclaimed that it is "ya'll

fault" (meaning ANDREA STEWART and the ANTI FRAUD WARRIORS) that this situation (concerning this filing) has come about. TANISHA WRIGHT further stated (in this same response video): when "ya'll" (meaning ANDREA STEWART and the ANTI FRAUD WARRIORS) can't get to Umar (meaning Umar Johnson) then ya'll go after others ya'll don't like. This statement, made by Defendant TANISHA WRIGHT, supports claims made by the Plaintiff in this filing.

The video dated February 5, 2022 (to be presented at trial), is not the first time TANISHA WRIGHT has spoken on behalf of a Defendant. In one of a series of videos cyber stalking CATHERINE BROWN that was created by TANISHA WRIGHT (during January 2022) spoke on behalf of Defendant SlanderGod while cyber stalking the Plaintiff. TANISHA WRIGHT (while speaking on behalf of SlanderGod) stated that the reason "SlanderGod" had been absent from YouTube and hid his YouTube channel from public view had nothing to do with this lawsuit and that no one was afraid of that "bitch" (referring to Petitioner). TANISHA WRIGHT even insisted to her viewers that the Plaintiff was still located in Delaware while telling her viewers that the Plaintiff is "mentally unfit". In another video directed toward your Plaintiff, during the month of January 2022, TANISHA WRIGHT "warned" other content creators that Petitioner was mentally unfit, but sent communications to others impersonating the Petitioner in order to incite upset and hatred toward Petitioner by others, and also creating situations that might result in a "copyright strike" which could potentially have others' YouTube or online channels deleted. As copyright infringements are federally regulated, and content creators make money (extra income) with their YouTube channels, a copyright strike could potentially injure others' income stream because

YouTube is more likely to delete a channel over a copyright strike, than for a pattern of cyber stalking – as has been YouTube's practice in the past.

TANISHA WRIGHT's posted false statements appear to be an act by her to incite hatred and further harassment and cyberstalking of CATHERINE BROWN by creating "copyright strikes" to be falsely blamed upon Petitioner, when in fact caused by WRIGHT impersonating Petitioner.

This copyright claim was against content creator SLANDERGOD (to be identified via subpoena). YouTube removed this content from SlanderGod's channel because user ANTHONY OKAFOR (SPOT3M SPOT3M) appeared on his panel with CATHERINE BROWN's picture referring to her as a "Nutty Bitch" in harassment of CATHERINE BROWN for going to police concerning DONALD MURRAY and TCTV.

TANISHA WRRIGHT continued encouragement of other content creators to continue cyber stalking and making threats of physical violence to CATHERINE BROWN amid police involvement and now Federal Court involvement has caused CATHERINE BROWN great emotional distress. Plaintiff hoped the filing of this litigation would encourage this defendant to discontinue her tortuous behavior towards CATHERINE BROWN, but it has not.

During the month of January 2022, yet another affiliate content creator, posting as a member of "The Good Guys" and affiliate of TANISHA WRIGHT, made a video accusing CATHERINE BROWN and the undersign of a criminal activity.  In this video, this content creator stated that CATHERINE BROWN and the undersigned doxxed Defendant Theresa Brunson.

In his video, he stated to his viewers that Theresa Brunson was a content creator who was doxxed by CATHERINE BROWN. Defendant Theresa Brunson provided her address to the Plaintiff. This content creator also made the bizarre statement that the lawsuit was a fraudulent document submitted by CATHERINE BROWN and the undersigned to provide content for the conspired YouTube content creators' channel. Based on evidence to be presented at trial, these actors make such statements so actors (content creators) and their trolls could continue with their cyber attacks against your Petitioner (for pay) while not taking this lawsuit as an actual warning to have them desist.

In videos dated January, 2022 (to be presented at trial), TANISHA WRIGHT falsely accuses CATHERINE BROWN, yet again of sending "harassing emails" to others, falsely and gratuitously inciting animus against the Petitioner.

Per the Plaintiff's testimony in December 14, 2021 hearing, the Plaintiff stated that she believes that TANISHA WRIGHT is responsible for impersonating Petitioner in these emails being sent as though being from the Plaintiff herself. TANISHA WRIGHT's insisting (in this video) that CATHERINE BROWN is still located in Delaware and providing specific location information details is suspicious within itself (in regards to these emails) as many email users know how to discover where (location wise) the email hails from. That TANISHA WRIGHT works in Newark, DE not far from where the Plaintiff previously resided, makes the emails and her insistence regarding the Plaintiff's location even more suspicious, as the Plaintiff has documented evidence of when exactly she permanently relocated to Louisiana (primarily by records via her current employer of this current "contract/business") with

this employer. These harassing emails were sent (presumably from Delaware) to other content creators long after the Plaintiff relocated.

In multiple videos posted online in January, 2022, TANISHA WRIGHT stated that these emails were sent to incite CATHERINE BROWN to jump on YouTube and "defend herself".  TANISHA WRIGHT also stated that her "views" to her channel had increased because of her continued cyberstalking of CATHERINE BROWN.

The above statements made by TANISHA WRIGHT corroborate claims of the Petitioner here, that the content creators are being paid (in some manner) for their cyber attacks on Petitioner and that they cyber attack her for content for their channels. As TANISHA WRIGHT is monetized by YouTube, she gets paid not only in cash apps, PayPal, and via other electronic methods, from viewers, and is believed also paid per reaching a certain amount of views by YouTube. Hence, by her own online admission in boasting that her views "went up" for cyber stalking the Plaintiff, this defendant has admitted to what to exactly what the Plaintiff has been stating in her previous Petitions/Complaints all along – in this defendant financially profiting from her attacks upon Petitioner and the increased viewership resulting from same.

Petitioner asserts here, given these admissions, that TANISHA WRIGHT falsely stated that the Plaintiff sent emails to other content creators (including herself) so that this lawsuit can be discussed online, in hopes that CATHERINE BROWN would appear on the channels to clarify the content creators' intentional misinterpretations of the filing. It is noteworthy that in the past when CATHERINE BROWN did appear on YouTube panels to talk attempt to work out certain disagreements or to attempt to stop additional online attacks on her, in

response, these hostile content creators and their affiliated online chat trolls did nothing but further cyber stalk and cyber attack the Petitioner.

Petitioner reasonably believes that these actors' continued cyber stalking, incitement of violence, hatred and violent threats against her will  ultimately lead to physical attacks (per the pattern of behavior in other instances, and in online postings of armed stalking involving some of these defendants).  Some of these Defendants, including WRIGHT, created accounts to impersonate CATHERINE BROWN as though she is still interacting with others, when she has ceased doing so in order to lower hostility directed at her from others. In this manner, these actors, including WRIGHT, continue to build hatred, incite threats of violence and the other criminal activities perpetuated against your Petitioner.

When CATHERINE BROWN realized that she could not achieve having these online actors cease hostilities with her, and that they wanted the "drama" or "beef" for "content" for their financial benefit by increased viewership on their own YouTube channels where she was the target, she then began her efforts for relief in filing official complaints with YouTube, the Police agencies, and now in this Federal Court.

CATHERINE BROWN no longer interacts with these content creators and their trolls and has not interacted with any of them in nearly a year (except through the undersigned regarding filings concerning this matter). Nonetheless, their online attacks and damaging postings online referencing and damaging her continue through April, 2022. Therefore, these defendants have used her court filings here as excuses to react and denigrate her, and sometimes impersonate her online to make it appear as though she's interacting with them.

This defendant actor TANSHA WRIGHT has repeatedly attacked and defamed your Petitioner, by name, spreading Hate-Based attacks upon her intending to incite hatred of Petitioner by falsely claiming that the Petitioner targets and falsely attempts to have Black men arrested and prosecuted,  while connecting these false claims against your Petitioner to other, well-publicized unrelated negative or media-focused Police interactions with Black men, a pointed attempt to generate and to foment anger and additional harassment and threats against your Petitioner.

These false and dangerous internet postings by this defendant actor puts Petitioner at risk from others that could be motivated to injure or hurt Petitioner with the false belief that Petitioner is intentionally acting to file and injure Black men by filing false police reports against Black Men.

On May 24, 2021, defendant TANISHA WRIGHT made false claims in online comments concerning the Petitioner blaming her for reporting other online attackers to law enforcement and YouTube authorities, falsely posting such claims concerning your Petitioner in order to intimidate her from going to the police in response to her being harassed, threatened and defamed online by this defendant and other actors. Defendant TANISHA WRIGHT stated online that the police were not concerned with your Petitioner's complaint, whereas the police were actively involved in obtaining the necessary search warrants to obtain videos to support your Petitioner's complaint and in contact with your Petitioner often.

On numerous occasions over the year 2021, defendant TANISHA WRIGHT made online postings and broadcasts falsely claiming that it was the Petitioner that was producing and making multiple hateful and inciting YouTube broadcasts and

postings as YouTube broadcaster "Anti Afro Svengalis", falsely blaming Petitioner for these posts when this defendant knew this to be untrue.  Defendant TANISHA WRIGHT has sat on several of the "Good Guys" online chat room panel on an active campaign (along with another defendant-aligned entity, TCTV) to intimidate, incite hatred against and to harass your Petitioner for seeking police protection against the "Good Guys", on an online panel dated May 24, 2021.

In a posted video dated May 24, 2021, Defendant TANISHA WRIGHT cyber attacked your Petitioner for going to police and mentioned to viewers that your Petitioner put "Black men" at risk of harmful police interaction for your Petitioner seeking police protection.  In video dated July, 24, 2021, Defendant TANISHA WRIGHT once again defamed your Petitioner with a harmful statement to further put her at risk by stating that your petitioner filed false police reports which injures Black men. Filing false Police Reports is a crime, and this accusation by this defendant accuses the Petitioner of committing a crime – a blatant act of defamation. Further, and this defendant is endangering Petitioner, by making these inciteful public claims against Petitioner, which could motivate others to harm or endanger your Petitioner or her loved ones.

Also on May 24, 2021, Defendant TANISHA PRICE, posting online as "Tpri", appeared on defendant SHAKIM HARRIS' online panel and stated: "I want to address that bitch, Catherine Brown", and then began hurling vulgarities towards Petitioner for going to police and having defendant  TCTV's channels deleted because he had attacked and sexually bullied Petitioner, conspired to extort her,

harassed her and retaliated against her with vulgarity for going to police on to report these acts.

On July 24, 2021, defendant TANISHA PRICE, posting online as "Tpri" stated online that Petitioner regularly files false police reports on people. In that same posted video, this defendant stated that she had no idea what goes on in "Ghost's" (formerly TCTV) life. Yet she stated as fact that Petitioner had filed false police reports on that other defendant (TCTV).

Also on May 24, 2021, Petitioner first discovered that various defendants and aligned actors, including TANISHA PRICE, have made email accounts using Petitioner's YouTube channel name and are then harassing other people with it, further inciting negative and dangerous animus against the Petitioner.


VI.

**Defendant ANDREA MICHELLE STEWART**

Defendant ANDREA MICHELLE STEWART is an online actor that to Petitioner's understanding has used several aliases, including "ANTI AFRO SVEGALIS" You Tube Channel, and/or "ANTI AFRO SVEGALIS CHANNEL". It is important for this Court to know that Defendant ANDREA STEWART continues to incite violence and cyber stalking (harassment) against CATHERINE BROWN to this day. The recent actions of Defendant ANDREA STEWART also provides credibility to the statements made by CATHERINE BROWN: these YouTube and online content creators (rather than simply stop using Petitioner for fodder for content as it has incited threats to her life, cyber stalking and cyber attacks) continue

to use every effort she has made (including going to YouTube, police and now seeking relief in Federal Court) to further incite hatred, threats of physical violence, cyber stalking and harassment against the Petitioner.

Evidence at trial will show that ANDREA STEWART has a history of paying other individuals to attack her targets on and offline, even physically stalking her targets (in their States of residency as ANTI FRAUD WARRIORS and their supporters are spread throughout the country). During the month of March 2022, ANDREA STEWART yet again made online posted inflammatory statements defaming CATHERINE BROWN for allegedly filing police reports stating that she is a "white woman" (who injures Black people), and made a blatantly false online statement stating that CATHERINE BROWN had for years made public statements falsely claiming to be a "white woman".

Evidence to be presented by Petitioner at trial will show that the internet "sector" of content creators wherein CATHERINE BROWN was previously a guest on internet broadcasted panels, and where she had previously made the statements ridiculed and promoted by defendant STEWART in her online accusations, have not even existed as broadcast venues for many years. Evidence at trial will show that ANDREA STEWART made such inflammatory public online statements against CATHERINE BROWN for the sole purpose of inciting vitriol, hatred and to perpetuate the cyberstalking of CATHERINE BROWN by affiliated Youtube content creators to give leverage for ANDREA STEWART, her followers (trolls) and the defendant AFW to attack CATHERINE BROWN's businesses, business affiliates, sponsors and associates as they've done others in the past.

As recently as April 2022, ANDREA STEWART (in responding to the Court's Granting of ANDREA STEWART's motion for more definitive statement) stated via a YouTube public post that the Judge (in this case) "knows" that claims made by CATHERINE BROWN are "silly".  Defendant ANDREA STEWART made this public post despite the fact that the in recent response (to ruling in the TRO/Preliminary Injunction proceedings), the Court stated that CATHERINE BROWN's claims were not "taken lightly" and despite the fact that a Motion for more definitive statement is a standard legal proceeding and has nothing to do with the judges opinions on any Plaintiff's claims. This publicly posted statement by ANDREA STEWART, as well as the responses of her followers corroborate that her followers rely upon her to interpret legal processes, law and other related subject matter as basis to act accordingly regardless of how flawed her interpretations may be.

ANDREA STEWART's public postings within this past year (and other actions of ANDREA STEWART since this filing) corroborates CATHERINE BROWN's oral testimony during the December, 2021 TRO/Injunction Hearing: that all of Petitioner's efforts to have the defendants cease and desist their damaging attacks upon her are minimized and ridiculed by the defendants, and that they to date feel empowered and free to continue those attacks, as well as well as incite others to join them with spreading false attacks and narratives  upon CATHERINE BROWN, as they have done others (such as herself) in the past.

During the month of April 2022, ANDREA STEWART, yet again defamed CATHERINE BROWN by accusing CATHERINE BROWN of criminal activity, as defendant STEWART made and posted a YouTube video declaring and  accusing

CATHERINE BROWN "being behind" the sexual harassment and filing a "false police report" against one Lenon Honor.  ANDREA STEWART makes these false claims against CATHERINE BROWN to create racial animus and to incite violence against Petitioner.  Evidence at trial will show that, via YouTube videos that are seen by hundreds and thousands, that defendant ANDREA STEWART has a long history of harassing females online who she believes are associated with Umar Johnson, accusing them online of criminal acts as well as posting items or accusations which are sexually harassing, sexually humiliating to STEWART's female targets.

Evidence at trial will also show that not only does ANDREA STEWART attack CATHERINE BROWN for her past association with Umar Johnson but also in retaliation for CATHERINE BROWN's team making reports to Governmental Agencies concerning what they felt was the harassment of Pan Africans via YouTube videos (which included the AFW). ANDREA STEWART also attacked CATHERINE BROWN, in online postings within this past year, in retaliation for her participation in an investigation against Lenon Honor, as CATHERINE BROWN had cooperated with the investigation.

Evidence at trial will also be presented to also show that ANDREA STEWART has targeted CATHERINE BROWN specifically so that ANDREA STEWART, her affiliated internet trolls, and the AFW have leverage to attack CATHERINE BROWN's businesses, as ANDREA STEWART and the aforesaid have attacked the businesses and reputations of other females who are associated with Umar Johnson.  Additional evidence to be presented at trial will show the connection between ANDREA STEWART and defendant DONALD MURRAY, who has in online or internet postings

in this past year has pointedly inferred actual threats to CATHERINE BROWN'S life on several occasions. Evidence will include YouTube videos, snapshots and emails to Newark Police Department.

During the month of February, 2022, ANDREA STEWART posted a video stating that CATHERINE BROWN was online impersonating someone else (using someone else's photo as her own).  This accusation posted by this defendant is entirely false, and it implies to ANDREA STEWART's thousands of subscribers and "staunch" supporters that CATHERINE BROWN is involved in the YouTube controversies and false narratives that these content creators foment to attack the Petitioner (based upon the other actors' false accounts impersonating CATHERINE BROWN). Hence, the defendant STEWART and her affiliates ignore CATHERINE BROWN's attempt to have these attacks desist and persist with the progressive and intensely upsetting cyber stalking.

Additionally, if CATHERINE BROWN's picture is not her own and she is posing as someone else; that would be online impersonation, which is a crime, and the defendant STEWART and her affiliates' accusing Petitioner of same are falsely and publicly accusing Petitioner of committing a crime – further damaging and upsetting and defaming your Petitioner, further causing emotional distress to her.

In this same video posted during the month of February 2022, to further incite her followers against CATHERINE BROWN, the Defendant ANDREA STEWART gave an inaccurate synopsis of the legal proceedings, where Defendant ANDREA STEWART stated that the FEDERAL COURT had "cleared her" of any criminal activities concerning herself,  and further implied to her viewers that CATHERINE

BROWN's filings against ANDREA STEWART were false as they accused

STEWART of threatening Petitioner with violence.

This is a false statement by STEWART, as Petitioner has instead claimed that

ANDREA STEWART instigates (incites)violence (as proven in the video mentioned).

Defendant STEWART is using this lawsuit to incite further cyber

attacks upon CATHERINE BROWN (as with other Defendants in this case), in this

February, 2022 video, ANDREA STEWART misrepresented the entire basis of the

filing to her viewers. ANDREA STEWART led her viewers to believe that

CATHERINE BROWN never claimed to state that "White Supremacists" were

covertly behind the attack on the Pan African movement.

The basis of Petitioner's the claims against ANDREA STEWART, are that

ANDREA STEWART made and posted on the internet several videos falsely

accusing CATHERINE BROWN of putting in a 911 call to police stating that

Defendant ANDREA STEWART is a White Supremacist; in one of these videos, with

ANDREA STEWART even falsely implying that she'd heard the 911 call and was

able to determine that it was indeed CATHERINE BROWN. It is  noteworthy to

mention that in one of Defendant ANDREA STEWART's online posted videos

(unrelated to the Plaintiff but very important to the case), Defendant ANDREA

STEWART actually corroborated claims made by the Plaintiff here: that these online

content creators get paid in cash apps to target, harass, cyber stalk, invade the

privacy of (and post private information on YouTube) to publicly humiliate, incite

violence against and physical threats (including physical violence).

In this February, 2022 online posted interview, Defendant ANDREA STEWART falsely accused CATHERINE BROWN of a sex crime: being involved in the passing around of porn pictures featuring what is allegedly content creator's (Lenon Honor's) anus. Defendant STEWART has posted this false and inciteful accusation against Petitioner in numerous live online appearances over the past several months on her YouTube Channels, and in broadcasts involving her affiliated YouTube personas, as well as in comments left in other internet channels or sites. This is particularly troubling to the Petitioner because these accusations are false, and damaging to Petitioner as the subject, Mr. Lenor Honor, has tens of thousands of very dedicated and emotional online followers and adherents, and any one of them could be incited to commit violence against the Petitioner given the high emotional temperature of the racially based disputes and disagreements involving Mr. Honor, and his followers, and their perceived "enemies", for which defendant STEWART has hade great efforts to have Petitioner declared an enemy of Mr. Honor and his followers.  Petitioner reasonably believes that these online attacks, the coordinated attacks from other defendants and affiliates, the ability of defendants to locate and find the Petitioner, and the emotional dedication of certain persons to potentially act out to physically violate Petitioner so they chose to do so, create real and true concern for the Petitioner here for her life and safety. As it is, Petitioner relocated from Delaware to Louisiana to escape what she testified to in the December, 2021 Hearing was real and perceived threats to her health and safety, and has taken great care and recitance in attempting to conceal her actual new address and location from those

that may seek to attack her physically for retaliation of those false postings and aminus created by defendant STEWART and others created against her here.

This false accusation that ANDREA STEWART has repeated made against CATHERINE BROWN has injured CATHERINE BROWN as she faced additional online and offline harassment and threats based on ANDREA STEWART'S statements.  There is no doubt that ANDREA STEWART has targeted CATHERINE BROWN for cyber attacks (as she's done others in the past who'd faced years long cyber attacks and accusations of criminal activities and sexually humiliated by ANDREA STEWART via YouTube videos). Proof of the previous statement is evident as Andrea Stewart peacefully chats as moderator in chatrooms with the content creators who were actually responsible for passing alleged pictures of Lenon Honor's anus (Plaintiff will produce evidence of ANDREA STEWART appearing in a "Good Guy" affiliated channel (Defendant JONTE MILLER's channel) with online defendant/aligned actor "Ghost" aka "TCTV" on that internet Panel.  Additional proof that ANDREA STEWART has maliciously targeted CATHERINE BROWN (a YouTube chatroom viewer only) is that, to date, ANDREA STEWART does not incite violence and attacks and contempt against the actual alleged paramour of Lenon Honor (another person unrelated to this litigation) who is believed actually responsible for providing these content creators with pictures claimed to be of Lenon Honor's private parts.

Defendant ANDREA STEWART instead falsely and knowingly targeted CATHERINE BROWN, using defamatory speech and slander to incite violent threats against, hatred and harassment against Petitioner.  Andrea Stewart has managed to

keep the videos on YouTube where she fabricated lies targeting CATHERINE

BROWN, as well as perpetuate the fabrications as ANDREA STEWART, where

YouTube, despite complaints from Petitioner, have allowed continued postings by

this defendant as her "freedom of speech". YouTube then sent emails to

CATHERINE BROWN (upon her complaints to them seeking relief) stating that they

are not in position to litigate defamation; that the court must decided defamation.

Therefore, Petitioner will seek a decision of this Court, as to whether or not these

potentially inciteful and damaging videos will be removed.

   To date, CATHERINE BROWN has never even seen those pictures. To

date, there is not one email trace of CATHERINE BROWN ever receiving those

pictures. To date, there is not one shred of evidence that CATHERINE BROWN

participated in the session where those pictures where displayed openly on

any platform for her to see them. In videos to be presented at trial (per ANDREA

STEWART herself) these pictures were shown in a Discord (a platform other than

YouTube). Discord records can be pulled that CATHERINE BROWN has never

participated in any Discord session, ever.  Nonetheless, defendant STEWART

continues posting band commenting accusations of the Petitioner seeking to

humiliate and damage Lenor Honor, solely to created hatred and potential attacks –

both physical and online – against the Petitioner.

   There is no doubt that defendant ANDREA STEWART has targeted

CATHERINE BROWN for cyber attacks, similarly to STEWART's previous online

attacks upon others where she has made public online accusations of criminal

activities and sexually humiliating postings. The threats to CATHERINE BROWN's

life detailed below are direct results of defamation, slander and libel (including lewd, obscene and profane false accusations) brought upon by a group of conspired YouTube content creators, in large part led by ANDREA STEWART.  Evidence to be presented at trial will show that ANDREA STEWART is indeed intertwined with several of the other defendants. This defendant has in numerous online postings over this past year has also falsely accused Petitioner of filing false police reports against herself and other defendants, usually in very race-based and specific accusations and criticisms of your Petitioner which is totally false.

These dangerous internet postings by this defendant STEWART pointedly put your Petitioner at risk from others that could be motivated to injure or hurt Petitioner with the false belief that Petitioner is intentionally acting to file and injure Black people by filing false complaints or YouTube removals  against certain Black or Race-Obsessed individual content posters.

There are additional events and episodes dates involving this defendant STEWART's threats, defamation and damaging internet posts involving the Petitioner. They are as follows:

On July 22, 2021, per video evidence, this actor has online falsely accused Petitioner of filing false police reports against herself and other defendants, usually in specific accusations and criticisms of your Petitioner which are totally false. On July 22, 2021, per video evidence, this actor stated online that your Petitioner had called 911 and stated that online persona "Anti Afro Svengalis" was an Aryan who harassing others, whereas she is a Black woman, not an Aryan. This is totally false, as Petitioner had never made no such telephone calls.

On July 22, 2021, per video evidence, this actor made defamatory statements concerning your Petitioner that your Petitioner is not innocent in the criminal situation concerning TCTV and herself, while at the same time stating that "Anti Afro Svengalis" has no idea of what's going on with this situation.

Per video evidence dated July 4, 2021, this defendant STEWART compelled another entity, defendant Anti Fraud Warriors LLC,  (her registered California LLC and her internet organization) to state to his viewers that your Petitioner, along with TCTV filed false charges against a Black man. This again is totally false.

In email dated June 3, 2021, defendant ANDREA MICHELLE STEWART made a statement to police regarding Petitioner's involvement with the criminal complaint filed against TCTV by Petitioner. This defendant's statement to police was filled with false statements regarding Petitioner.  This defendant told police that Petitioner filed false report against defendant ANDREA MICHELLE STEWART with the Wilmington, Delaware Police. This defendant further also told police that Petitioner had filed false reports against online posters/trolls or participants AFW and Lenon Honor. Defendant ANDREA MICHELLE STEWART went on to tell police that because of Petitioner's allegations to police that Petitioner CATHERINE BROWN is a "menace to mankind".

In video and public online posting dated October 2, 2021, defendant ANDREA MICHELLE STEWART admitted that her affiliated "Anti Afro Svengalis" troll group  created and posted false narratives in order to foment vitriol and hatred against innocent or unsuspecting parties, online participants and comment posters, and that these trolls did so to create a sense of upset and unrest against disfavored

persons, such as your Petitioner.  This admission by this defendant is consistent with

the  events and postings created online to create and continue the vitriol and hatred

directed at your Petitioner online this past year.

     These false, dangerous internet postings by this defendant STEWART

have pointedly put your Petitioner at risk from others, given the heightened emotions

and racial animus over these recent years, where dedicated or imbalanced

individuals could be motivated to injure or hurt Petitioner with the false belief that

Petitioner is intentionally acting to file and injure Black people by filing false Police

Reports and YouTube complaints or YouTube removals against certain Black or

Race-Obsessed individual content posters.   Filing false Police Reports is a crime,

and this defendant STEWART is actually defaming your Petitioner in her online

postings, as well as endangering her, by making these public claims against

Petitioner of her committing an actual crime – separate and apart from the

heightened racial emotions of falsely accusing Petitioner of filing false police reports

and seeking to incarcerate Black men for no good reason.

VII.

**Defendant DONALD MURRAY**

     Defendant DONALD MURRAY is an online actor that has threatened violence

against your Petitioner and others.  The defendant, DONALD MURRAY, also known

and broadcasting or commenting online and on YouTube channels as "DON M", also

known as "DON THE FDMG BOOGIE MAN",  reasonably believed - based upon his

online comments and postings - to be  an affiliate of defendant  THERESA D.

BRUNSON and/or "TCTV".  In the month of November, 2020, Defendant DONALD

MURRAY came to the YouTube channel hosted by TCTV alleging that Umar

Johnson owed defendant MURRAY back wages of $3000.00.  MURRAY and TCTV

also stated that as a result of the back wages owed, MURRAY was then homeless.

TCTV began a campaign to raise funds to assist defendant MURRAY in his time of

need. Not long after TCTV and DONALD MURRAY saw the money in cash apps

coming to them for this effort, and they then began demanding money from persons

who had not yet donated.  Petitioner CATHERINE BROWN was one of those who

had not yet given money to him, and by December of 2020,  TCTV had already

started their campaign of making numerous online postings and comments, and in

YouTube broadcasts, comments and accusations sexually humiliating, defaming and

sexually demeaning and mentally abusing Petitioner. Defendant DONALD MURRAY

then also joined in with threats to Petitioner's safety, sexual humiliation, threats to her

life, defamation and inciting of violence (in concert with the chat trolls led by online

actor SCARLIT). During the month of December 2020, this defendant (along with

TCTV and SCARLIT) began their cyber attack claiming that CATHERINE BROWN

owed DONALD MURRAY the money (presumably owed on behalf of Umar Johnson,

since CATHERINE BROWN had stated that she owned businesses). In many

numerous video clips and chatroom clips posted online and broadcasted

internationally, at the beginning of that month (December 2020) and for nearly the

preceding year, (presumably when DONALD MURRAY's rent was due), defendant

DONALD MURRAY and TCTV (whether on each other's channels, on the channels

of other or on their individual channels would cyber stalk, cyber bully and demand

money and resources from CATHERINE BROWN (with DONALD MURRAY even

threatening her life and the lives and safety of others for money he felt that THEY

owed to MURRAY (presumably owed to him by Umar Johnson).  DONALD

MURRAY's and TCTV's deleted YouTube channels (content to be subpoenaed from

GOOGLE) are littered with threats of violence, cyber attacks, cyber bullying,

sexualization, sexual humiliation and sexual-involved mental  abuse wagered against

CATHERINE BROWN in these numerous and continuing online attacks (motivated at

least in part seeking to extract monetary payments from Petitioner – therefore

Extortion) launched against CATHERINE BROWN for all to see (including family

members and business associates). As these defendants had by now de-humanized

CATHERINE BROWN with false narratives, online impersonation and persistent

cyber stalking, they had no regard for her requests for them to stop.

In an online video posted, broadcast internationally and dated November 7, 2021 (to

be presented at trial), DONALD MURRAY, yet again made an implied threat to kill

CATHERINE BROWN via a rap song on YouTube.   In a separate online video

posted, broadcast internationally and dated October 6, 2021, DONALD MURRAY

made a video falsely accusing CATHERINE BROWN of stalking him for information

for Umar Johnson. As incredulous as this statement maybe, there were other entities

and internet chat trolls that were able to build narratives off this.  In this video,

DONALD MURRAY stated that CATHERINE BROWN wanted sex from TCTV and

was angry enough to harass, call police and report to YouTube because TCTV would

not have sex with her.

This fabrication made by TCTV concerning text messages sent to him by CATHERINE BROWN was later debunked by TCTV's own attorney. She clearly stated that these text messages were "business".

These false and extortive online postings and attacks upon your Petitioner have profoundly upset her and threatened her personal peace and safety, forcing Petitioner to seek related mental health counseling and medical care for upset and injury related to these attacks, from this defendant as well as the others.  This defendant MURRAY repeatedly hinted threats upon the Petitioner's physical safety and her life in video postings. Given the vile nature, the duration and intensity of this defendant's online attacks upon her, Petitioner sincerely believes that this defendant is a real threat to her and her family's safety and well being, and further, seeks all appropriate compensation in tort as appropriate for all damages and other awards found appropriate here.

Again, Petitioner reasonably believes that these online attacks, the coordinated attacks from other defendants and affiliates, the ability of certain defendants to locate and find the Petitioner, and the emotional dedication of certain persons to potentially act out to physically violate Petitioner so they chose to do so, create real and true concern for the Petitioner here for her life and safety. Again, Petitioner relocated from Delaware to Louisiana to in large part to escape the potential physical dangers that she testified to in the December, 2021 Hearing, which Petitioner believes are real threats to her health and safety, and she has taken great care and reticence in attempting to conceal her actual new address and location from those that may seek

to attack her physically for retaliation of those false postings and aminus created by defendant MURRAY and others created against her here.

VIII.

**Defendant JONTE MILLER**

Defendant JONTE MILLER is an online actor that to Petitioner's under-standing has used several aliases, reasonably believed acting in concert with defendant-aligned actors "THE GOOD GUYS" as well with defendant "SPOT3M SHOT3M", in furtherance of their attacks upon and harassment of the Petitioner, this defendant has acted in furthering these defendants' and others' online attacks, harassment and defamation of the Petitioner per video evidence dated September 29, 2021 and August 20, 2021.   Petitioner in good faith believes that this defendant can and will via Discovery reveal the real names and identities of many heretofore unnamed defendants using aliases and nicknames, most particularly defendant-aligned actor "SPOT3M SHOT3M", also posting as "SPOTEM SHOTEM".  Proof of his association, affilation and alignment with defendant ANDREA STEWART is proven by her appearing in a "Good Guy" affiliated channel (Defendant JONTE MILLER's YouTube channel), and appearing with other defendant/aligned actors, will be provided as Discovery in this matter commences upon appearance or service of process completed here.  This defendant was actually served with all previous Petitions/Complaints in this matter, and has yet to appear. Plaintiff will likely seek a default judgment against this defendant if her continues to refuse to properly file responsive pleadings or otherwise appear in this matter.

IX.

Defendant THERESA D. BRUNSON, previously dismissed from this matter via this Court's ruling in Rec. Doc 43, is re-named as a defendant here, notwithstanding the Court's previous findings of lack of Personal Jurisdiction over this defendant in the context of a Defamation tort analysis, as the Petitioner alleges this for other torts and acts alleged to have occurred over and within the past year of this filing, which are in fact continuing torts connected to the previous torts alleged against this defendant in Petitioner's previous Petitions/Complaints.

Petitioner asserts here that this defendant, BRUNSON, presented herself to the Petitioner as the legal representative of heretofore unidentified online actor "TCTV", whose behavior and tortuous acts as alleged here are within the Jurisdiction of this Court, as having been committed and suffered by the Petitioner within this Court's judicial district, and with defendant BRUNSON's tortuous acts in attempting to intimidate the Petitioner committed in furtherance of preventing the Petitioner from seeking relief and redress against those defendants properly within the jurisdiction of this Court, and with defendant BRUNSON's tortuous acts as alleged so intertwined and inextricably connected to the tortuous actions of those other defendants and affiliated actors who are properly brought into the jurisdiction of this Court via their particular torts alleged here, and with this defendant BRUNSON have made herself subject to the jurisdiction of this Court by assisting and abetting those torts caused and created by those other defendants within the jurisdiction of this Court via BRUNSON's purposefully and intentionally having sought to prevent and intimidate

the Petitioner from seeking redress or mitigation of the harassment and upset caused

to Petitioner by the postings made on the TCTV YouTube Broadcast Channel, which

is conducting business online and broadcasting on and  for YouTube or Internet

online broadcast channels, which has within the 18 months, and within the past one

year of this filing, where TCTV has continued in having intentionally engaged in a

continual and ongoing pattern of cyber stalking, harassment, defamation, threats to

your Petitioner's peace, reputation, life and safety, intentional infliction of emotional

distress and intentionally engaged in other cyber and online harassment, and civilly

tortuous acts committed by herself and against the Petitioner in alignment, both

individually and in alignment with those other defendants as described herein,

causing damage to her in the particulars as alleged herein

  Defendant THERESA D. BRUNSON is to Petitioner's understanding,

is the attorney for TCTV, who is a heretofore unidentified  collaborator with several

defendant-aligned entities (expected to be identified through proper Discovery upon

appearance by certain defendants, as well as third party subpoenas to be issued

here), including "THE GOOD GUYS", with both entities which have been horribly

aggressive and threatening to Petitioner in numerous degrading, slanderous and

damaging online postings targeting your Petitioner in publicly online broadcasts seen

by thousands od viewers online. On or about June 7, 2021, after the Petitioner's

complaints to Police authorities and online regulators regarding the threats and

harassment of her by TCTV, your Petitioner received from this particular defendant

an actual written "Cease and Desist" Letter addressed to the Petitioner, instructing

Petitioner that all contact regarding TCTV should be directed to her office, this

particular defendant THERESA D. BRUNSON asserting that she was the Attorney for TCTV. This letter was followed up, shortly thereafter, with a telephone conversation between this defendant and the Petitioner, where this

defendant explicitly warned your Petitioner that her contacting YouTube and law enforcement to stop the harassment and attacks upon her were examples of the Petitioner's "negative behavior" in attempting to "jail Black men", and that your Petitioner should cease all such complaints or seeking relief through those channels.

These acts by this defendant BRUNSON was in time and substance an attempt by the defendant THERESA D. BRUNSON to intimidate and scare your Petitioner into having her to discontinue complaints against TCTV for online harassment of Petitioner. This explicitly warning and attempt to intimidate your Petitioner into having her to discontinue complaints against TCTV for his online harassment of Petitioner, is an act by this particular defendant THERESA D. BRUNSON to intimidate your Petitioner and in furtherance of these online actors' illegal and damaging acts against your Petitioner.

Theresa Brunson told Plaintiff CATHERINE BROWN that she (defendant Brunson) would be point of contact between Plaintiff and TCTV.

Defendant Theresa Brunson never rescinded that directive. Theresa Brunson sent CATHERINE BROWN a "cease and desist" letter amid a criminal investigation regarding her client and TCTV. The timing of the Cease and Desist letter is very important to Plaintiff's claims against TCTV and Theresa Brunson, as that letter to Petitioner sought to intimidate and prevent Petitioner from

60

seeking redress and relief from outside authorities (YouTube, Google, Law Enforcement) wherever the Petitioner happened to be located, and was not limited to Delaware or any particular entity or locale.  The statements in her defendant Brunson's own Memorandum in support of her recently granted Motion to Dismiss actually supports the Petitioner's claims regarding this letter. Plaintiff CATHERINE BROWN clearly stated to Theresa Brunson that she in Louisiana when she received a photo image of the June 7, 2021 Brunson "Cease and Desist" letter sent to Plaintiff's business address. Plaintiff CATHERINE BROWN then sent a follow up email to Theresa Brunson and police clearly stating that she'd been out of state since TCTV began the harassment campaign against her. Plaintiff did not even have the original document to fax to the police (as she'd explained to Defendant Theresa Brunson during the telephone conversation immediately after June 7, 2021 that occurred between these principals), and she instead sent the same photo image that she'd received as she was in Louisiana at the time of the receipt of this letter -  as Petitioner stated to Theresa Brunson.

It is worth repeating here that TCTV began a campaign of recruiting other online content creators to harass, criticize and torment or "cancel" Catherine Brown for going to Law Enforcement for seeking relief from the constant and damaging online abuse and harassment.  This act of defendant BRUNSON seeking to block the Petitioner seeking relief is an entirely separate and distinctive claim in tort from the defamation analysis used to dismiss defendant BRUNSON here, without prejudice, in the Court's determination that because BRUNSON directed the June 7, 2021 letter to an Delaware address, it did not seek or intend to damage Petitioner in Louisiana.

The act of BRUNSON seeking to block or intimidate Petitioner from seeking relief for her online harassment is not a claim in tort for defamation, but instead a claim of intentional infliction of emotional distress via intimidation and in further seeking to enable others in avoiding punishment or accountability or in being prevented from additional similar acts in the future – again, with BRUNSON using the specter of "race" and those seeking extrajudicial discussion or redress from offenses committed by Black men to be then targeted for having the nerve or temerity to offend BRUNSON and others' racial sensibilities in seeking official and proper governmental or corporate relief from abuse and intimidation by Black men. Such behavior by BRUNSON, and the hyper-racial paranoia and intimidation she boyth explicitly and implicitly hints upon in her June 7, 2021 letter and subsequent telephone conversation with the Petitioner, are unacceptable and actionable here in seeking to silence or limit the remedies available to the Petitioner seeking to mitigate her abuse suffered and damages.

Again, defendant WRIGHT began to go from online  content creator to content creator stating and fabricating lies to incite violence, threats and harassment against CATHERINE BROWN.  Defendant Andrea Stewart sent an emailed statement to police consisting of the same false statements (defamatory statements) she and the other conspiring content creators were publishing against CATHERINE BROWN. Andrea Stewart therefore made false statements to police regarding the Plaintiff to obstruct justice, and then bragged online about her interaction (email) to police in a live stream conducted by another content creator. At the same time these above

events involving the content creators were taking place, defendant BRUNSON (an

attorney), acting as a purported representative of tortuous actor TCTV, sent a

"Cease and Desist" letter to Plaintiff CATHERINE BROWN,  intended to intimidate

CATHERINE BROWN from further interaction with law enforcement or

Google/YouTube Administration, falsely accused CATHERINE BROWN of being in

violation of state laws for her complaints filed. The harassment that BRUNSON

accused CATHERINE BROWN of (in the June 7, 2021 letter) concerning and the

"business" that BRUNSON described, actually corroborates the Plaintiff's claims

against TCTV and BRUNSON. When BRUNSON sent this June 7, 2021,  TCTV's

channels had already been deleted by YouTube/Google . Hence, the "business" that

CATHERINE BROWN had with TCTV regarding TCTV's YouTube channels was

already resolved, but the mission by BRUNSON to limit or intimidate the Petitioner

had not been completed, because the online attacks upon Petitioner were continuing

via other YouTube venues.

   During the month of May, 2021, TCTV in postings online, viewed and followed

by many, which described CATHERINE BROWN's "negative" behavior, which TCTV

then  described as "bad behavior". TCTV plainly stated that Petitioner's "bad

behavior" for going to police on a Black man was reason for her life "not worth being

protected" in the Black community. This was a plain signal of potential injury to

Plaintiff from those upset by anyone making complaints to law enforcement about

such things, fears that the Plaintiff takes seriously given the heightened sensitivities

involving police interactions with Black men.

Online actor TCTV also stated on many posted online videos (to be presenting by Plaintiff at and during trial) that he had "cut" communication off with Plaintiff the month of December, 2020 because she'd been begging him for sexual favors. This is actual defamation and online sexual abuse caused extreme sexual bullying, sexual harassment and sexual humiliation to Plaintiff Catherine Brown. This "business" that defendant Theresa Brunson describes in her motion to dismiss is the same "business" that Catherine Brown had been saying all along that transpired between Plaintiff and TCTV; not the sex demands as described by TCTV in numerous videos and chat rooms. TCTV, instead, used the Plaintiff's text messages (involving "business") to create online posted YouTube videos to spread the narrative that Plaintiff Catherine Brown was begging him for sex and to "lay down with her" in her bed. TCTV made numerous online posted videos stating that the "business" text messages (described by defendant BRUNSON as such) were sexually charged and that since he did not respond to Catherine Brown's sexual advancements and "rejected" Catherine Brown, that she'd filed false police reports against him and falsely reported him to YouTube for harassment.

Plaintiff will present at trial, from TCTV's King Talk Entertainment channel (now deleted), TCTV even posted a thumbnail for a video portraying himself as a pimp and Catherine Brown as a prostitute. In this video, TCTV made false, salacious and sexually humiliating statements regarding these text messages that defendant BRUNSON now describes as "business" between Petitioner and TCTV. Theresa Brunson herself in her motion and memorandum in support, has cleared this fabrication that TCTV used as a basis to sexually humiliate

64

Petitioner for nine continuous months via YouTube videos, and has also proved that the "injurious" behavior and "harassment" that (Brunson) has accused Petitioner is directly related to her going to the police and YouTube with complaints against TCTV for his extortion, sexualized bullying, sexual harassment, harassment and criminal defamation. Those are of the actions that got TCTV's channels deleted (as BRUNSON has referenced as "injurious" to Black men and TCTV in particular), and not the text messages sent to TCTV concerning updates regarding documentation submitted to governmental agencies.

These false and sexually humiliating videos by TCTV are part of the basis of this lawsuit, and defendant BRUNSON purposefully intimidated and furthered the threats to Plaintiff in seeking to limit her ability to defend herself, in order to allow TCTV and others injure her even more without her seeking help to limit that damage, and further, BRUNSON's actions materially increased the upset and damage to the Petitioner directly. They are interrelated with the other named defendants' actions and injuries to the Plaintiff, and therefore provide proper grounding to include BRUNSON as a defendant in this litigation.

The June 7, 2021 letter was followed up shortly thereafter with a telephone conversation between this defendant and the Petitioner, where this BRUNSON verbally and explicitly warned your Petitioner that her contacting YouTube and law enforcement to stop the harassment and attacks involving Black men acting to injure her, were examples of the Petitioner's "negative behavior" with the Petitioner attempting to "jail Black men", and that your Petitioner should cease all such complaints or seeking relief through those proper channels.

65

These acts by this defendant was in time and substance an attempt by the defendant THERESA D. BRUNSON to intimidate and scare your Petitioner into having her to discontinue complaints against defendant TCTV for his/their online harassment of the Petitioner, as well as to discourage Plaintiff seeking redress from these defendant actors, or for injuries caused to her by Black men in general. The defendant Brunson raising the specter of race and discouraging Plaintiff to take any actions in limiting or stopping the tortuous acts of any Black man by contacting authorities responsible for stopping such acts, is an unspoken threat to the Petitioner that in this time of heightened racial sensitivity regarding crime, punishment and law enforcement, that the Plaintiff would pay a price from those focused and interested in such matters. To those paying attention to these issues – Brunson's letter to Plaintiff and her words communicated in that telephone call, were plain and threatening – that the Plaintiff would be targeted for injury if she used these authorities to protect herself. This explicitly warning and attempt to intimidate your Petitioner into having her to discontinue complaints against defendant TCTV for his online harassment of Petitioner, is an in and of itself an act by this particular defendant THERESA D. BRUNSON to intimidate your Petitioner and in furtherance of those other online defendant actors' illegal and damaging acts against your Petitioner.

Here, Plaintiff asserts that the threats and upset caused by BRUNSON and those other defendants – sought enabled and furthered by BRUNSON – are continuous and ongoing, are interrelated to both previous and continuing torts committed by the online actor defendants and are extremely damaging, hurtful and

are upsetting here health and peace – which is causing her on a daily basis upset and medical injury that is palpable given her medical treatment directly made necessary by the defendants' actions.


X.

**Defendant ANTI FRAUD WARRIORS, LLC.**

Defendant ANTI FRAUD WARRIORS, LLC ("AFW") are actually a registered California limited liability corporation, for which defendant ANDREA MICHELLE STEWART is the registered Chief Executive Officer (using the same domicile address as the defendant AFW's registered address) is reasonably believed by the Petitioner to include as members or active participants the defendants and aligned actors MINYANGO TOPKAH, THE ORACLE, TCTV, and others that this defendant has allowed to use as a platform the well known "AFW" You Tube Channel venue to engage in their continuing on-line public broadcasts to threaten, harass, upset and intimidate your Petitioner as described herein on those dates listed in the paragraphs describing those tortuous and illegal acts of each such defendant and affiliate.

This defendant-aligned actor AFW boasts in public broadcasts and postings to be, to Petitioner's understanding, consisting of multiple members and is a member-run organization.  However, to date, all members known to Petitioner are members with domiciles diverse from both Louisiana and Delaware – Petitioner's past and current domiciles. Petitioner asserts here that these defendant-aligned actors AFW and The Good Guys often broadcast their threats, videos and intimidation on You Tube, then attempt to hide or delete evidence of their illegal acts by putting their

previously broadcasted videos or posts on "private" settings (once hundreds or even thousands have seen them) or by deleting them all together.

Petitioner has saved copies of videos containing many of those activities sought found actionable here, and in good faith believes that all related video tapes remain in existence at the YouTube archives, which will be subpoenaed by Petitioner after commencement of this litigation. The ANTI FRAUD WARRIORS, LLC is not a "fraud" examining entity; none of its members have ever displayed any licenses to examine fraud. However, they boast of eradicating the Black Community of "frauds". Evidence at trial will show that their primary function is to instigate and incite cyber attacks on members of the Black Community that they have political or social disagreement with, based upon ANDREA STEWART's interpretation of laws, business processes, business law and jurisdictional codes (of the particular area where the target is located). Using their "freedom of speech", Black businesses and Black individuals are deemed "frauds" by the ANTI FRAUD WARRIORS.  Evidence at trial will show that the "frauds" who the ANTI FRAUD WARRIORS, LLC identify on YouTube are subjected to (via YouTube videos broadcasted by ANDREA STEWART and Gerald Palmer) intense and repeated online postings of public humiliation, sexualization, sexualized bullying, racially based critizisms, being accused of criminal activities, having their private information concerning job disciplines, job locations, job histories "exposed" for being "frauds" and "flunkies" of public figure Umar Johnson. Numerous clips of video evidence (to be presented during trial) will show that the AFW target primarily Black individuals (private citizens) and Black owned businesses. Based on their own extrajudicial  interpretation of laws, provided by public online

comments by defendant ANDREA STEWART and others on their YouTube channel ,
the AFW publicly inform as to how they unilaterally choose to dig into the private
lives, affairs and business dealings of their targets (business affairs), family matters
(such as divorce, child support issues, child custody issues) then deem them "frauds"
and begin years long cyber stalking campaigns, published internationally and publicly
via YouTube videos, Twitter, FaceBook and other social media posts.

    The defendant AFW, prompted by defendant ANDREA STEWART, torment
those they determine to be "Black Frauds" on social media including posting private
information, ridiculing them for how they look, sexually humiliating them (even calling
one female "biracial nookie"), sexually bullying them, sexualizing them and broadcast
many other atrocities against these targets. Any attempts the "Black Frauds" make to
defend themselves are used to further attack them, as has been done to the
Petitioner by defendants AFW and STEWART here on numerous occasions over the
past 18 months.

    Evidence to be offered here will show that the ANTI FRAUD WARRIORS,
including these aligned Defendants, actually incite their targets to "defend"
themselves on social media so that these actors can have content for their YouTube
channels and more ammunition to cyber stalk, cyber bully and cyber attack them until
ultimately they are being attacked offline.

    Evidence to be offered here will show that it is clear that CATHERINE BROWN
is one who has been targeted by this group for such acts to be directed towards her,
as well that Gerald Palmer's position within the ANTI FRAUD WARRIORS, LLC is to
instigate cyber attacks upon others with passive aggressive videos that incite chat

trolls and other AFW followers.  During the month of February, 2022, defendant Reverand Gerald Palmer, affiliated with the AFW, posted a video that corroborates your Plaintiff's evidence to be presented at trial, as she was targeted by the AFW (specifically defendant ANDREA STEWART) for her participation in a criminal investigation against Lenon Honor (who was then an AFW leader or affiliate).  A police report was filed against Lenon Honor for cyber bullying a minor child. The AFW and Lenon Honor then began posting unrelated  personal information on videos for Lenon Honor's thousands of chat participants to view and comment and ridicule. During these videos, posted and viewed by thousands of internet viewers, Lenon Honor made statements that Umar Johnson does not care about his minor child because he does not pay child support. Individuals, who will remain unnamed in this filing, made a police report with the Utah police (where Lenon Honor resides) stating that Lenon Honor had cyber bullied the minor child by making direct statements that Umar Johnson does not care about her.

In retaliation for Petitioner's participation in the above Lenor Honor investigation, defendants ANDREA STEWART, TCTV and the AFW's chat trolls began to spread in publicly online postings a false narrative that CATHERINE BROWN filed this police report herself. Even though one of the individuals who filed the actual police reports against Lenon Honor came on YouTube and stated that they had indeed filed reports, and even Defendant MINYANGO TOKPAH got on a YouTube channel and stated that the person who filed these reports had flown to Utah to do so, ANDREA STEWART insisted that CATHERINE BROWN filed the reports against Lenon Honor. ANDREA STEWART deemed these reports to be false.

Petitioner CATHERINE BROWN was never charged with, investigated for nor otherwise contacted by police concerning any false police report she'd filed. However, the defendants AFW (led by ANDREA STEWART) publicly claimed the police report to be false and that CATHERINE BROWN was the one who filed the report.

On or about July 4, 2021 during AFW, via defendant REVERAND GERALD PALMER's aka "Rev G's" online public internet live stream, defendant PALMER described in a public internet broadcast in detail the false police report that CATHERINE BROWN filed against Lenon Honor (a Black man). Rev G explained to other ANTI FRAUD WARRIORS and their supporters (during this live stream) that Lenon Honor and his family spent hours in the police station (during an investigation) based on this false police report filed by CATHERINE BROWN. Petitioner has never filed a false police report against anyone, much less Lenon Honor. She has never been charged nor investigated for filing a false police report on Lenon Honor. Before deleting his channel (where these defamatory statements were made against Petitioner, defendant PALMER ("Rev G") admitted (via post) on Defendant SlanderGod's channel that it was TCTV who'd lied and created the publicly broadcast false narrative that Petitioner CATHERINE BROWN stating that she'd made the false police report against Lenon Honor. Petitioner intends to offer to the Court video proof of this statement made by defendant PALMER on online tortuous actor SlanderGod's YouTube channel. Interestingly, SlanderGod deleted the post only 10 minutes later. Therefore, Rev G's recanting of this statement did not get viewed by everyone. Also,

this correction was never sent to police in that email that ANDREA STEWART made accusing CATHERINE BROWN of such.

Even after making this recantation, during February, 2022, defendant PALMER posted a video lamenting his "harassment" on YouTube to incite ANTI FRAUD WARRIORS to cyber bully CATHERINE BROWN by showing a post from over a year ago where CATHERINE BROWN was clarifying her role in the investigation (submitting videos to police). This post to SlanderGod's channel also shows the intertwining of the online actor "The Good Guys" and the defendant ANTI FRAUD WARRIORS.

On or about January 8, 2021, (on yet another YouTube channel deleted by Rev G), AFW affiliate Gerald Palmer, aka Rev G, along with (then AFW supporter) "Bernice" falsely accused CATHERINE BROWN of "third partying" a "Cease and Desist" letter for Umar Johnson and sent this letter to many content creators to instigate cyber attacks against CATHERINE BROWN by further deeming her a "fraud". Any reasonable person would know that an attorney will send a "Cease and Desist" letter to a group of people based on a third party's request. The actual individual who is requesting that certain behaviors desist would be the one who'd have the relationship with the attorney.

Petitioner asserts here that these type bizarre and unrealistic rumors are the type rumors that are perpetuated by this defendant AFW and their affiliated and coordinated group of content creators and their chat trolls. These rumors incite (against their targets) ones who are led by emotions (support) for these content creators without regard for reason or logic. Defendant ANDREA STEWART, herself

stated in a video (created within this past year, broadcast on YouTube, date not available here) that the defendant ANTI FRAUD WARRIORS hold on to "information" about people (private citizens) to be published at a later date; she further stated that it is when SHE gets ready will she make videos on such "information".  This is a threat to all disagreeing with or otherwise targeted for harassment and intimidation and damage by AFW. This is a threat to anyone who ANDREA STEWART and the ANTI FRAUD WARRIORS target as "frauds" and in need of being "exposed".


XI.

**Defendant ANTHONY OKAFOR**

Defendant ANTHONY OKAFOR, is added as an additional defendant here, a person reasonably believed of the full age of majority believed located and domiciled within the State of CALIFORNIA, and more particularly at the address of 2951 Fair Oaks Ave, Altadena, CA  91001, and also known as using the online persona and/or conducting business as "SPOT3MSHOT3M" for YouTube or Internet online broadcast channels, and/or any other businesses or entities operated or participated in by this person, who personally, or through others affiliated with himself or his businesses, intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner in alignment with those other defendants as described herein, causing damage to her in the particulars as alleged herein.

Defendant ANTHONY OAKAFOR, also broadcasting and posting online as "SPOT3MSHOT3M", is an online actor, reasonably believed affiliated or otherwise aligned with named defendants JONTE MILLER and MINYANGO TOKPAH, as revealed by online comments, postings and associations witnessed by the Petitioner. Defendant ANTHONY OAKAFOR is reasonably believed from his online postings and comments to be affiliated with the "Good Guys", and is an online "Troll" that is reasonably believed by Petitioner to be a former **ANTI FRAUD WARRIOR** affiliated online "Troll", as per previous online video evidence viewed and posted by this person or entity, and which has been viewed firsthand by your Petitioner. **At trial, video evidence of "Rev G" stating that** Defendant ANTHONY OAKAFOR **was once a trusted moderator in his ANTI FRAUD WARRIOR chat room). As a troll, part of Defendant OAKAFOR's "job" is to keep CATHERINE BROWN's name constantly repeated on YouTube public broadcasts in order that her cyber stalking, cyber attacking, defamation and sexual humiliation can continue to instigate and incite hatred (in others) so that ultimately she is threatened with being physically accosted offline, and that her businesses, business associates and or family members are damaged by being targeted and "exposed" as this sect of content creators and their trolls have did to other targets (they believe are affiliated with Umar Johnson).**

**In chatroom snapshot dated December 6, 2021,** Defendant ANTHONY OAKAFOR **impersonated CATHERINE BROWN and made offensively sexually explicit comments regarding "big dicks" concerning a female content creator.**

**This was not the first time that OAKAFOR impersonated CATHERINE BROWN (without her permission). In video dated November 11, 2021, OAKAFOR once again impersonated CATHERINE BROWN and asked that the "link be dropped" (meaning so that he can get on the panel and speak). When OAKAFOR appeared on a publicly broadcast YouTube panel, it was then that it was realized that the account was not the Plaintiff but indeed Defendant OAKAFOR. This realization did not stop OAKAFOR from continuing to use this account bearing the name of the Plaintiff while cyber bullying others as not everyone (who subscribe to other chatrooms) was aware that it was indeed OAKAFOR but indeed thought that this account was actually the Plaintiff.**

**In another publicly broadcast video dated September 23, 2021, Defendant SHAKIM HARRIS falsely claimed that Petitioner paid his cash apps for his attack on certain members of the internet troll group, the "Good Guys". Petitioner reasonably believes that these cash app payments were sent by "Spot3m Shot3m" (identified as ANTHONY OKAFOR); where SHAKIM HARRIS was told via cash app message (by ANTHONY OKAFOR) to announce that the money came from CATHERINE BROWN rather than himself (Anthony Okafor). Petitioner further believes that this announcement made by SHAKIM HARRIS (that she'd given money) was directly intended to incite violence against, violent threats, cyber stalking and harassment herself.**

This online video poster Defendant ANTHONY OAKAFOR for at least the 16 months has been broadcasting a series of false accusations and narratives against the Petitioner, repeatedly defaming, humiliating, cyber-bullying, falsely claiming

Petitioner to be a drug abuser (calling her a "crackhead dog" while harassing her for going to police for protection against TCTV), a fraud, and attempting to dehumanize your Petitioner in online postings, such posting which have continued into September, 2021, often posting reference to Petitioner by her initials, or by derogatory references that are used repeatedly and known to the circle of online harassers of the Petitioner to identify her.  In video dated July, 11, 2021, this actor was hailed as the "best troll in the sector" by one of the "The Good Guys" founders, and is reasonably believed affiliated with the entity "The Good Guys", and is believed a main affiliate or "troll" acting in concert with the "The Good Guys" in harassing, defaming and threatening your Petitioner. Per chat room comments by himself and others, personally witnessed by the Petitioner and in her saved evidence and video evidence, this defendant-aligned anchor has multiple accounts to harass and cyber-bully others online and namely your Petitioner.

This defendant is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

XII.

**Defendant ORACLE THE VINTAGE GARDEN® SINCE 2015**

Defendant ORACLE THE VINTAGE GARDEN® SINCE 2015, ("THE

ORACLE") a business entity, with the owner or actual actor injuring the Petitioner

unknown at this time, but reasonably expected to be properly identified as Discovery

commences and certain defendants are made to appear in this litigation. This

defendant is advertized in the Texas publication "Merchants' Circle" as a Texas

business, presumed here owned by a Texas resident of the full age of majority,

reasonably believed via business advertisements and online postings to be located

and domiciled within the State of TEXAS, and more particularly at the address of

2800 Peavy Rd, Apt 1145, Dallas, TX 75228

       For purposes of this litigation, this defendant is known as or conducting

business as "THE ORACLE", on or for YouTube or Internet online broadcast

channels, and/or any other businesses or entities operated or participated in by this

person, who personally, or through others affiliated with this entity or affiliated

businesses.  Defendant THE ORACLE is an online actor, either individual or entity,

Petitioner reasonable believes, by internet broadcasts and postings by this defendant

is an African-American female, who has repeatedly attacked and defamed your

Petitioner, by name, spreading Race-Based attacks upon her intending to incite

hatred of Petitioner by falsely claiming that the Petitioner targets and falsely attempts

to have defendant TCTV reported and removed from continued internet attacks and

threats against the Petitioner.  Petitioner reasonably believes, from defendant-aligned

actor's own postings and comments, that this actor is previous violent felon, who is

very virulent and aggressive in attacking your Petitioner online. This defendant once

continuously posted attacks upon your Petitioner online continuously for five hours, in

very profane and explicit race and sexually-based terms for going to YouTube and/or the law enforcement authorities about the tortuous attacks upon her by defendant TCTV. In starkly racial terms, this defendant-aligned actor has repeatedly attacked Petitioner online for being "a double agent" or betrayer of her African-American race. **The information regarding the identity of this user will be discovered via subpoena to GOOGLE as will the deleted harassing videos she's made to push false narratives against Plaintiff and cyber stalk Plaintiff.**

Defendant-aligned actor THE ORACLE is affiliated with the YouTube Channel of "Good Guys" and former "Good Guy" either individual or entity, and Petitioner reasonable believes, by internet broadcasts and postings by this defendant-aligned actor that she is an African-American female, who has repeatedly attacked and defamed your Petitioner, by name, spreading Hate-based attacks upon her intending to incite hatred of Petitioner by falsely claiming that the Petitioner targets and falsely attempts to have defendant-aligned actor TCTV reported and removed from continued internet attacks and threats against the Petitioner. Petitioner reasonably believes, from defendant's own postings and comments, that this actor is previous violent felon, who is very virulent and aggressive in attacking your Petitioner online.

On or about March 13, 2021, speaking on the panel of one of TCTV's now deleted channels, this defendant-aligned actor THE ORACLE once, continuously waged attacks upon your Petitioner online for five hours, in very profane and explicit race and sexually-based terms for going to YouTube and/or the law enforcement authorities about the tortuous attacks upon her by TCTV. In starkly racial terms, this

defendant-aligned actor has repeatedly attacked Petitioner online for being "a double agent" or betrayer of the Pan-African ethnic group.

These dangerous internet postings by THE ORACLE also puts Petitioner at risk from others that could be motivated to injure or hurt Petitioner with the false belief that Petitioner is intentionally acting to file and injure Black people by filing false complaints or YouTube removals against certain Black or Race-Obsessed individual content posters.

These dangerous internet postings by this defendant-aligned actor also puts Petitioner at risk from others that could be motivated to injure or hurt Petitioner with the false belief that Petitioner is intentionally acting to file and injure Black people by filing false complaints or YouTube removals against certain Black or Race-Obsessed individual content posters.

This defendant is alleged here to have intentionally engaged with other defendants in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

XIII.

**Defendant REVEREND GERALD PALMER**

Defendant REVEREND GERALD PALMER, is reasonably believed here to be an ANTIFRAUD WARRIOR member, of the full age of majority, domiciled within the State of Missouri, at 8214 E 72nd Street, Kansas City, MO 64133, and more particularly also known as or posting online or conducting business as"Rev G" and/or "REV G MAKES MUSIC", on or for a YouTube or Internet online broadcast channel (this defendant is, due to his online comments and postings, reasonable believed to be an defendant ANTI FRAUD WARRIOR, LLC member or affiliate), who has personally and through defendant AFW has intentionally the continual and ongoing pattern of cyber stalking, harassment, defamation, inciting threats to Petitioner's life and safety, and other cyber and online harassment, such crimes and civil tortuous acts committed by those defendants as described herein. Some episodes of these tortuous acts by this defendant include the following:

During the month of February 2022, Gerald Palmer, acting as defendant ANTI FRAUD WARRIOR's "front man" or affiliated actor,  posted a video that corroborates your Plaintiff's evidence to be presented at trial. She was targeted by the ANTI FRAUD WARRIORS, LLC

On or about July 4, 2021 during AFW, via defendant REVERAND GERALD PALMER's aka "Rev G's" online public internet live stream, defendant PALMER described in a public internet broadcast in detail the false police report that CATHERINE BROWN filed against Lenon Honor (a Black man). Rev G explained to other ANTI FRAUD WARRIORS and their supporters (during this live stream) that Lenon Honor and his family spent hours in the police station (during an investigation) based on this false police report filed by CATHERINE BROWN.  Petitioner has never

filed a false police report against anyone, much less Lenon Honor. She has never been charged nor investigated for filing a false police report on Lenon Honor.  Before deleting his channel (where these defamatory statements were made against Petitioner, defendant PALMER ("Rev G")  admitted (via post) on Defendant SlanderGod's channel that it was TCTV who'd lied and created the publicly broadcast false narrative that Petitioner CATHERINE BROWN stating that she'd made the false police report against Lenon Honor. Petitioner intends to offer to the Court video proof of this statement made by defendant PALMER on online tortuous actor SlanderGod's YouTube channel.  Interestingly, SlanderGod deleted the post only 10 minutes later.

Therefore, defendant PALMER's recanting of this statement did not get viewed by everyone. Also, this correction was never sent to police in that email that ANDREA STEWART made accusing CATHERINE BROWN of such.

Even after making this recantation, during February,  2022, defendant PALMER posted a video lamenting his "harassment" on YouTube to incite ANTI FRAUD WARRIORS to cyber bully CATHERINE BROWN by showing a post from over a year ago where CATHERINE BROWN was clarifying her role in the investigation (submitting videos to police).  This post to SlanderGod's channel also shows the intertwining of the online actor "The Good Guys" and the defendant ANTI FRAUD WARRIORS.

On or about January 8, 2021, (on yet another YouTube channel deleted by Rev G), AFW affiliate defendant PALMER, aka Rev G, along with (then AFW supporter) "Bernice" falsely accused CATHERINE BROWN of "third partying" a "Cease and Desist" letter for Umar Johnson and sent this letter to many content

creators to instigate cyber attacks against CATHERINE BROWN by further deeming her a "fraud".

This defendant is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

XIV.

Defendant-aligned actor TCTV is an online actor, either individual or entity, that to Petitioner's understanding has used several aliases, including "ANTI-FRAUD WARRIOR" YouTube Channel, and/or "TCTV/TCTV 2.0/KING TALK ENTER-TAINMENT/GOOD GUY".  This is the defendant-aligned online actor that defendant THERESA D> BRUNSON sought to intimidated and prevent the Petitioner from additional reporting to law enforcement or corporate operators of YouTube after the Petitioner's initial attempts to estop or mitigate the intensely damaging YouTube and online attacks against her by this and other actors. Petitioner reasonably believes that this defendant-aligned actor is a dangerous or felon since he was a juvenile, as stated in his online posted videos. This defendant-aligned actor brags online that he is a contemporary "pimp" having fathered numerous children and multiple unwed mothers, and repeatedly makes unsolicited and unwelcome sexually explicit offers

and insults to your Petitioner, despite claiming to be currently married – again as stated in online posted videos.

Petitioner reasonably believes, from this defendant-aligned actor's online postings and hints and comments contained therein, that he is affiliated or paid to make such attacks and harassment of your Petitioner by others, most likely defendant TCTV, given his comments that he has been paid to harass and defame Petitioner online. Petitioner has video evidence that the certain content creators get PAID to "go after" targets online, and this defendant-aligned actor's postings give suspicion and support to Petitioner's belief involving this defendant-aligned actor being paid to harass and upset her, This defendant has also threatened to continue to harass and attack and upset your Petitioner unless she agreed to give him money, which is extortion and intimidation of your Petitioner in violation of both federal and state law.  Some incidents involving this defendant include: During the December 2021 hearing, CATHERINE BROWN testified that "TCTV" is this defendant is primary culprit of this entire situation so that he could "get in on the cash app game", as he phrases it.  Proof of this previous statement is proof in video dated on or about September 3, 2021 (to be presented at trial), a defendant-aligned actor known as "TCTV", an individual or multi-individual group entity, admitted (in his "tell all" video) that he was approached by an "opp"(an ANTI FRAUD WARRIOR or ANTI FRAUD WARRIOR supporter). He went to admit that the "opp" (an AFW) did not disguise themselves but clearly let TCTV know that he was indeed an "opp" (AFW). TCTV further to state that this "opp" (AFW) began paying him money to "start beef" with others. TCTV stated that he (TCTV) came into the "cash app game" late (more

83

specifically TCTV stated that he'd came into the "cash app game" in December 2020). This date is very important in that December 2020 as this is the month that TCTV began to spread false narratives to sexually humiliate CATHERINE BROWN, demand money from CATHERINE BROWN (or she'd be cyber attacked), instigate threats upon her life by DON M (for money and for "supporting the wrong one" meaning Umar Johnson).

In a publicly broadcast video dated February 2022, while speaking on behalf of Defendant TCTV (by his name TCTV), Defendant addressed ANDREA STEWART and clearly stated that "THEY" (ANDREA STEWART and the ANTI FRAUD WARRIORS) were responsible for the filing of this lawsuit and that "THEY" should leave herself (TANISHA WRIGHT), TCTV and other mentioned defendants "out of it". This statement (on this video to be presented at trial) corroborates what TCTV said in the September 3, 2021 video.

On or about May 19, 2021, a defendant-aligned actor known as "TCTV", an individual or multi-individual group entity, explicitly stated in a publicly broadcast online video that Petitioner's life "should not be protected within the black community" for her allegedly reporting to law enforcement this defendant-aligned actor's attempted extortion, harassment and sexualized bullying of Petitioner.

Per video evidence, specifically dated May 19, 2021, and also on July 22, 2021,   this defendant-aligned actor participated in publicly broadcast online panels and encouraged  and instigated others to harass harassment and makes defamatory comments against your petitioner because she exhausted all other resources, hence sought police protection to have him stop harassing her and putting her safety at risk.

TCTV posts harassing comments and defamatory statements harassing and threatening your Petitioner under the name "Ghost" as well as under the name "Good Guy",  and from his statements as well as other statements and comments of others, claims and is asserted here to have dozens of aligned and affiliated internet actors additionally posting threats, defamatory statements and online intimidation of your Petitioner.

On May 24, 2021, TCTV once again sexually bullied Petitioner when in a publicly broadcast online video online panel  with defendant "TPRI", defendant-aligned actor TCTV stated that Petitioner was interested in "cyber dick" (from him). This accusation was proven to be false when this defendant's own attorney stated via Motion to Dismiss that CATHERINE BROWN's interaction with TCTV was "business". On many occasions, TCTV stated that the text messages Petitioner had sent to him (updating him on the documentation that he eventually lied and said that I never presented) were actually text messages of Petitioner asking this defendant for sex, and that he had rejected Petitioner.  All of this is untrue, embarrassing and defaming of your Petitioner.

 Petitioner believes in good faith that these harassing postings, insults, ridicule and threats made to her by defendant-aligned actor TCTV are coordinated by the several defendants due to postings and comments made by these defendants and defendant-aligned actors, and that these threats pose real dangers to herself and family, as well as her business associates and their families. Petitioner has personally endured and witnessed ongoing threats, insults and defamation posted online by defendants and defendant-aligned actor TCTV, Poetik Flakko, and their

affiliates, and others in recent months, and is able at any hearing able to provide to this Court and law enforcement copies of videotape evidence of the online broadcasts by these and other defendants that have resulted in the defamation, sexual harassment, threats and false narratives against your Petitioner, including an episode where on or about March 8, 2021, the online YouTube channel "Vichi" stated an online group chat full of other similar persons harassing your Petitioner the following: "Where is Catherine Brown? I (Vichi) brought SKOL (chewing tobacco) so that we can all spit on her". This level of hatred was so heated within this group, and was palpably so intense, that the Petitioner was profoundly upset and scared that these threats would metastasize into larger more dangerous threats to her.

On July 22, 2021, as memorialized in saved video-taped posted online and publicly YouTube broadcasts, defendant TCTV, also known as GOOD GUY, also known as Ghost, made additional false and harassing video broadcasts targeting your Petitioner, implying that a false and baseless Police Report was filed by your Petitioner against this defendant TCTV, and further went on to state that he was "cleared of all wrongdoing (this is false, as Petitioner does not reasonably believe this defendant to have been cleared of the complaints brought against him by her for online harassment and defamation). Petitioner has available an Email from the investigating officer stating that the police did not have enough evidence to subpeona a search warrant for the videos (that had been deleted) where Defendant DONALD MURRAY and TCTV had been demanding money (support) from CATHERINE BROWN while DONALD MURRAY went as far to threaten harm if money was not given to him.

This posting was publicly broadcast on the internet by TCTV, in order to purposefully foment hatred and additional harassment of your Petitioners by others affiliated or sympathetic to these actors, as well as his harassments and previous race-based accusations made against the Petitioner, and this posting led to additional threats and online harassment against your Petitioner.

Per video evidence on July 22, 2021, your Petitioner went to an online comment panel to inform "Ghost" and the viewers that she'd exhausted all efforts to have "Ghost" desist his harassment, defamation, sexualized bullying and intimidation. Your petitioner clearly stated to "Ghost" that all of her efforts resulting in more sexualized bullying by "Ghost" (TCTV).   In YouTube broadcast video dated July 22, 2021, in efforts to intimidate your Petitioner for going to police, actor "Ghost" stated to your Petitioner that his name nor channel name should be on no police reports.

Per video evidence of a public YouTube internet broadcast, on October 3, 2021, defendant-aligned actor TCTV harassed Petitioner with a sexually explicit term for going to police on him. During the course of intimidating a witness involved in the case, TCTV said, "Fuck that Bitch Catherine".

In a video public broadcast dated, June 24, 2021, TCTV and his lead affiliated online poster (troll) by the alias name "Spotem Shotem" identified as ANTHONY OKAFOR, stated on the TCTV's "Good Guy" panel that their targets victim(s) must pay in cash apps to be "caked for". TCTV admonished content creators who "cape for free". The term "caped for" simply means that targeted individuals should cash app content creators in order to be protected from harassment by the content creators and the trolls.

On July 13, 2021, defendant-aligned actor TCTV, reasonably believed here a convicted felon, showed just how violent he is and what a danger he poses to who he declares his enemy (male or female), as  TCTV posted online videotape of himself going to someone's house to have a physical altercation with this person over an argument they'd had on YouTube.  TCTV's online postings of numerous false narratives and accusations against the Petitioner CATHERINE BROWN to have her attacked, cyber-bullied and harassed for not giving him money. This memorialized by saved video evidence dated September 8, 2021.

On May 12, 2021, TCTV, per video evidence and email evidence, falsely stated online that Petitioner had provided content creator (defendant) SHAKIM HARRIS with information regarding an Anti Fraud Warrior rape of a student. On May 24, 2021, again per video evidence, Petitioner in comments online asked Shakim Harris about this lie told by TCTV. Shakim Harris then online stated that he and TCTV got into an argument concerning this lie and that TCTV was "on his own" with spreading that false narrative.

This defendant-aligned actor is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

XV.

Defendant-aligned actor "SCARLIT" is an online actor, either individual or entity, that to Petitioner's understanding has used several aliases, and has for an extended period in the past twelve months has engaged in a series of harassing and defamatory online postings and broadcasts which are illegal and tortuous, and which the Petitioners seeks to have this Court find actionable here. Some of these episodes and events as follows:

Per snapshot evidence dated, February 22, 2021, on defendant-aligned actor TCTV 2.0 (now deleted channel), online poster and Good Guys affiliate "SCARLIT" is professed by comments and postings to be a "consort" of TCTV, also known as "Good Guy" or "Ghost".  The information regarding the identity of this user will be discovered via subpoena to GOOGLE as will the deleted harassing posts she's made to push false narratives against Plaintiff.

This defendant-aligned actor often identifies as a female online poster claiming to be "Queen of His (TCTV's) Chat", but at other times uses alternative male or female identifiers when posting online.

Per email evidence dated March 11, 2021, "SCARLIT" uses numerous accounts for which she trolls others to incite online cyber attacks against them or else keep the attacks going, and with additional video evidence dated, August 22, 2021, reveals that actor SCARLIT for months posed as a married male with a wife and children that he'd speak of fondly. She'd had many (including TCTV) deceived into believing that she was, in fact, this male. It was not until months later, during the month of August,

that SCARLIT admitted (in live chat session) that for all of this time, she'd been posting as this male, "Lorenzo Thomas", a person believed here not to exist.

Defendant-aligned actor SCARLIT frequently dated May 24, 2021 and September 1, 2021, through Petitioner's observations and firsthand knowledge, creates other online accounts where this actor pretends to be the Petitioner, where this actor harasses and antagonizes other persons online falsely claiming to be the Petitioner, in order to incite hatred, revenge and violence by others against your Petitioner.

This activity is dangerous to your Petitioner, as such false postings by this actor can reasonably create a climate and animus against your Petitioner which leads to additional cyberbullying, threats, defamation, damage to her business endeavors and those affiliated with her, as well as potential actual violence against your Petitioner. Petitioner is in possession of video tape and printed internet postings that support most of her attestations made above, as well as similar evidence regarding other additional threats and postings by these defendants and defendant-aligned actor defaming and threatening her, and profoundly upsetting her to the point of medical injury and treatment, which she intends to seek in the very near future.

This defendant-aligned actor is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with

those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

XVI.

Defendant-aligned actor SLANDERGOD is an online actor, either individual or entity, that to Petitioner's understanding has used several aliases, including "POSITIVELY HATE".  The information regarding the identity of this user will be discovered via subpoena to GOOGLE as will the deleted harassing posts she's made to push false narratives against Plaintiff.  This defendant-aligned actor is reasonably believed by your Petitioner that the "SLANDERGOD" internet postings are a "spin off" channel of THE GOOD GUYS, and that he was a former affiliate or member of defendant-aligned actor "The Good Guys". Petitioner has video evidence that POSITIVELY HATE's internet channel was set up specifically for harassment, doxing, and other related attacks upon other YouTube viewers and other content creators (whoever they chose to target). The defendant-aligned actor SLANDERGOD boasts online of having his channel on "Slander Ave.", and his repeated posts and attacks upon your Petitioner and others prove this.

On in a publicly broadcast internet video dated January 2022, Defendant SLANDERGOD addressed his viewers via Defendant TANISHA WRIGHT where she informed his viewers and ones interested to where he had been (he has hidden his channel to where they aren't able to access it). TANISHA WRIGHT stated that SLANDERGOD (no anyone else) was scared of that "bitch" CATHERINE BROWN nor this lawsuit. In a video broadcast dated on or about October 9, 2022, Defendant

SLANDERGOD hosted a show to interview Defendant DONALD MURRAY where DONALD MURRAY instructed the trolls in Defendant SLANDERGOD's chatroom to "hit his cash app" and then he'd insult CATHERINE BROWN. Presumably the chat troll in Defendant SLANDERGOD's chat paid DONALD MURRAY  a sufficient amount of money via cash app because he then began to refer to CATHERINE BROWN as "psycho bitches and whores". DONALD MURRAY then left SLANDERGOD's channel and went to his own channel and began to cyber stalk and cyber bully (while defaming CATHERINE BROWN again). His chat was filled with the chat trolls that were before in SLANDERGOD's chatroom.

This defendant-aligned actor has without Petitioner's permission has used her picture and posted it online, and has posted online attacks labeling the Petitioner and her photo with the name label as "nutty bitch", in order to intentionally harass and defame her for seeking the protection of police against DONALD MURRAY and TCTV.

Per his YouTube broadcast channel named "Positively Hate", defendant-aligned actor SLANDERGOD boasts online of having his YouTube channel on "Slander Ave.", and his repeated posts and personally harassing and defamatory attacks upon your Petitioner and others prove this. Per video evidence dated July 16, 2021, this defendant-aligned actor was installed into the "Good Guys" internet troll group by TCTV. Per snapshot evidence (to be presented during trial), TCTV (while participating in Defendant JONTE MILLER's chat) stated that Defendant "SLANDER-GOD's" show was a "spin off" of the "Good Guys". Per video evidence dated September 8, 2021, this defendant-aligned actor was referred to as a "brother" of the

"Good Guys" by online personality Poetik Flakko (Defendant MINYANGO TOPKAH). Poetik Flakko further stated in comments and online posts that he communicates with Slander God offline which further solidifies the connection between Slander God and the "Good Guy" founder, Poetik Flakko (Defendant MINYANGO TOPKAH).

Per video broadcast and evidence dated August 1, 2021, Poetik Flakko, "Good Guy" founder sometimes hosts Slander God's channel panel named Positively Hate. Per video evidence dated May 24, 2021, this defendant-aligned actor has without Petitioner's permission has used her picture, and has posted online attacks labeling the Petitioner and her photo with the name label as "nutty bitch", in order to intentionally harass and defame her and humiliate her by being a male referring to a female as a "bitch".   On May 24, 2021, this defendant-aligned actor, his internet broadcast chat room members and panel members harassed your Petitioner in efforts to intimidate her for going to police to seek protection from the torturous act inflicted upon her by "Good Guys".

This defendant-aligned actor is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

This defendant-aligned actor is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats

to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional

distress and intentionally engaged in other cyber and online harassment, crimes and

civilly tortuous acts committed by himself and against the Petitioner, in alignment with

those other defendants as described herein, causing damage to Petitioner in the

particulars as alleged herein and below;

XVII.

Defendant-aligned actor GENERAL D is another actor, either individual or

entity, believed to have instigated internet attacks upon Petitioner by others, all

sought stopped and sued for here, and is believed to have paid to the defendant

MINYANGO TOKPAH/ Poetik Flakko to harass Petitioner and to harass others.

This defendant-aligned actor frequently changes his online identity so that he goes

undetected by channel name. Petitioner has possession of video evidence of this

actor stating that he pays Poetik Flakko to host his YouTube Channel. The

information regarding the identity of this user will be discovered via subpoena to

GOOGLE as will the deleted harassing videos she's made to push false narratives

against Plaintiff and cyber stalk Plaintiff.

GENERAL D is reasonably believed by Petitioner (per video evidence dated

August 16, 2021) to have instigated internet YouTube broadcasts and comment

attacks upon Petitioner by others, those others named herein and also sought

stopped and sued for here, and is believed (due to this defendant's online comments

and postings) and to have paid to defendant MINYANGO TOKPAH to harass

Petitioner and to harass others. On May 29, 2021, this defendant-aligned actor

posted comments online that knows "everything" about your Petitioner and has

posted online repeatedly that he has cyber stalked her with others. Again on May 29, 2021, when your Petitioner asked GENERAL D in an internet comment chat room if he had doxed others online, GENERAL D and defendant MINYANGO TOKPAH (as Poetik Flakko) stopped harassing her in that particular chat session and did not reply. This defendant-aligned actor is believed by Petitioner to frequently change his online identity so that he goes undetected by channel name. Per video evidence dated August 16, 2021 this defendant actor stated that he pays defendant MINYANGO TOKPAH (as Poetik Flakko) to host his channel to harass, intimidate and to "destroy" the reputations of others, particularly and by name your Petitioner, via YouTube Video postings by himself and affiliates.

This defendant-aligned actor is alleged here to have intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, threats to your Petitioner's peace, reputation, life and safety, intentional infliction of emotional distress and intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts committed by himself and against the Petitioner, in alignment with those other defendants as described herein, causing damage to Petitioner in the particulars as alleged herein and below;

XVIII.

Petitioner, believes and asserts that the defendants and defendant-aligned actors here, in their actions to harass, threaten, ridicule, defame and intentionally upset the Petitioner – all as described above - are in violation of several Federal and State of Louisiana laws, as delineated below, and seeks relief on that basis.  Those laws asserted violated by these actors, and sought determined actionable by this

Court, include the following:

US Code 18 Section 2261A:

Whoever--
(1) travels in interstate or foreign commerce or within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel places that person in reasonable fear of the death of, or serious bodily injury to, or causes substantial emotional distress to that person, a member of the immediate family (as defined in section 115) of that person, or the spouse or intimate partner of that person; or
(2) with the intent--
(A) to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate, or cause substantial emotional distress to a person in another State or tribal jurisdiction or within the special maritime and territorial jurisdiction of the United States; or

(B) to place a person in another State or tribal jurisdiction, or within the special maritime and territorial jurisdiction of the United States, in reasonable fear of the death of, or serious bodily injury to--
(i) that person;
(ii) a member of the immediate family (as defined in section 115 [1] of that person; or
(iii) a spouse or intimate partner of that person;

uses the mail, any interactive computer service, or any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to, any of the persons described in clauses (i) through (iii) of subparagraph (B); [2] shall be punished as provided in section 2261 (b) of this title.

Section 2261 (B):

(b) **Penalties**.-- A person who violates this section or section 2261A shall be fined under this title, imprisoned—

(1) for life or any term of years, if death of the victim results;

(2) for not more than 20 years if permanent disfigurement or life threatening bodily injury to the victim results;

(3) for not more than 10 years, if serious bodily injury to the victim results or if the offender uses a dangerous weapon during the offense;

(4) as provided for the applicable conduct under chapter 109A if the offense would constitute an offense under chapter 109A (without regard to whether the offense was committed in the special maritime and territorial jurisdiction of the United States or in a Federal prison); and

(5) for not more than 5 years, in any other case,or both fined and imprisoned.

(6) Whoever commits the crime of stalking in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in section 2266 of title 18, United States Code, shall be punished by imprisonment for not less than 1 year.


XVII.

Additionally, defendants are asserted to be in violations as follows:

United States Federal Law H.R. 3402:
(1) Under the Federal Crime, we are preparing to seek Federal legal action and this immediate relief: (a) Cyber harassment, Cyber stalking, etc. in violation of the Women's Violence Act, Department of Justice Reauthorization Act of 2005, H.R. 3402, titled "Preventing Cyber stalking" and numbered as Â§ 113, Â§113(a)(3) provides that Section 223(a)(1)(C) applies to "any device or software that can be used to originate telecommunications or other types of communications that are transmitted, in whole or in part, by the Internet; Cyber-stalking and Cyber-harassment laws in violation of the Communications Act, 47 U.S.C. Â§ 223(a)(1)(C) and Â§ 223(h)(1)(B). (b) H.R. 3402 INCLUDES CYBER: Slander, Libel and Harassment.

Under Sec. 113. FEDERAL "Preventing Cyberstalking":
To strengthen stalking prosecution tools, this section amends the Communications Act of 1934 (47 U.S.C 223)(h)(1) to expand the definition of a telecommunications device to include any device or software that

uses the Internet and possible Internet technologies such as voice over internet services. This amendment will allow federal prosecutors more discretion in charging stalking cases that occur entirely over the internet.

Petitioner respectfully asserts here that the defendants' particular violations of Federal Criminal Law,  and the damages to Petitioner suffered therein, are intentional inflictions of emotional distress actionable here pursuant to Louisiana Civil Code Article 2315 – Louisiana's General Tort Law - as described by Petitioner in this civil claim for damages is supported by the proposition that while an explicit CIVIL cause of action for violation of the above-cited Federal statutes do not exist, that the fact that the torts alleged and brought under state tort law, on the basis of complete diversity jurisdiction, are also more appropriately brought in this Federal District Court given the Federal CRIMINAL laws violated by the several defendants and aligned actors herein creating civil causes of action brought here under State of Louisiana tort law, and that Complete Diversity between the parties exist here, as well as the quantum value of Petitioner's claims against each defendant exceeding the $75,000 statutory threshold necessary for Federal District Court Subject Matter Jurisdiction here .

XIX.

Petitioner again respectfully requests that this Federal District Court accept jurisdiction of her Louisiana state law tort claims on the basis of complete diversity jurisdiction.

Nonetheless, the Petitioner prays that in the event that this Court declines to exercise or maintain jurisdiction here over any defendant that is be found to be non-diverse to the Petitioner's domicile state of Delaware, that this Court then REMAND, or dismiss without prejudice, ONLY those claims involving any heretofore unknown non-diverse defendant here, and allow the main focus and basis of her litigation involving her claims for relief and damages to go forward here.

The defendant individuals and defendant-aligned actors and entities are asserted here to also be vicariously liable here for any actions of any employees, aligned persons or persons do directed or motivated by the named defendant individuals and defendant-aligned actors and entities who act to damage and otherwise injure your Petitioner, and that her claims and damages directly caused by this intentional and/or reckless conduct by these individuals and entities were motivated by actual defendants here as proven.

XX.

These torts committed by the named defendants and aligned actors, and fully described above, do rise to the level of extreme emotional abusiveness and are reasonably presumed to inflict upon Petitioner the actors' desired injury, and intent of the defendant/actors to do same, which are actionable here as contemplated by the Louisiana Supreme Court's decision in _White v. Monsanto Co._, 585 So.2d 1205, 1209 (La. 1991) and it's progeny, and additionally fall into the fact patterns and circumstances where employers such as the named defendants may be found vicariously liable to this Petitioner in tort for the acts and offenses committed by any others named defendant and so motivated by other defendants, with those damages

and liability as contemplated by _Martin v. Bigner_, 665 So.2d 709, La.App. 2 Cir.
12/6/95, (La. App., 1995)

XVI.

Petitioner CATHERINE BROWN avers that as a result of the above
described actions of all named defendants, that she has separately suffered loss of
her previous business income and employment/contracted position, loss of income,
humiliation, shame, indignation and psychological injuries, as well as with her
suffering profound emotional damages, medical expenses, lost income and economic
opportunity, all incurred as a direct result of the defendants' actions and omissions.

Petitioner further asserts that these acts, committed in a common theme of
defamation, threats, harassment and stalking in violation of both Louisiana state law
and any appropriate civil remedy as per defendants' violations of Federal criminal
statutes, all of these acts which represent an ongoing common pattern of continuing
torts, which are interconnected and continuing series of torts that are all actionable
here. Further, Petitioner asserts that any such related act or tort violation committed
by any defendant or aligned actor here that occurred MORE than one year prior to
any respective citation or notice in the Petitioner's original or amending
Petitions/Complaints, that any such filing made outside of Louisiana's one-year
liberative prescriptive period, are indeed interconnected to those torts and violations
committed within the past one year of the filing of this lawsuit, and that any such
related or similar act found to have occurred more than one year prior to the filing of
this lawsuit, are therefore actionable here pursuant to the state Continuing Tort
Doctrine, as well as the federal Continuing Violation Theory.

XXI.

Petitioner CATHERINE BROWN makes here her set of claims under all Louisiana State Laws applicable to such incidences involving victims of criminal violence, threats, extortion or cyber-stalking, as well as the particular Louisiana Civil Code Article 2315, which allows civil damages to be legally assessed against the defendants, or in the alternative, as well as any affiliated individuals or employees, to petitioner for the acts and omissions, for those individual defendants' or aligned actors' acts, omissions, negligence or intentional acts, and for those responsible to be held financially accountable for all losses, damages and costs proven suffered by the Petitioner herein. Petitioner thereby respectfully requests that she be awarded all damages as may be appropriate under the circumstances, all of the above acts of negligence were in violation of the laws of the State of Louisiana and applicable Orleans Parish ordinances, which are hereby pleaded and adopted by this reference as is set forth at point *in extensio*.  Petitioner prays that in the interest of judicial economy and consistency, that this federal court exercise it's discretion in maintaining it's jurisdiction over the Petitioner's state law claims brought here with these federal question claims, as they involve the interrelated events, facts, parties and witnesses, and that this Court, as a single finder of fact, should maintain and assert it's ancillary, pendant and supplemental jurisdiction here.

XXII.

Petitioner CATHERINE BROWN avers that as a direct and proximate cause

of the aforementioned acts and omissions by these named defendants and aligned actors, and any unnamed defendants herein, that your Petitioner has sustained damages in disability in the following non-exclusive list of particulars:

A. All general and special damages awarded to your Petitioner as appropriate, including and for the following:

B. Past, present, and future emotional and mental anguish;

C. Any appropriate costs of relocation or costs related to avoid the threats or exposure to injury or damages cited herein;

D. Past, present and future costs of medical care and treatment for Petitioner made necessary by defendants' tortuous acts explained herein;

E. Past, present, and future lost wages, missed work, and damaged job and/or credit rating, and missed employment and/or educational opportunities due to lost past or future employment;

F. Compensation and any lost earnings, family time, leisure time, or personal rest opportunities, and any applicable awards or damages related to the injuries suffered by her as proven here;

G. Compensation for Defamation and damage to reputation, as well as future business opportunities and/or employment opportunities due to that defamation as alleged herein – with each act of publication and dissemination of slanderous or defaming statements made by any defendant to any third party being actionable and creating it's own separate tort and damage herein;

H.  Loss of reputation, employment prospects, employability, and all other related losses as caused by any defendant's act of publication and dissemination of slanderous or defaming statements made by any defendant to any third party;

I.  Compensation in both general damages and special damages involving injuries sustained by petitioner due to torts against her as to the delineated continuing mistreatment,  and each and every separate act of any defendant engaging in the intentional and/or negligent infliction of emotional distress upon the Petitioner here as described above;

J.  Any appropriate compensation for defendants' acts of slander, defamation and intentional damage to the reputation and future employability or business efforts of your Petitioner;

K.  Loss of enjoyment of life, fear of her financial present and future; fear and upset to her present and future health, and all damages and losses flowing therefrom;

L.  General damages flowing from those losses and injuries cited above;

M.  Unpaid wages, earnings, penalty wages and all other statutorily appropriate awards or damages

N.  Any possible attorney's fees and all costs of these proceedings as allowed herein under any applicable federal or state law;

O.  Any possible punitive damages as allowed herein under any applicable federal or state law;

P.  All other damages and/or costs found reasonable through the rendering of this matter.

## **PRAYER FOR RELIEF**

WHEREFORE, your petitioner CATHERINE BROWN respectfully requests that the defendants in this matter, listed above, each be served with this Amending Petition/Complaint, as well as those attached original and earlier amending Petitions/Complaints, and after all due proceedings be had, there be orders and judgment from this Court directing all defendants and affiliated actors to discontinue posting any additional online threats, defamation and harassment of your Petitioner by each defendant and all affiliated persons or entities, that all existing online threats, defamation and harassment of your Petitioner by each defendant and all affiliated persons or entities be removed from view, and there be a judgment in favor or your Petitioner, and against the defendants, for and awarding to Petitioner all appropriate damages, costs, and losses suffered by your Petitioner herein, as well as for all costs of bringing these proceedings, judicial interest from the date of judicial demand, as well as for any other award or remedy as deemed equitable herein.

Sincerely,

*Dominic N. Varrecchio*

_____

DOMINIC N. VARRECCHIO. La. Bar No. 19456
Attorney for Petitioner
1539  Jackson Avenue, Suite 100
New Orleans, LA 70130
Phone No.: (504) 524-8600
Email:  knic55@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, as well via actual service of process of the related amending Petition/Complaint upon those defendants of those items together with Summons to Appear. Petitioner further has also served all related filings here via E-mail to all defendants where E-mail addresses are available to Petitioner and Counsel, as certified and explained in the attached Rule 65 Certification. This 22nd  day of April, 2022.

*Dominic N. Varrecchio*

_____
DOMIINIC N. VARRECCHIO