UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Catherine Brown | CIVIL ACTION |
| Plaintiff | No. 21-1844 |
| -vs- | Case 2:21-cv-01844-JTM-JVM |
| MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON | |
| Defendants | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 1 6 2022

CAROL L. MICHEL
CLERK

## ANSWER TO SUMMONS

I, Anthony Okafor, MAKE OATH AND SAY THAT:

1. I have NEVER intentionally engaged in a continual and ongoing pattern of cyber stalking, harassment, defamation, NEVER made threats to Ms Catherine Brown's peace, reputation, life and safety, NEVER intentionally inflicted emotional distress to Ms Brown and NEVER intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts towards Ms Brown.

2. I have NEVER been aligned with The Anti Fraud Warriors LLC or The Good Guyz to intentionally engage in a continual and ongoing pattern of cyber stalking, harassment, defamation, NEVER made threats to Ms Catherine Brown's peace, reputation, life and safety on behalf of or in unison with the aforementioned entities, NEVER intentionally inflicted emotional distress on behalf of or in unison with the aforementioned entities towards Ms Brown and NEVER intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts on behalf of or in unison with the aforementioned entities towards Ms Brown.

3. I have NEVER been aligned with Mr. Jonte Miller or Mr Minyango Tokpah to intentionally engage in a continual and ongoing pattern of cyber stalking, harassment, defamation, NEVER made threats to Ms Catherine Brown's peace, reputation, life and safety on behalf of or in unison with the aforementioned individuals, NEVER intentionally inflicted emotional distress on Ms Brown on behalf of or in unison with the aforementioned individuals on and NEVER

TENDERED FOR FILING
MAY 16 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts on Ms Brown on behalf of or in unison with the aforementioned individuals.

4. I have NEVER impersonated Ms Catherine Brown in chat rooms or on livestream panels in an attempt to intentionally engage in a continual and ongoing pattern of cyber stalking, harassment, defamation, NEVER made threats to Ms Catherine Brown's peace, reputation, life and safety on the aforementioned chat rooms and livestream panels, NEVER intentionally inflicted emotional distress on Ms Brown in the aforementioned chatrooms or livestream panels and NEVER intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts to Ms Brown on the aforementioned chat rooms and livestream panels.

5. I have NEVER paid Mr Shakim Harris or ANY OTHER CONTENT CREATOR to attack or to intentionally engage in a continual and ongoing pattern of cyber stalking, harassment, defamation, NEVER paid the aforementioned individual Mr Harris or any other content creator to make threats to Ms Brown's peace, reputation, life and safety, NEVER paid the aforementioned individual Mr Harris or any other content creator to intentionally inflict emotional distress on Ms Catherine Brown and NEVER paid the aforementioned Mr Harris to intentionally engage in other cyber and online harassment, crimes and civilly tortuous acts to Ms Brown.

6. I am NOT the current or former owner of multiple alleged "troll" accounts and have NEVER utilized alleged "troll" accounts to intentionally engage in a continual and ongoing pattern of cyber stalking, harassment, defamation directed towards Ms Catherine Brown or any other individual, past or present, NEVER utilized alleged "troll" accounts to make threats to Ms Catherine Brown's peace, reputation, life and safety, NEVER intentionally inflicted emotional distress to Ms Brown with alleged "troll" accounts and NEVER intentionally engaged in other cyber and online harassment, crimes and civilly tortuous acts directed towards Ms Brown using alleged "troll" accounts.

7. I have NEVER referred to Ms Catherine Brown as a "crackhead dog", NEVER harassed Ms Brown for going to police for protection against TCTV, and NEVER attempted to dehumanize Ms Brown in ANY online postings. I have also NEVER manufactured any derogatory names in reference to Ms Brown.

8. I AM NOT AND HAVE NEVER BEEN A main affiliate or "troll" acting in concert with the "The Good Guys" in harassing, defaming and threatening Ms Brown.

9. I have NEVER sent cashapp messages to Mr Shakim Harris or ANY OTHER CONTENT CREATOR and NEVER told aforementioned individuals to say the alleged funding came from Ms Catherine Brown in an effort to portray or insinuate that Ms Brown was directly intending to incite violence, violent threats, cyber stalking and harassment towards herself.

10. IT HAS NEVER BEEN MY "job" to keep Ms Brown's name constantly repeated on ANY YouTube public broadcasts WHATSOEVER, I NEVER committed any acts to perpetrate a culture of cyber stalking, cyber attacking, defamation and sexual humiliation, and I NEVER instigated and NEVER incited hatred (in others) to physically accost Ms Brown offline, and I NEVER targeted Ms Brown's businesses, business associates and or family members to damage them by "exposing" them.

11. I AFFIRM the fact that I utilized my Federally protected FIRST AMENDMENT RIGHTS to give commentary on the statements and behaviors Ms Brown broadcasted online.

12. I AFFIRM the fact that I utilized my Federally protected FIRST AMENDMENT RIGHTS to mention Ms Brown during livestreams and chatroom comments as "Aspirin Clown" or "CB" in a funny attempt to give commentary on Ms Brown's online actions without mentioning her real name.

13. I AFFIRM the fact that my affiliation to the named content creators in this lawsuit ONLY involved me being a viewer, chatroom participant and panelist of the livestreams and videos of the content creators mentioned herein this lawsuit. Nothing more, nothing less.

Dated: 05/09/2022

Anthony Okafor
2951 Fair Oaks Ave
Altadena, CA 91001
323-691-3728

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel for record either in person or by mailing it postage prepaid on this 9th day of MAY, 20 22

_____
Signature

Anthony Okofor
2951 North Fair Oaks Ave
Altadena, CA 91001

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans LA 70130



U.S. POSTAGE PAID
FCM PKG RTL
VAN NUYS, CA
91406
MAY 09, 22
AMOUNT
$8.25
R2305K133666-31

# Send It Your Way

Pick.

Pack.

Ship.

Visit  for Shipping Supplies & Services