## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.    21-1844** |
| **versus** | **JUDGE:        JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:        JVM** |

### Plaintiff's Ex Parte Motion to Continue Certain Defendants' Motion to Dismiss (Rec Doc. #51)

NOW INTO COURT, through undersigned counsel, comes Plaintiff CATHERINE BROWN, who here files her Ex Parte Motion to Continue the certain defendants' Andrea Stewart, Anti Fraud Warriors, LLC and Gerald Palmer's recently filed Motion to Dismiss (Rec. Doc. #51) currently scheduled for Submission on June 15, 2022, and to reschedule that matter for Submission on the next scheduled Civil Hearing/Submission date of June 29, 2022.

Counsel for defendant/movers has been contacted and informed that they do NOT oppose the Court granting this continuance and rescheduling this matter for Submission, for June 29, 2022

Respectfully Submitted,

*Dominic N. Varrecchio*

_____
Dominic N. Varrecchio (La. Bar #19456)
1539  Jackson Avenue, Suite 100
New Orleans,  LA  70130
Telephone:  (504) 524-8600
Email: knic55@cox.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, or, by including same in the Service of Process upon previously un-served defendants.  This 6th day of June, 2022.

*Dominic N. Varrecchio*

_____
    DOMIINIC N. VARRECCHIO