## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.**   21-1844 |
| versus | **JUDGE:**   JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:**   JVM |

## ORDER

**CONSIDERING THE FOREGOING,**

Plaintiff CATHERINE BROWN's Ex Parte Motion to Continue the certain defendants' Andrea Stewart, Anti Fraud Warriors, LLC and Gerald Palmer's recently filed Motion to Dismiss (Rec. Doc. #51) currently scheduled for Submission on June 15, 2022, and to reschedule that matter for Submission on the next scheduled Civil Hearing/Submission date of June 29, 2022, is GRANTED.

SIGNED, this _____ date of June, 2022

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, or, by including same in the Service of Process upon previously un-served defendants.  This 6th day of June, 2022.

*Dominic N. Varrecchio*
_____
DOMIINIC N. VARRECCHIO