UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.** 21-1844 |
| versus | **JUDGE:** JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:** JVM |

## ORDER

**CONSIDERING THE FOREGOING (Doc. 54),**

**IT IS ORDERED** that the Motion is **GRANTED** and that the submission date of Andrea Stewart, Anti Fraud Warriors, LLC and Gerald Palmer's recently filed Motion to Dismiss (Rec. Doc. #51), currently scheduled for Submission on June 15, 2022, is **CONTINUED** to the next scheduled Civil Hearing/Submission date of June 29, 2022.

New Orleans, Louisiana, this 7th day of June, 2022

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**