# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.**    21-1844 |
| versus | **JUDGE:**    JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:**    JVM |

### Plaintiff's Motion to Continue Certain Defendants' Motion to Dismiss (Rec Doc. #51), on Basis of Plaintiff's Counsel's Recent onset of Medical Limitations

NOW INTO COURT, through undersigned counsel, comes Plaintiff CATHERINE BROWN, who here files her Motion to Continue the certain defendants' Andrea Stewart, Anti Fraud Warriors, LLC and Gerald Palmer's recently filed Motion to Dismiss (Rec. Doc. #51) currently scheduled for Submission on June 29, 2022, and to reschedule that matter for Submission on the available Civil Hearing/Submission date of July 27, 2022.

    This Motion to Continue arises unexpectedly, and solely due to recent and serious Medical Limitations for Plaintiff's counsel requiring the postponement and continuance of almost the entirety of counsel's law practice. About 4 weeks ago

counsel experienced an onset of a very serious medical condition that his escalated and in the last two weeks, with two medical appointments in the past week culminating on Friday, June 17, 2020 where counsel's Primary Care physician counsel to take a break from Court appearances and strenuous long-hours preparation and work for a period of at least 90 days while counsel takes pause for medical testing and to attend to additional specialist appointments and consultations.

Undersigned counsel in good faith believed that he would be able to complete those tasks necessary to complete the memorandum in opposition with attachments by the June 21, 2022 deadline, at the time that deadline was extended some two weeks ago, but the worsening of certain medical conditions have made it impossible for those tasks to be accomplished at this time.

Undersigned counsel desires to keep his personal medical condition details details out of the public record, and will gladly produce any items or medical documentation necessary in an in-camera setting for the Court review should that be requested by anyone involved.

Counsel for Plaintiff believes that an extension of the requested FOUR WEEKS from this date will allow the respite necessary for Plaintiff's counsel to begin his necessary medical treatment, and to allow the time and space necessary to allow Plaintiffs a full briefing of all issues before the Court at this time, and represents here that this requested delay does not appear to prejudice any of the defendants herein.

Counsel for defendant/movers in the Motion to Dismiss sought continued

2

here could not be contacted and informed today of this requested Motion to Continue Hearing/Submission, and their opposition then must be assumed here relative to the Court granting this requested continuance and rescheduling this matter for Submission for the Court's advertized available date of July 27, 2022.

       Respectfully Submitted,

*Dominic N. Varrecchio*
_____
Dominic N. Varrecchio (La. Bar #19456)
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 524-8600
Email: knic55@cox.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, or, by including same in the Service of Process upon previously un-served defendants. This 21st day of June, 2022.

*Dominic N. Varrecchio*
_____
DOMIINIC N. VARRECCHIO

3