## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.    21-1844** |
| **versus** | **JUDGE:    JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:    JVM** |

## Plaintiff's Ex Parte Motion to Continue Certain Defendants' Motion to Dismiss (Rec Doc. #51), and Request for Expedited Hearing

NOW INTO COURT, through undersigned counsel, comes Plaintiff CATHERINE BROWN, who here files her Ex Parte Motion to Continue the certain defendants' Andrea Stewart, Anti Fraud Warriors, LLC and Gerald Palmer's recently filed Motion to Dismiss (Rec. Doc. #51) currently scheduled for Submission on June 29, 2022, and to reschedule that matter for Submission on the available scheduled Civil Hearing/Submission date of July 27, 2022.

Since the filing of the Plaintiff's original Motion to Continue these defendants' Motions to Dismiss (Rec. Doc. #51) on June 21, 2022, counsel for Plaintiff was able to converse with counsel for defendant/movers, who informs that those

defendant/movers DO NOT OPPOSE the Plaintiffs' requested continuance of these defendants' Motions to Dismiss (Rec. Doc. #51) and the Plaintiff's requested rescheduling of these motions for Submission, without oral argument, for July 27, 2022.

Again, Counsel for defendant/movers has been contacted and informed that they do NOT oppose the Court granting this continuance and rescheduling this matter for Submission, for June 29, 2022, or this Motion to Expedite the hearing and determination of the Court on this pending motion.

Respectfully Submitted,

*Dominic N. Varrecchio*

_____
Dominic N. Varrecchio (La. Bar #19456)
1539 Jackson Avenue, Suite 100
New Orleans, LA 70130
Telephone: (504) 524-8600
Email: knic55@cox.net
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, or, by including same in the Service of Process upon previously un-served defendants.  This 23rd day of June, 2022.

*Dominic N. Varrecchio*
_____
DOMIINIC N. VARRECCHIO