UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.    21-1844** |
| versus | **JUDGE:       JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:       JVM** |

# ORDER

**CONSIDERING THE FOREGOING,**

    Plaintiff CATHERINE BROWN's  Motion to Continue (Rec. Doc. #57) the certain defendants' Andrea Stewart, Anti Fraud Warriors, LLC and Gerald Palmer's recently filed Motion to Dismiss (Rec. Doc. #51), with that Motion to Continue currently scheduled for Submission on June 29, 2022, is now, in light of the defendant movers informing after the Plaintiff's original filing of the instant motion that they DO NOT OPPOSE the Plaintiff's requested continuance and rescheduling of their Motions to Dismiss, will now be GRANTED on an Ex Parte' basis.

    The Plaintiffs' motion not now being opposed, those defendants' Motions to Dismiss are now rescheduled for Submission, without oral argument, for Court's available Civil Hearing/Submission date of July 27, 2022.

SIGNED, this _____ date of June, 2022

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing, together with all related pleadings involved in this filing, have been served upon all parties and/or their counsel by the CM-ECF electronic filing system for the United States District Court, or, by including same in the Service of Process upon previously un-served defendants. This 23rd day of June, 2022.

*Dominic N. Varrecchio*
_____
DOMIINIC N. VARRECCHIO

2