# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.** 21-1844 |
| versus | **JUDGE:** JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:** JVM |

## ORDER

Considering the foregoing (Doc. 63),

Plaintiff CATHERINE BROWN's Petitioner's Ex Parte Motion for Leave to File Signed Affidavit to File and Replace Unsigned Affidavit of Plaintiff (Rec. Doc. #62-3), filed by Plaintiff in Support of her Opposition to Defendants' Motion to Dismiss (Rec. Doc. #51)., is **GRANTED**.

SIGNED, New Orleans, Louisiana, this 21st day of July, 2022

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE