UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.** 21-1844 |
| versus | **JUDGE:** JTM |
| **MINYANGO TOKPAH, SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART, JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:** JVM |

## ORDER

Considering the foregoing (Doc. 65),

Plaintiff CATHERINE BROWN's Ex Parte Motion for Leave to File her Petitioner's Ex Parte Motion for Leave to File Supplemental Affidavit of Plaintiff (Rec. Doc. #62-3), filed in Support of her Opposition to Defendants' Motion to Dismiss (Rec. Doc. #51), due to Subsequent Tortuous Acts of Defendant damaging Plaintiff since the recently Passed Briefing Deadline, is **GRANTED**.

SIGNED, New Orleans, Louisiana this 16th day of August, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE