UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN | CIVIL ACTION |
| VERSUS | NO. 21-1844 |
| MINYANGO TOKPAH, ET AL. | SECTION "H"(1) |

**NOTICE TO SHOW CAUSE**

The above-captioned matter was filed with this Court on October 8, 2021. A review of the record indicates that service of the complaint has been effected as to defendants, Minyango Tokpah, Tanisha Wright, and Jonte Miller, and the deadline to file responsive pleadings has now surpassed (Docs. 59, 16, 15).

In addition, A review of the record indicates that Summons Returns have not been filed as to any of the remaining active defendants in this matter.

> Rule 4(m) of the Federal Rules of Civil Procedure provides:
> Time Limit For Service. If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff's counsel shall have up to and including **FEBRUARY 14, 2024,** to further prosecute their claim(s), obtain responsive pleadings and/or file returns of service as to the above-named defendants. Failure to comply with this Notice of the Court or show good cause in writing as to why this case should not be dismissed, will result in dismissal of this matter in its entirety.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court on January 24, 2024
By:   s/Sherry Adams, Case Manager