## OTHER DEFENDANTS

**TO BE SERVED:**

**MINYANGO TOPKAH'S CO-HOST**

## Actor TCTV
Real Name:

Maurice R. Hinson
Address to serve at:
408 Croyden Road
Upper Darby, PA 19082

This information was discovered by Private investogator
Sean L. Hall, Licensed Private Investigator

# TO BE REMOVED:

Actor DEFENDANT POSITIVELY HATE

Reason
Positively Hate, Defendant and Catherine Brown have settled this matter with no further damaging, defamatory and harassing comments to ever be spoken about Catherine Brown on his platform or his panel and even to his own determent whereas some vitriol was turned to himself because of this decision. NOR using his chat to publish false narrative that are damaging to Catherine Brown . Yet Positively Hate remained true to form in totally ceasing and desisting any further attacks against Catherine Brown and not allowing his guests to do so either.

Remove

**Actor General D**

Reason
General D has cease and desisted any further damaging acts against Catherine Brown. Furthermore, General D has recanted false accusations against Catherine Brown publicly.

Remove

Shakim Harris

Pretending, while he was hosting a live show, that Catherine Brown sent him a cash app as payment to harass "Good Guys", in order to instigate continued and further attack on Catherine Brown, Shakim Harris has since ceased and desisted any further damaging publications against Catherine Brown.

Remove

Donald Murray

Donald Murray has recently expressed regret for his damaging attacks, cyber attacks, defamatory statements against Catherine Brown. Furthermore, Donald Murray has published statements to corroborate this Federal complaint, including the statements that Maurice R. Hinson (actor TCTV) was at the helm of his actions against Catherine Brown (for pay/clicks and views).

Remove Good Guy, Defendant
This group (The Good Guys) has disbanded as it once was; carrying the name of the Group, as such, is only one member, Actor Redpill. This Actor, Redpill, publicly apologized for his part in the cyber attack against Catherine Brown and since his public apology has never participated in any further attacks against Catherine Brown.

Dania McDermott  aka Actor Scarlit, Defendant

Known for having mulitple accounts (male and female actors), Defendant Dania McDermott (Scarlit) created accounts pretending that these accounts were Catherine Brown (who was allegedly harassing others, including McDermott online).

Defendant Dania McDermott has since ceased and desisted her participation in cyber attack against Catherine Brown.