UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL No.    21-1844** |
| versus | **JUDGE:         JTM** |
| **MINYANGO TOKPAH,  SHAKIM HARRIS, TANISHA WRIGHT, ANDREA MICHELLE STEWART,  JONTE MILLER, and THERESA D. BRUNSON** | **MAGIS:         JVM** |

## ORDER

Considering the foregoing Motion for Entry of Default Judgment against Certain Defendants;

**IT IS ORDERED** that the Motion is **DENIED** without prejudice to the right to be re-urged. Plaintiff seeks a Motion for Entry of Default Judgment without having first obtained entry of default by the clerk pursuant to Federal Rule of Civil Procedure 55. *See* New York Life Insurance Co. v. Brown, 84 F.3d 137 (5th Cir. 1996) ("An *entry of default* is what the clerk enters when the default is established by affidavit or otherwise. After a defendant's default has been entered, plaintiff may apply for a judgment based on such default. This is a d*efault judgment*.").

New Orleans, Louisiana, this 20th day of February, 2024.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE