UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN | CIVIL ACTION |
| VERSUS | NO. 21-1844 |
| MINYANGO TOKPAH, ET AL. | SECTION "H"(1) |

### ENTRY OF DEFAULT

Considering the Plaintiff's Motion for Entry of Default (Doc. 76);

**IT IS HEREBY ORDERED** that the foregoing Motion is GRANTED. Preliminary default is entered against defendants <u>Jonte Miller</u>, <u>Tanisha Wright</u>, and <u>Minyango Tokpah</u>, for failure to answer or otherwise make an appearance in this matter, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: __May 02 2024__

__Carol L. Michel__
Name of clerk of court

__Sherry Adams__
Deputy clerk's signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN | CIVIL ACTION |
| VERSUS | NO. 21-1844 |
| MINYANGO TOKPAH, ET AL. | SECTION "H"(1) |

## LAST KNOWN ADDRESS OF DEFENDANTS

**Defendant:**      **Jonte Miller**
2006 Cedar Ford Road, Apartment E
Greensboro, NC 27407-4591

**Defendant:**      **Tanisha Wright**
5929 Windsor Avenue
Philadelphia, PA 19143

**Defendant:**      **Minyango Tokpah**
102 5th Street E., Apartment 5
West Fargo, ND 58078