

Jacob K. Weixler
WEIXLER LAW LLC
504.408.2180 (p)
504.814.1728 (f)
jkw@weixlerlaw.com

March 12, 2024

<u>**VIA EMAIL**</u>
Dominic N. Varrecchio
Varrecchio Law Firm
1539 Jackson Ave., Suite 100
New Orleans, LA 70130
knic55@cox.net

Re:   <u>*Brown v. Tokpah*</u>, et al. (No. 21-1844, E.D. La.) – D██ M██████t

Dear Dominic:

I am writing today on behalf of my client, D██ M██████, who has been named in a document filed by you on behalf of your client, Catherine Brown, in the above-captioned lawsuit.  The filing contains false and defamatory statements against Ms. M██████, and Ms. M██████ demands that the filing with the offending statements be immediately withdrawn and removed from the public docket in the above-captioned case.  If it is not withdrawn and removed, Ms. M██████ will be forced to seek the court's intervention as described below.

The filing (Rec. Doc. 73-1), an exhibit to "Petitioner's Reply to Notice to Show Cause Order," states the following:

> D██ M██████ aka Actor Scarlit, Defendant

> Known for having multiple accounts (male and female actors), Defendant D██ M██████ (Scarlit) created accounts pretending that these accounts were Catherine Brown (who was allegedly harassing others, including M██████ online).

> Defendant D██ M██████ has since ceased and desisted her participation in cyber attack against Catherine Brown

I am writing to demand that you withdraw this filing within seven days of this letter or by March 19, 2024.  The passage above is false, defamatory, and lacks a good faith basis as required by Rule 11 of the Federal Rules of Civil Procedure. The falsities in this passage are too numerous to detail here, but among them Ms. M██████ did not create accounts on behalf of nor did she pretend to be Ms. Brown, and she did not engage in any "cyber attack" against Ms.

Dominic Varrecchio
March 12, 2024
Page 2

Brown.  The statements above have caused and will cause demonstrable financial harm to Ms. M█████.

       If Ms. Brown refuses to withdraw the document containing the false information above, Ms. M██████ will be forced to file a Motion to Strike and a Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure in the above-captioned matter.  This motion will seek to recover all costs, attorney's fees and applicable penalties for Ms. Brown's false statements identifying Ms. M█████.

       Please submit your response to me in writing by email at jkw@weixlerlaw.com. If you have any questions about this matter, I can be reached by email or by phone at 504-408-2180.

       Sincerely,

       */s/ Jacob K. Weixler*

       Jacob K. Weixler