

Jacob K. Weixler
WEIXLER LAW LLC
504.408.2180 (p)
504.814.1728 (f)
jkw@weixlerlaw.com

April 17, 2024

**<u>VIA EMAIL</u>**
Dominic N. Varrecchio
Varrecchio Law Firm
1539 Jackson Ave., Suite 100
New Orleans, LA 70130
knic55@cox.net

      Re:     <u>*Brown v. Tokpah*</u>, et al. (No. 21-1844, E.D. La.) – D███ M█████████

Dear Dominic:

      Thank you for your response to my letter. I am writing today on behalf of my client, D███ M█████████ to provide you with instructions for removing and/or striking the documents (Rec. Doc. 73 and Rec. Doc. 73-1) that contain personally identifying information for my client, as well as a draft motion for filing.

      The attached draft motion is ready for your submission. Please add your signature block and file the motion and proposed order. Please append to the motion an exhibit ("Proposed Pleading") with a replacement version of the previously filed Petitioner's Reply to Notice to Show Cause Order (Rec. Doc. 73) and its accompanying exhibit (Rec. Doc. 73-1) that removes or redacts my client's name.

      For your convenience, I have underlined below the references that at minimum need to be redacted or omitted from the replacement filing. In Rec. Doc. 73, my client's name appears on page 8:

      "6) SCARLIT, otherwise identified as <u>D███ M█████████</u>."

In Rec. Doc. 73-1, my client's name appears on page 2:

      <u>D███ M█████████</u> aka Actor Scarlit, Defendant

      Known for having multiple accounts (male and female actors), Defendant <u>D███ M█████████</u> (Scarlit) created accounts pretending that these accounts were Catherine Brown (who was allegedly harassing others, including M█████ online).

Dominic Varrecchio
April 17, 2024
Page 2


    Defendant D████ M████████ has since ceased and desisted her participation in cyber attack against Catherine Brown

       Please file the enclosed motion and replacement filing (with applicable redactions) within seven days of this letter.  If you have any questions about this matter, I can be reached by email or by phone at 504-408-2180.


       Sincerely,

*Jacob Weixler*

       Jacob K. Weixler