## jkw@weixlerlaw.com

| | |
|---|---|
| **From:** | Dominic Varrecchio <knic55@cox.net> |
| **Sent:** | Tuesday, April 30, 2024 3:31 AM |
| **To:** | jkw@weixlerlaw.com |
| **Subject:** | Re: Brown v. Tokpah - Letter and Draft Motion |
| **Attachments:** | BROWN CATHERINE  - CYBER-BULLYING CASE  USDC    ----  MEMORANDUM -- Ps Updated MOTION for Default --- Three Defs   ---   4-30-2024.pdf; BROWN CATHERINE  - CYBER-BULLYING CASE  USDC    ----  ACTUAL UPDATED MOTION for Clerk Entry of Default --- Three Defs  -----   4-30-2024.pdf; BROWN CATHERINE - USDC CYBERSTAKING CASE  --  Attorney Dominic Varrecchio Affidavit of Service of Process- Motion for Default.pdf |

Dear Jake,

Please attached here Motion for Entry of Default refiled today against defendants Tokpah, Wright and Miller.  I am working to complete the filing involving your client, which my client agrees to.  I will keep you informed.

Thanks, Nick Varrecchio

> On 04/17/2024 7:36 PM CDT jkw@weixlerlaw.com wrote:
>
>
> Nick:
>
> Please see the attached letter and draft motion for your review and filing.
>
>
>
> JKW
>
>
>
> Jacob K. Weixler
>
> Weixler Law LLC
>
> P: 504.408.2180
>
> F: 504.814.1728
>
> jkw@weixlerlaw.com
>
> www.weixlerlaw.com

1

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged, confidential, and intended only for the use of its intended recipient.  If you are not the intended recipient, any dissemination, distribution, copying, or any action in reliance on the contents of this e-mail or the information contained herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by telephone and delete the original message from your files.  Thank you.