**jkw@weixlerlaw.com**

| | |
|---|---|
| **From:** | Dominic Varrecchio <knic55@cox.net> |
| **Sent:** | Thursday, May 2, 2024 7:10 PM |
| **To:** | jkw@weixlerlaw.com |
| **Subject:** | Re: Brown v. Tokpah - Letter and Draft Motion |

Dear Mr. Weixler,

My Client, after consideration, my Client, Catherine Brown, has instructed me to NOT file any motions to voluntarily remove Ms. M▇▇▇ from this litigation, given Ms. M▇▇▇'s participation in ridiculing and harassing my Client, Ms. Brown, online and in published online panels. It is also our understanding that Ms. M▇▇▇ has publicly ridiculed me as Ms. Brown's attorney in this litigation in published forums.

My Client respectfully asks that Ms. M▇▇▇ properly respond to this lawsuit.

Given our previous discussions regarding the possibility of the Plaintiff agreeing on removing or dismissing Ms. M▇▇▇ from the litigation voluntarily, l will take no adverse actions against Ms. M▇▇▇ for the next thirty (30) days, after which time I will be obliged to seek an entry of default if service has been properly made against Ms. M▇▇▇ here.

Sincerely, Dominic N. Varrecchio - Plaintiff's Counsel

> On 04/17/2024 7:36 PM CDT jkw@weixlerlaw.com wrote:
>
> Nick:
>
> Please see the attached letter and draft motion for your review and filing.
>
> JKW
>
> Jacob K. Weixler
>
> Weixler Law LLC
>
> P: 504.408.2180
>
> F: 504.814.1728
>
> jkw@weixlerlaw.com
>
> www.weixlerlaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged, confidential, and intended only for the use of its intended recipient.  If you are not the intended recipient, any dissemination, distribution, copying, or any action in reliance on the contents of this e-mail or the information contained herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by telephone and delete the original message from your files.  Thank you.