UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATHERINE BROWN** | * | **NO. 2:21-CV-01844-JTM-JVM** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE** |
| | * | **MILAZZO** |
| **MINYANGO TOKPAH ET AL.** | * | |
| | * | **MAG. JUDGE JANIS VAN.** |
| | * | **MEERVELD** |
| | * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion to Enforce Compromise Agreement filed by non-party movant D.M. will be submitted to the Honorable Judge Jane Triche Milazzo in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C224, New Orleans, Louisiana 70130 on the 11th day of September, 2024 at 9:30 a.m.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler, 36076
WEIXLER LAW LLC
1239 Baronne St., Suite D
New Orleans, LA 70113
Phone: (504) 408-2180
Fax:    (504) 814-1728
jkw@weixlerlaw.com

*Counsel for D.M.*