UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BROWN | CIVIL ACTION |
| VERSUS | NO. 21-1844 |
| MINYANGO TOKPAH, ET AL. | SECTION "H"(1) |

### ORDER TO SHOW CAUSE

The above-captioned matter was filed with this Court on October 8, 2021. Plaintiff filed a Response to the Clerk's Notice to Show Cause. Doc. 73. The Response indicates that Plaintiff Counsel's illness has kept him from further prosecuting this matter. If Plaintiff wishes for any extensions of time, a request must be made through Motion practice. Additionally, if Plaintiff no longer wishes to pursue claims against certain defendants, as mentioned in the Response, a Motion/Voluntary Dismissal as to those defendants must be filed.

Additionally, Counsel for Plaintiff advises that he wishes to continue with the claims against defendants Oracle, Anthony Okafor, and TCTV. To date, there has been no service on defendant, TCTV.

Considering the above, **IT IS ORDERED** that on or before **JANUARY 29, 2025,** plaintiff's counsel take steps to further prosecute these claims or show good cause in writing, as to why this matter has not been properly joined. Failure to respond to this Court's Order, will result in DISMISSAL of any unserved defendants for failure to prosecute.

New Orleans, Louisiana, this 8th day of January, 2025.

_____
         HONORABLE JANE TRICHE MILAZZO
           UNITED STATES DISTRICT JUDGE