UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CATHERINE BROWN                                      CIVIL ACTION

VERSUS                                               NO. 21-1844

MINYANGO TOKPAH, ET AL.                              SECTION "H"(1)

## ORDER TO SHOW CAUSE

The above-captioned matter was filed with this Court on October 8, 2021. Plaintiff filed a Response to the Clerk's Order to Show Cause at Doc. 82. The response indicates that Counsel's illness has kept him from further prosecuting this matter.

Considering the above, **IT IS ORDERED** that on or before **MAY 21, 2025,** plaintiff's counsel take steps to further prosecute these claims or provide an update to the Court of his current health status. Failure to respond to this Court's Order, will result in DISMISSAL of any unserved defendants for failure to prosecute.

**IT IS FURTHER ORDERED**, pursuant to Plaintiff's request in his response to the Court's Order, that Defendants POSITIVELY HATE, GENERAL D, SHAKIN HARRIS, DONALD MURRAY, and GOOD GUY are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 30th day of April, 2025.

**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**