UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE BROWN | * | CIVIL ACTION NO. 21-1844 |
| | * | |
| | * | SECTION: "H"(1) |
| VERSUS | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| MINYANGO TOKPAH, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| | * | |
| ************************************* | * | |

ORDER

Before the Court is the Motion to Intervene (Rec. Doc. 88) filed by D.M., who is not a party to this dispute but whose legal name has been referenced in several pleadings filed by Plaintiff Catherine Brown that allege that D.M. "assumed fraudulent identities and/or engaged in cyberattacks." Rec. Doc. 88 at p. 1, n.1.

D.M. previously filed a Motion to Enforce Compromise Agreement in which D.M. alleged that Plaintiff "agreed to redact D.M.'s name from the public records in exchange for D.M. foregoing motions for sanctions and other claims for relief," however, Plaintiff "reversed course" and refused to redact the filings. Rec. Doc. 79. On February 10, 2025, the Court denied D.M.'s Motion to Enforce Compromise Agreement because "although Plaintiff's statements suggest otherwise, D.M. is not a party to this suit," and "has no rights in the litigation between [Plaintiff] and [Defendant] unless and until she is permitted to intervene." Rec. Doc. 83 at p. 7 (citations and quotations omitted). The Court therefore found that in order to seek the relief D.M. sought, D.M. "must either file a motion to intervene . . . or file a separate suit." *Id.* D.M. accordingly filed the instant Motion to Intervene. Rec. Doc. 88.

The Motion to Intervene was set for submission on May 14, 2025. Any opposition memorandum was due on May 6, 2025, pursuant to Local Rule 7.5. No memorandum in opposition was filed. Accordingly, this motion is deemed to be unopposed, and, further, it appearing that the motion has merit,

IT IS HEREBY ORDERED that the Motion to Intervene (Rec. Doc. 88) is GRANTED; Intervenor D.M. shall be allowed to file a motion to enforce compromise agreement and/or a motion to strike and/or redact into the record.

New Orleans, Louisiana, this 30th day of May, 2025.

                                                Janis van Meerveld
                                                United States Magistrate Judge