UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CATHERINE BROWN**                    **CIVIL ACTION**

**VERSUS**                              **NO: 21-1844**

**MINYANGO TOKPAH, ET AL.**             **SECTION: "H"**

### ORDER

On August 28, 2025, this Court granted in part non-party D.M.'s Motion to Enforce Compromise Agreement and ordered Plaintiff to file into the record "redacted Record Documents 73, 73-1, 80-1, and 82" by September 4, 2025 (Rec. Doc. 97). On September 3, 2025, Plaintiff filed proposed redacted versions of the Record Documents (Rec. Docs. 98, 98-1, 98-2, 98-3).

**IT IS ORDERED** that the proposed documents filed by Plaintiff are **ACCEPTED**. The Clerk's office is instructed to replace Record Documents 73, 73-1, 80-1, and 82 with Plaintiff's proposed redacted documents (Rec. Docs. 98, 98-1, 98-2, 98-3).

New Orleans, Louisiana this 8th day of September, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**