UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-1844** |
| **MINYANGO TOKPAH, ET AL.** | **SECTION: "H"** |

### ORDER

Considering Plaintiff's Consent Motion to Continue Submission of Certain Defendants' Motion for Attorney's Fees (Doc. 102);

**IT IS ORDERED** that the submission date for the Motion for Attorney's Fees (Doc. 101), currently set for October 8, 2025, be and is hereby **RESET** for October 22, 2025. All responses shall be filed in accordance with local rules.

New Orleans, Louisiana this 8th day of October, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**