## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

CATHERINE BROWN                    CIVIL ACTION

VERSUS                             NO. 21-1844

MINYANGO TOKPAH, et al            SECTION: "H" (1)

## ORDER

Plaintiff, Catherine Brown ("Plaintiff"), filed her original Complaint on October 8, 2021, alleging that a number of individuals had engaged in some degree of stalking, harassing, threatening, attacking, intimidating, or defaming her through online activity.[1] In her initial Complaint, Plaintiff named seven individuals as defendants to her action and eleven others as "[a]liased-named defendants" unidentified at the time of filing.[2] After the filing of a First and Second Supplemental and Amending Complaint, Plaintiff expanded her list of named, identifiable defendants to Minyango Tokpah, Shakim Harris, Tanisha wright, Andrea Michell Stewart, Jonte Miller, Theresa D. Brunson, Donald Murray, Anthony Okafor, Oracle the Vintage Garden Since 2015, Reverend Gerald Palmer, and The Anti Fraud Warriors, LLC and

---

[1] Doc. 1.
[2] *Id.*

reasserted claims against the same and some new "alias" or unidentified defendants.[3]

On April 8, 2022, and November 3, 2022, this Court granted Defendants Theresa Brunson, Andrea Stewart, Reverend Gerald Palmer, and The Anti Fraud Warriors, LLC's motions to dismiss for lack of subject matter jurisdiction and dismissed said defendants without prejudice.[4] On April 30, 2025, at Plaintiff's request, Defendants Shakim Harris and Donald Murray were dismissed.[5]

Four and half years after the filing of the original Complaint, five identifiable defendants remain in this case: Minyango Tokpah, Tanisha Wright, Jonte Miller, Anthony Okafor, and Oracle the Vintage Garden Since 2015. Little, if any progress, has been made in pursuing claims against these identifiable defendants during this time.

The record reflects that an answer was filed by *pro se* Defendant Anthony Okafor ("Okafor") on May 16, 2022.[6] However, multiple returned mailings have been received by the Court since that time suggesting Okafor is no longer at that address.

---

[3] Docs. 7 & 47.
[4] Docs. 43 & 68.
[5] Doc. 89.
[6] Doc. 52.

Further, the record does not reflect <u>any</u> service upon defendant Oracle the Vintage Garden Since 2015.

Lastly, upon plaintiff's request, entries of default were issued by the Clerk's Office on May 2, 2024, against defendants Minyango Tokpah ("Tokpah"), Tanisha Wright ("Wright"), and Jonte Miller ("Miller").[7] Upon a further review of the record and Plaintiff's own affidavit,[8] it does not appear that service of the Second Supplemental and Amending Complaint was ever effectuated upon defendants Wright and Miller, suggesting that the Clerk's entry of default against Wright and Miller was premature. This information and in consideration of the years that have passed since service was effectuated upon Tokpah, Wright, & Miller, the Court finds it in the best interest to refresh the docket.

Accordingly,

**IT IS ORDERED** that the Clerk's Office correct the docket sheet to reflect the "alias-named defendants" as Unidentified Parties.

**IT IS FURTHER ORDERED** that the May 2, 2024, entries of default entered upon Minyango Tokpah, Tanisha Wright, & Jonte Miller are **VACATED**. Plaintiff may refile her motion for entry of default after

---

[7] Doc. 77.

[8] Doc. 77-2.

re-serving the Second Supplemental and Amending Complaint upon these defendants, filing proof of service into the record, and the expiration of legal delays provided in the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **APRIL 17, 2026**, to file proof of service of the Second Supplemental and Amending Complaint upon Defendants Minyango Tokpah, Tanisha Wright, Jonte Miller, Anthony Okafor and Oracle the Vintage Garden Since 2015. Plaintiff's failure to file proof of service by the Court's deadline will result in dismissal without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 20th day of March, 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**