# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CATHERINE BROWN**                          **CIVIL ACTION**

**VERSUS**                                   **NO. 21-1844**

**MINYANGO TOKPAH, et al**                   **SECTION: "H" (1)**

## ORDER

Considering Plaintiff Catherine Brown's "Ex Parte Motion to Voluntarily Dismiss All Defendants Without Prejudice and to Conclude this Matter Without Prejudice" (Doc. 115);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff's claims against all remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 13th day of April, 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**